## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, | : |
| Plaintiff | : Criminal No. 19-cr-00717-GAM |
| v. | : |
| WILLIAM MERLINO, | : |
| Defendant. | : |

### ORDER

AND NOW, this _____ day of _____ 2021, upon consideration of Defendant's Motion to Continue Trial, it is hereby ORDERED that said motion is granted and trial is scheduled to commence _____ 2021.

_____
Gerald A. McHugh, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES, | : |
| Plaintiff | : Criminal No. 9-cr-00717-GAM |
| v. | : |
| WILLIAM A. MERLINO, | : |
| Defendant. | : |

**MOTION TO CONTINUE TRIAL**

Defendant William Merlino, by his undersigned counsel, moves the Court to continue the commencement of trial by approximately 30 days and in support thereof states:

1. Trial in this matter is scheduled to commence Monday, October 25, 2021.

2. The undersigned is also appointed trial counsel in United States v. Roberts et al., Cr. No. 19-134, pending before Chief Judge Wolfson in the District of New Jersey in Trenton. Testimony in that matter is scheduled to begin September 13, 2021. It is virtually certain that the three remaining defendants in that wiretap-based case will proceed to trial and Judge Wolfson has advised that September 13 is a firm date on which no other matters are scheduled.

3. All three defendants in Roberts have been detained for almost two years.

4. The government estimates that its case in Roberts will take approximately three weeks to present. Judge Wolfson has scheduled trial days through October 15, 2021. She also advised that the court will sit in Roberts for only nine and one-half days in September and will also miss several days in October due to religious holidays and her obligations as Chief Judge.

5. The <u>Merlino</u> matter before this Court is a complex matter requiring thorough preparation.

WHEREFORE, defendant William Merlino respectfully prays that the trial in this matter be continued for approximately one month.

                                                EARP COHN P.C.

Dated: July 26, 2021                          _____
                                                Edward F. Borden, Jr.
                                                123 S. Broad Street, Suite 1030
                                                Philadelphia, PA 19109
                                                eborden@earpcohn.com
                                                (215) 963-9520
                                                (856) 385-7060 direct fax

                                                Counsel for Defendant