# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| | : | **No. 19-717** |
| v. | : | |
| | : | |
| **WILLIAM A. MERLINO** | : | |
| | : | |

## ORDER

This 3rd day of August, 2021, for the reasons that follow, it is hereby **ORDERED** that Defendant's Motion to Continue (ECF 30) is **DENIED.** Defense counsel does not face an irreconcilable scheduling conflict, and the pendency of an earlier listing significantly in advance of this case should not prevent counsel from preparing for trial. Although the Court strives to accommodate counsel, in a pandemic environment, trial listings are scarce and precious resources, with the result that even modest continuances can create significant scheduling problems both for the case in which a continuance is requested and for other cases on the Court's docket. If, from a public health perspective, conditions permit trial to proceed on October 25th as currently scheduled, trial will commence. This Order is without prejudice to either counsel's ability to request an adjustment of pretrial deadlines as necessary to facilitate preparation for trial.

/s/ Gerald Austin McHugh
United States District Judge