**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **v.** | : | No. 19-717 |
| | : | |
| **WILLIAM A. MERLINO** | : | |

## ORDER

This 9th day of September, 2022, it is hereby **ORDERED** that Defendant's Renewed Motion for Judgment of Acquittal, ECF 79, is **DENIED**, for the reasons set forth in the accompanying memorandum.

                                                 ___/s/ Gerald Austin McHugh_____
                                                 United States District Judge