```
 1                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF PENNSYLVANIA
 2

 3  UNITED STATES OF AMERICA,      :Criminal Action No.:
              Plaintiff,           :2:19-cr-00717-GAM-1
 4  v                              :
                                   :
 5  WILLIAM A. MERLINO             :
              Defendants.          :Philadelphia, Pennsylvania
 6                                 :August 4, 2022 at 9:30 a.m.
                                   :
 7  . . . . . . . . . . . . . . .

 8            TRANSCRIPT OF CRIMINAL JURY TRIAL DAY TWO
                BEFORE THE HONORABLE GERALD A. MCHUGH
 9               UNITED STATES DISTRICT COURT JUDGE

10    APPEARANCES:

11    FOR THE PLAINTIFF

12    USA:                    JOAN E. BURNES, AUSA
                              U.S. ATTORNEY'S OFFICE
13                            615 CHESTNUT ST. SUITE 1250
                              PHILADELPHIA, PA 19106-4476
14                            215-861-8577
                              Email: joan.burnes@usdoj.gov
15

16

17    FOR THE DEFENDANT

18    WILLIAM A. MERLINO:   ROBERT GAMBURG, ESQ.
                            GAMBURG & BENEDETTO
19                          Attorneys at Law
                            1500 John F. Kennedy Boulevard
20                          Suite 1203
                            Philadelphia, PA 19102
21                          215-567-1486
                            Email: Robert@gamburglaw.com
22

23

24

25
```

1    Court Recorder:  Michael Cosgrove/Christian J. Henry

2    Transcription Service:  Associated Reporters Int'l., Inc.
     10 River Drive
3    Massena, New York 13662


4
     Proceedings recorded by electronic sound recording;
5
     transcript produced by transcription service.

6

7            I N D E X   O F   P R O C E E D I N G S

8    CAITLIN PIASECKI; Sworn

9    Direct Examination by Ms. Burnes          6,29
     Cross Examination by Mr. Gamburg          26

10
     KRISTIN LEE LENTO; Sworn
11   Direct Examination by Ms. Burnes          31
     Cross Examination by Mr. Gamburg          44

12
     JOAN NANCY O'BRIAN; Sworn
13   Direct Examination by Ms. Burnes          46
     Cross Examination by Mr. Gamburg          51

14
     BRIAN ARCARI; Sworn
15   Direct Examination by Ms. Burnes          57,230
     Cross Examination by Mr. Gamburg          216,235

16
            E X H I B I T   L I S T
17   GOVERNMENT
     ONE-Screenshot of Twitter page           59
18   TWO-Screenshot Simcare/DNP search        59
     FOUR-Notice of seizure                   33
19   FIVE-Letter written by Merlino 8/1/18    35
     SIX-Photo                                42
20   SEVEN-Photo                              42
     SEVEN P-Photo
21   EIGHT-Summary of accounts                9
     NINE-Summary charts                      64
22   TEN-Cover page from PayPal               84
     ELEVEN A THROUGH E-Lab reports           214
23   TWELVE A-                                142
     Email between Jack Knapman and SimCare
24   TWELVE B-D-Emails SimCare to Knapman     152
     FIFTEEN A-Merlino email                  169

25

**Associated Reporters Int'l., Inc.   518-465-8029**

1  GOVERNMENT'S EXHIBITS (Cont'g.)

2  TWENTY-ONE THROUGH TWENTY-FOUR            73
   Undercover gmail that contain receipts/purchases
3  TWENTY-FIVE,TWENTY-SIX-Email thread       79
   TWENTY-SEVEN-Ziploc pic                   82
4  TWENTY-EIGHT-Ziploc pic                   82
   TWENTY-NINE-Pic of envelope               83
5  TWENTY-EIGHT P-Photo                      83
   FORTY-ONE THROUGH FORTY-SEVEN             99
6  Screenshot of social media
   FORTY-NINE-Communications                 111
7  FORTY-EIGHT-Email to undercover email     112
   FIFTY-Confirmation of purchase            112
8  FIFTY-THREE-Screenshot of Fortisupply.com 112
   FIFTY-ONE, FIFTY-TWO,FIFTY-TWO P, FIFTY-FOUR 114
9  FIFTY-FOUR P, FIFTY-FIVE-Photos
   EIGHTY-ONE THROUGH EIGHTY-FOUR            116
10 Gmail emails FDI to FDA
   EIGHTY-FIVE THROUGH NINETY-Photos         122
11 SIXTY-TWO-Email confirmation Agro         136
   SIXTY-THREE-                              136
12 Shipping email confirmation from PayPal
   SIXTY-FOUR-                               136
13 Email undercover account to Merlino
   SIXTY-FIVE THROUGH SEVENTY-TWO            141
14 Pics
   SIXTY NINE P-Photo                        24
15 SEVENTY-                                  25
   NINETY-NINE-List of rooms labelled        184
16 ONE HUNDRED-                              184
   Pic of desk with computers basement office
17 ONE HUNDRED SEVEN-Closeup of shelf        196
   ONE HUNDRED EIGHT-Photo of shelf          196
18 ONE HUNDRED TEN-Photo of white peg board  198
   ONE HUNDRED ELEVEN-Photo of laptop        199
19 ONE HUNDRED TWELVE-Photo of trash can     199
   ONE HUNDRED THIRTEEN- Photo of pill press 200
20 ONE HUNDRED FOURTEEN-Photo of blender     200
   ONE HUNDRED SEVENTEEN-                    202
21 Closeup photo of catering tray
   ONE HUNDRED TWENTY-Closeup photo of floor 206
22 ONE HUNDRED TWENTY-THREE-Closeup of label 208
   ONE HUNDRED TWENTY-SIX-Photo room in lab  209
23 ONE HUNDRED THIRTY- Photo of gun safe     212
   ONE HUNDRED THIRTY-SIX-                   183
24 Pic of execution of search
   ONE HUNDRED THIRTY-EIGHT AP-Shipping order 185
25 ONE HUNDRED THIRTY-EIGHT BP-Shipping order 185

1   GOVERNMENT'S EXHIBITS (Cont'g.)

2   ONE HUNDRED THIRTY-EIGHT THROUGH ONE HUNDRED
    FORTY-FOUR-Documents on desk                185
3   ONE HUNDRED FORTY-TWO A&B-                   191
    Priority shipping labels
4   ONE HUNDRED FORTY-THREE A&B                  192
    Shipping label from Agro Fortis Supply
5   ONE HUNDRED FORTY-FOUR-Order confirmation    192
    ONE HUNDRED FIFTY THROUGH ONE HUNDRED        156
6   SIXTY-SEVEN-Emails from Google
    ONE HUNDRED FIFTY-EIGHT                      169
7   Email from David Freek to SimCare
    ONE HUNDRED FIFTY-NINE                       171
8   Email from SimCare to David Freek
    ONE HUNDRED SIXTY-ONE-                       179
9   Email from SimCare to Freek 12/4/18 warrant
    ONE HUNDRED SIXTY-TWO-Email 11/12/18         175
10  ONE HUNDRED SIXTY-FOUR-                      176
    Email Michael Murphy 11/24/18
11  ONE HUNDRED SIXTY-FIVE-Email 11/28/18        177
    ONE HUNDRED SIXTY-SIX-Email 12/1/18          178

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    (The trial commenced at 09:35:28)

2                    THE COURT CLERK:  -- (unintelligible)

3      Honorable Gerald McHugh, presiding.

4                    THE COURT:  All right counsel, if we're

5      ready for the jurors we'll bring them in.

6                    MS. BURNES:  Yes, Your Honor.

7                    MR. GAMBURG:  Good morning.

8                    THE COURT:  And counsel, I -- I don't

9      rearrange the jurors in the box, I just let them stay in

10     the seats that they're in.

11                   MS. BURNES:  Mr. Henry advised us.

12                   THE COURT:  All right.

13                   MS. BURNES:  Thank you.

14                   THE COURT CLERK:  All rise.

15                   THE COURT:  Good morning, ladies, gentlemen

16     and counsel, please be seated, welcome back.  One -- one

17     of your number was feeling poorly this morning, they had a

18     fever and aches and I told them they should stay home and

19     we will continue, they did want you to know they took a

20     COVID rapid test that was negative, so they thought you

21     would appreciate receiving that information.

22                   Again, you've got your air filtration

23     inside, by all means use it and anybody who wants to wear

24     a mask, do so.  And with that, we will continue.  Ms.

25     Burnes.

1          MS. BURNES:  Good morning, Your Honor, the

2     government calls Postal Inspector Caitlin Piasecki.

3          THE COURT:  All right.

4          MS. BURNES:  Inspector Piasecki.

5          THE COURT CLERK:  Please raise your right

6     hand.  Do you swear or affirm the testimony you shall give

7     to this court will be the truth, the whole truth and

8     nothing but the truth so help you God and you do so

9     affirm?

10          MS. PIASECKI:  I do.

11          WITNESS; CAITLIN PIASECKI; Sworn

12          THE COURT CLERK:  Thank you, please be

13     seated.  Please state your name and spell it for the

14     record, please.

15          THE WITNESS:  Caitlin Piasecki, C-A-I-T-L-

16     I-N P-I-A-S-E-C-K-I.

17          THE COURT:  Proceed.  Thank you.

18          DIRECT EXAMINATION

19          BY MS. BURNES:

20          Q.   Good morning Inspector Piasecki, can

21     you tell the Jury where you work, please?

22          A.   I work for the U.S. Postal Inspection

23     Service which is the law enforcement branch of the U.S.

24     Postal Service.

25          Q.   And where are you assigned?

1                           A.   Belmar, New Jersey.

2                           Q.   How long have you been a postal

3       inspector?

4                           A.   Just about five years.

5                           Q.   And what sort of work do you do as a

6       postal inspector?

7                           A.   We investigate all crimes involving

8       the mail and postal employees, so mail theft, mail fraud,

9       bank fraud, money laundering.

10                          Q.   Do you work with other agencies when

11      the use of the U.S. Mail is used to commit a federal

12      crime?

13                          A.   Yes, we do.

14                          Q.   And I want to direct your attention to

15      the investigation of William Merlino.  In the summer of

16      2018 were you contacted by Special Agents of the F.D.A.,

17      the Food and Drug Administration Office of criminal

18      investigations related to a mailing?

19                          A.   Yes.

20                          Q.   And what was -- what was the nature of

21      that contact?

22                          A.   Special Agent Arcari had contacted me

23      regarding an undercover purchase he had made for D.N.P.

24      and he wanted to know what additional information postal

25      might have since it was a Click-N-Ship account used.

1                              Q.    Okay.  And showing you what's been

2          marked as Twenty-nine T which is already in evidence.

3                              MS. BURNES:  And if we could have put it up

4          on the screen, Twenty-nine is already in evidence.

5                              BY MS. BURNES:  (Cont'g.)

6                              Q.    Is -- is this the label that you and -

7          - and the postal that you were asked to investigate?

8                              A.    Yes.

9                              Q.    Okay.  And just -- just taking a look

10         at the  -- you said that the -- you said that it was a

11         Click-N-Ship account.  What -- what is Click-N-Ship?

12                             A.    Click-N-Ship is a service that the

13         Postal Service provides to customers where they can create

14         mailings at their house, print them out and then bring

15         them into the post office or have a carrier pick it up

16         from their residence.  And it can be prepaid or they could

17         pay when they drop it.

18                             Q.    And so when a customer signs up for a

19         Click-N-Ship account, is there data maintained by the

20         United States Postal Service?

21                             A.    Yes, there is.

22                             Q.    And then handing you the other three

23         parcels we looked at yesterday, Fifty-four T, Sixty-nine

24         T, and Eighty-six T.

25                             A.    Thank you.

1                    Q.    During the course of your

2          investigation, did you -- what was your role in the

3          investigation of -- of these mailing labels?

4                    A.    To also provide information for the

5          ones that were Click-N-Ship to see if it was associated to

6          the same accounts and also just identify, you know, when

7          they were dropped or any additional information that

8          postal captured on these mailings.

9                    Q.    Okay.  And after looking at the

10         labels, then did you -- did you pull data from United

11         States Postal Service records?

12                   A.    Yes, I did.

13                   Q.    And fair to say that that was hundreds

14         of lines of data?

15                   A.    Yes.

16                   Q.    And directing your attention then to

17         Government's Exhibit Eight -- you can turn to it in your

18         binder, if we can publish it (unintelligible) only.  Can

19         you tell the Jury what's depicted on Government's Exhibit

20         Eight, there's one page but there's multiple pages behind

21         it.

22                   A.    Yeah, this is a summary of the two

23         accounts that I identified linked to this investigation

24         utilized by the defendant to send mailings.

25                   Q.    Okay.

1          MS. BURNES:  And Your Honor, the government

2     moves Government Exhibit Eight into evidence.

3          MR. GAMBURG:  No objection.

4          THE COURT:  Admitted.

5          MS. BURNES:  If we could publish it to the

6     Jury please.

7          BY MS. BURNES:  (Cont'g.)

8          Q.   So let's take a look at the first page

9     of Government's Eight, can you tell the Jury just what's -

10    - what's depicted on each of those -- well, let's start at

11    the bottom.  What data did you pull to create this

12    summary, that's Government's Exhibit Eight?

13         A.   So this was all the available mailing

14    history for the Click-N-Ship accounts I identified which -

15    - there's one ending in seven three six and one ending in

16    seven three eight, beginning in November of 2017 and

17    pulled it through July of 21 -- 2022.

18         Q.   Okay.  And so the -- the first

19    account, the account number ending in seven three six,

20    what's the name on that account according to postal

21    records?

22         A.   Nancy O'Brian.

23         Q.   And when -- when did the mailing start

24    on that account?

25         A.   Well, they go back before 2017, but

1   because this is when the investigation started, that's

2   when we -- we pulled the records from -- which is November

3   of 2017.

4           Q.   Okay.  And so if you pulled from

5   November 1st of 2017, what was the first mailing you had?

6           A.   So on 11/13/2017 was the first mailing

7   within that timeframe we identified.

8           Q.   Okay.  And there's a column that says

9   end, what does that depict?

10          A.   So that's the last time we had any

11  mailings on that Click-N-Ship account, which is November

12  28th, 2018.

13          Q.   Okay.  For the account number ending

14  with seven three six?

15          A.   Correct.  The one listed for Nancy

16  O'Brian.

17          Q.   And what's the email associated with

18  the Nancy O'Brian account?

19          A.   Merlin@acm.work.

20          Q.   Okay.  So directing your attention

21  then to the second row, there's another account that ends

22  with seven three eight, what's the account name on that

23  account?

24          A.   Dr. William A. Merlino.

25          Q.   And when do mailings begin on the

1    seven three eight Merlino account?

2                     A.   11/29/2018.

3                     Q.   Okay.  So you pulled data going back

4    to 2017, but the first mailing is November 29th of 2018.

5    Is that right?

6                     A.   Yes, that's correct.

7                     Q.   And when did the mailings end on the

8    Merlino seven three eight account?

9                     A.   In January 11, 2022.

10                    Q.   And what's the email associated with

11   the -- the Merlino account seven three eight?

12                    A.   Simcare@gmail.com.

13                    Q.   So let's take a look at the second

14   page of Government's Exhibit Eight.

15                    MS. BURNES:  And if we could enlarge that

16   second page.  Still pretty small, let's take the -- the --

17   the left-hand side of the page.

18                    BY MS. BURNES:  (Cont'g.)

19                    Q.   Can you just tell the Jury while we're

20   pulling up an enlargement, what is depicted on the second

21   page of Government's Eight?

22                    A.   Sure.  Postal -- if you sign up online

23   for any of the postal services, they require a username

24   and some identifying information.  And so this is pulled

25   from E Reg, which is just our online registration

1       platform.  So this is what's associated to the first

2       Click-N-Ship account ending in seven three six.

3                       Q.   Okay.  So this is the seven three six

4       account, and if we look at the account details, what is

5       the name associated with the account?

6                       A.   Nancy O'Brian.

7                       Q.   And what is the address associated

8       with the account?

9                       A.   4612 Somers Point Road, Mays Landing,

10      New Jersey 08330.

11                      Q.   And directing your attention over to

12      the right-hand side, what's the username associated with

13      this account?

14                      A.   W Merlin.

15                      Q.   Okay.  And just above this business

16      account banner, there was another section in blue.  And

17      just starting from the left of that blue line, that shows

18      the account number of seven three six?

19                      A.   Correct.

20                      Q.   Okay.  And under Nancy O'Brian's name,

21      what's -- what's depicted there?

22                      A.   That's just a customer registration

23      I.D. that's P.P.S. SimCare, so at some point that was

24      registered -- linked to this account.

25                      Q.   Okay.  Let's move on to the third page

1          of Government's Exhibit Eight.

2                         MS. BURNES:  And if we can enlarge it?

3                         BY MS. BURNES:  (Cont'g.)

4                         Q.   Can you tell the Jury what's depicted

5          on the third page of Government's Eight?

6                         A.   Yeah, this is just a summary of all

7          the mailings between -- between the timeframe discussed,

8          November 2017 to November 2018.  And it's just broken down

9          by month all the mailings on that Click-N-Ship account.

10                        Q.   Okay.  So for November 2017 how many

11         mailings on the seven three six account?

12                        A.   Six.

13                        Q.   And for December 2017 how many

14         mailings?

15                        A.   Twenty-nine.

16                        Q.   January of 2018?

17                        A.   Eighty-one.

18                        Q.   February of 2018?

19                        A.   Fifty-two.

20                        Q.   March of 2018?

21                        A.   Sixty-six.

22                        Q.   Okay.  It continues through March

23         until November of 2018.  Is that right?

24                        A.   That's correct.

25                        Q.   And what's the total number of

1      mailings on account seven three six for the time period

2      you identified?

3                      A.    Four hundred and thirty-five.

4                      Q.    Okay.  And as -- as we take a look at

5      government's -- if we turn to the next page, page one of

6      government's -- seven three six.

7                      MS. BURNES:  And just enlarge -- enlarge

8      that page to -- to the best you can, Mr. Conroy.

9                      BY MS. BURNES:  (Cont'g.)

10                     Q.    Can you -- can you just tell the Jury

11     what is depicted then on -- on this page across the

12     columns?

13                     A.    Sure.  So with the Click-N-Ship

14     accounts we're able to see the sender and recipient

15     information.  So this first page is all the details on the

16     recipients of the mailings between November of 2017 and

17     November of 2018.

18                     Q.    Okay.  So let's take a look at line

19     twelve, in the middle of the page.

20                     A.    Okay.

21                     Q.    Who is the recipient of the mailing

22     from the Nancy O'Brian Click-N-Ship account on or about

23     December 13th of 2017?

24                     A.    It's listed as David Freek (phonetic

25     spelling).

1          Q.   Okay.  And what -- what country is

2     that recipient associated with?

3          A.   Canada.

4          Q.   Okay.  Let's take a look at line

5     sixteen, and that indicates a mailing on December 23rd of

6     2017, you want to attempt the recipient's name?

7          A.   I'll give it a try.  (unintelligible)

8          Q.   And what -- what country is that

9     customer associated with?

10          A.   Romania.

11          Q.   Okay.  So directing your attention to

12     page -- move forward to page five, and line one twenty-

13     three.  If we can look at lines one twenty-three and one

14     twenty-four, there's a recipient on February 2nd of 2018,

15     there's two mailings on one twenty-three and one twenty-

16     four?

17          A.   Yes.

18          Q.   And the first contact's name, what's -

19     - what's the name associated?

20          A.   Jack Knapman.

21          Q.   And what -- what country is that

22     customer in?

23          A.   Great Britain and Northern Ireland.

24          Q.   And then on the next line, is that

25     that same Romanian customer that we just took a look at?

1              A.   Yes.

2              Q.   Let's move forward to page eight and

3        line one ninety-six.  There's a mailing on March 13th of

4        2018.  What's the recipient contact's name?

5              A.   Jack Knapman.

6              Q.   And again, he's in the U.K.?

7              A.   Correct.

8              Q.   Moving ahead to page fourteen.  And if

9        we take a look at line three ninety-nine and line four o

10       seven.  Actually, I skipped too far ahead, page fourteen,

11       let's start with line three seventy-four and the mailing

12       on 08/30/2018.

13              MR. GAMBURG:  Starts in line three seventy-

14       four?

15              MS. BURNES:  Line three seventy-four.

16              BY MS. BURNES:  (Cont'g.)

17              Q.   Can you just read to the Jury what's

18       depicted on line three seventy-four?

19              A.   Sure.  Line three seventy-four, there

20       it is, is a mailing on 08/30/2018.  The tracking number

21       ends in three seven two six, the recipient contact is

22       Bryan, the rest is redacted, in Springfield, Pennsylvania.

23              Q.   Okay.  And is that line the -- the

24       envelope that's depicted at Twenty-nine P?

25              A.   It is.

1                    Q.   Okay.  And that's -- that's the label

2        that you first took a look at to get the status.  Is that

3        correct?

4                    A.   That's correct.

5                    Q.   And so moving forward, let's -- let's

6        take a look at line four o seven.  And lines -- yeah, line

7        three ninety-nine and one forty-seven.  Are there two

8        other mailings to Bryan in Springfield, P.A. that are

9        reflected on the data?

10                   A.   Yes, that's correct.

11                   Q.   And does the -- does the parcel at

12       Fifty-four P correspond to one of those lines of data?

13                   A.   Yeah, line four o seven.

14                   Q.   Okay.  And so just directing your

15       attention to the bottom of the page, line four twelve

16       through four nineteen.  We can just look at a couple of

17       customer names.  So mailing 11/13/2018 to a Justin

18       (unintelligible)?

19                   A.   Yes.

20                   Q.   Okay.  And directing your attention to

21       line four one four, is that a mailing on November 13th,

22       2018 to that same customer, David Freek?

23                   A.   Yes.

24                   Q.   And on line four one seven an

25       additional mailing, on 11/14 to that same customer?

1                    A.   Yes.

2                    Q.   And that also to Canada?

3                    A.   Correct.

4                    Q.   Let's take a look at line four one

5        nine, what's the recipient name?

6                    A.   Jason Epps (phonetic spelling).

7                    Q.   Okay.  And what state is he located

8        in?

9                    A.   Illinois.

10                   Q.   Okay.  So moving forward to the second

11       clip and -- Click-N-Ship account you identified in this

12       case.

13                   MS. BURNES:  And that's I think it's page

14       thirty of the document, Mr. Conroy?

15                   BY MS. BURNES:  (Cont'g.)

16                   Q.   Can you show the Jury the -- the

17       (unintelligible) page for the second Click-N-Ship account?

18                   MS. BURNES:  And if we can enlarge that on

19       -- on the left-hand side?

20                   BY MS. BURNES:  (Cont'g.)

21                   Q.   Can you tell the Jury what's depicted

22       on this page?

23                   A.   Yeah, this is the second Click-N-Ship

24       account I identified linked to William Merlino based on

25       another U-C purchase made by Special Agent Arcari, sorry.

1                      Q.   And this is the seven three eight

2       account.  Is that right?

3                      A.   Yes, that's correct.

4                      Q.   What's the name associated with this

5       account?

6                      A.   The name is Dr. William A. Merlino.

7                      Q.   And what is the address on this

8       account?

9                      A.   4630 Catawba Ave. in Mays Landing, New

10      Jersey 08330.

11                     Q.   And what's the email on this account?

12                     A.   Simcare@gmail.com.

13                     Q.   Now above that blue banner that says

14      business account, if we can take a look at the blue banner

15      on top of that.  Is there likewise additional user

16      information described on this account?

17                     A.   Yeah, underneath William Merlino's

18      name is the Agro Fortis Supply business.

19                     Q.   Okay.  Let's move on to the next page.

20      Can you tell the Jury what is depicted on this page of

21      Government's Exhibit Eight?

22                     A.   Yeah, these are all the Click-N-Ship

23      mailings during the relevant timeframe of November 2018 to

24      March 2019.

25                     Q.   Okay.  And if you take a look then at

1     -- what -- what's the total number of mailings?

2                    A.   Eighty-seven.

3                    Q.   And how many mailings are done in

4     December of 2018?

5                    A.   Sixty-six.

6                    Q.   Okay.  So directing your attention

7     then to the following page, page thirty-one.  Will you

8     take a look at lines six and eight?  On December 3rd, 2018

9     is there a package to Texas, on line six?

10                   A.   Yes.

11                   Q.   And what's that listed as the contact

12    name?

13                   A.   Michael Murphy (phonetic spelling) in

14    Killeen, Texas.

15                   Q.   And with respect to line eight, on

16    December 3rd, 2018 is there a package to Sunnyvale,

17    California?

18                   A.   Yeah, addressed to Robert Levy

19    (phonetic spelling).

20                   Q.   And let's take a look at line ten.

21    Line ten has a redaction, can you tell the -- the Jury

22    what that is?

23                   A.   This is the fourth undercover purchase

24    made by Special Agent Arcari which is when we identified

25    this Click-N-Ship account.

```
1                    Q.   Okay.  Now this is a different name,
2       was this -- was this a purchase made at Special Agent
3       Arcari's direction using an additional --
4                    A.   Correct.
5                    Q.    -- undercover name?
6                    A.   Yes.
7                    Q.   Okay.  And so the -- the -- the -- the
8       name Jason in Pittsburgh P.A., does that correspond to the
9       parcel at Eighty-six P?
10                   A.   It does.
11                   Q.   Okay.  So I'm -- I'm going to direct
12      your attention then --.
13                   MS. BURNES:  Thank you, Mr. Conroy, we can
14      take that down.
15                   BY MS. BURNES:  (Cont'g.)
16                   Q.   I'm going to direct your attention,
17      Inspector Piasecki, to February 1st of 2019.  Did you
18      participate with other agencies surveillance of William
19      Merlino on that date?
20                   A.   Yes, I did.
21                   Q.   And why?
22                   A.   We wanted to identify him traveling
23      from his residence to the post office, which we were told
24      is a fairly regular occurrence.  So we coordinated,
25      Special Agent Arcari and I and Special Agent Lento from
```

1        Homeland Security Investigations.

2                    Q.   Okay.  And in terms of the

3        investigation at that point, had Special Agent Arcari done

4        another undercover buy in advance of the surveillance?

5                    A.   Yes, he had done one the day prior in

6        hopes that in the morning we would capture him with that

7        undercover mailing to go into the post office.

8                    Q.   Now on February 1st on that morning of

9        2019, where were you position for surveillance?

10                   A.   I was at the Mays Landing Post Office.

11                   Q.   And at approximately nine thirty-four

12       that morning, what did you see?

13                   A.   Well, I was first in the lobby, which

14       has like glass windows to the outside.  So I saw a white

15       Mercedes S.U.V. pull into the parking lot and Merlino, you

16       know, got out.  So at that point, I walked into like the

17       lobby of the post office and observed him, you know,

18       bringing in a bag of mailings and putting them over the

19       counter with the clerk.

20                   Q.   Okay.  And so you saw him approach the

21       clerk and -- and conduct mail transactions?

22                   A.   Correct.

23                   Q.   And after -- did you see then the

24       defendant leave that post office after he completed his

25       postal business?

1              A.   Yes, so after he dropped the parcels

2     off, we continued to surveil him from the post office, and

3     he made a stop at Walmart and then headed home, which is

4     at -- which time we ended the surveillance and went back

5     to the post office to review the mailings dropped by

6     Merlino.

7              Q.   Okay.  So when you say we returned to

8     the post office, who went back to the post office?

9              A.   Special Agent Arcari and I.

10             Q.   Okay.  And if you could -- if you

11    could take a look at Government's Exhibit Sixty-nine P,

12    which is already in evidence.  And if we could put that on

13    the screen for the Jury.

14             On February 1st, then did you -- did you

15    retrieve this parcel from the post office?

16             A.   Yes, we did.

17             Q.   And directing you attention to the

18    screen --.

19             MS. BURNES:  And just for the parties and

20    not the Jury if we could bring up Government's Exhibit

21    Seventy?

22             BY MS. BURNES:  (Cont'g.)

23             Q.   It's upside down, but can you describe

24    what -- what's depicted on Government's Exhibit Seventy?

25             A.   Yeah, it's the initials B.A., which

1      Bryan wrote on the parcel when we went in the back to

2      retrieve or review the ones that were dropped that day.

3                     Q.    Okay.  And does the picture at that --

4      does Government's Exhibit Seventy fairly and accurately

5      depict that?

6                     A.    Yes.

7                     Q.    Okay.

8                     MS. BURNES:  The government moves

9      Government's Exhibit Seventy into evidence?

10                     MR. GAMBURG:  No objection.

11                     THE COURT:  Admitted.

12                     MS. BURNES:  Permission to --

13                     THE COURT:  You may.

14                     MS. BURNES:  -- permission to publish?

15                     BY MS. BURNES:  (Cont'g.)

16                     Q.    And can you just tell the -- tell the

17      Jury where the initials are?

18                     A.    On this photo, it's in the top right

19      corner.  But on the actual mailing, it's in the bottom

20      left corner, so we initialed it and then let it go through

21      the mail stream where it arrived at the undercover

22      purchase or undercover address.

23                     Q.    Okay.  Thank you Inspector Piasecki, I

24      have no more questions.

25                     MR. GAMBURG:  Just a couple, if I may.

```
 1                    CROSS EXAMINATION

 2              BY MR. GAMBURG:

 3              Q.   Good morning.

 4              A.   Good morning.

 5              Q.   So with this account, how does one pay

 6       for it?

 7              A.   Well, the account itself is free, it's

 8       the mailings, you can either prepay or pay with a credit

 9       card.

10              Q.   Okay.  And there was a credit card

11       associated with this file, right?

12              A.   Correct.

13              Q.   And it was Dr. William Merlino, right?

14              A.   I believe so.

15              Q.   Okay.  And the -- the name on the

16       account was  Dr. William Merlino, right?

17              A.   There's two accounts, which one do you

18       mean?

19              Q.   Ms. O'Brian you came to learn worked

20       for Dr. Merlino as his office manager for twenty years,

21       right?

22              A.   Correct.

23              Q.   And the other one was in Dr. Merlino's

24       name, right?

25              A.   Yes.
```

1                    Q.   And the address 4630 Catawba in Mays

2        Landing, that is the same address just a different name as

3        what you put up on C Sixty-nine, right?

4                    MR. GAMBURG:   Can that be put back up

5        please, G Sixty-nine?

6                    BY MR. GAMBURG:   (Cont'g.)

7                    Q.   They just changed the name of the

8        street, but it's the same house, right?

9                    A.   Are you talking about the 4630 Somers

10       Point?

11                   Q.   Yeah.

12                   A.   Yeah.

13                   Q.   Same house, just changed the name of

14       the street, correct?

15                   A.   As I understand it, Catawba was like

16       an old name for the same street.  It was sort of like

17       legacy so it was one and the same, yes.

18                   Q.   Okay.  And when you physically

19       surveilled him, he's not covering his face, right?

20                   A.   No.

21                   Q.   Not changing his appearance, right?

22                   A.   No.

23                   Q.   So he wasn't hiding anything, he had

24       the account in either his name or his office manager's

25       name, right?

1          A.   Right.

2          Q.   Paid for by credit card in his name?

3          A.   Right.

4          Q.   To his home address, correct?

5          A.   I think different variations of his

6     address but yes.

7          Q.   But I mean, it's the same house.

8     There's different street names because Mays Landing kept

9     changing the street names?

10          A.   If that's possible, I'm not sure on

11     the street name.

12          Q.   You just told us that Catawba Drive

13     became Somers Point Road, right?

14          A.   Right.  But there's also the 4612,

15     that's why I'm saying I wasn't sure which.

16          Q.   Okay.  Well -- fine.  4612 that's also

17     a physical structure, right?

18          A.   Right.

19          Q.   Not being sent to any dummy addresses

20     or the return address isn't a dummy address, correct?

21          A.   Well, I think 4630 would possibly

22     result in a return to sender because it's not the proper

23     address.

24          Q.   Did you ever have one that was

25     returned to sender in all these various four hundred and

1    something mails?

2                    A.   Not these, but there was others served

3    to the 4630, there was at least one that got sent back.

4    Not one of his sent out, just an unrelated mailing.

5                    Q.   Dr. Merlino just some other person?

6                    A.   No, to Dr. Merlino, but not one that

7    he had sent out, one he was receiving at 4630, unrelated

8    to these mailings.

9                    Q.   Okay.  But -- but my point is 4630 is

10   a physical house?

11                   A.   Correct.

12                   MR. GAMBURG:  That's all I have, Judge.

13                   THE COURT:  Anything further?

14                   MS. BURNES:  Briefly, Your Honor.

15                   RE-DIRECT EXAMINATION

16                   BY MS. BURNES:

17                   Q.   If we can take a look at Government's

18   Eight, the second -- the Merlino Click-N-Ship account.

19   That account was opened in 2018, is that right?

20                   A.   Yes, it was opened I think on the date

21   of the first mailing, which I think -- if you go to the --

22   yeah, it'll show you when it was -- the registration date

23   on the right.  No -- yeah     --.

24                   Q.   You can just testify --

25                   A.   Yeah, okay.

1                      Q.    -- as to what it is.

2                      A.    Yeah.  So this account was registered

3      on 11/29/2018, and then the history for the other account,

4      it looks like the password was no longer working, which is

5      why it appears he moved to this new account.

6                      Q.    Okay.  So at -- this account being

7      opened on November 29th, 2018.  Is that --

8                      A.    That's when it was opened.

9                      Q.    -- that's his second account?

10                     A.    Yes.

11                     Q.    And you testified on cross examination

12     that Catawba was an old name for Somers Point Road in Mays

13     Landing.  Is that right?

14                     A.    Correct.

15                     Q.    And yet the 2018 account used the

16     Catawba address?

17                     A.    Yeah.  I -- I can't -- okay, yeah,

18     it's just really small, 4630 is still there, yeah.

19                     Q.    Okay, thank you.

20                     MR. BURNES:  No further question.

21                     MR. GAMBURG:  Nothing based on that, Your

22     Honor.

23                     THE COURT:  All right.  The witness is

24     excused, thank you.

25                     MS. BURNES:  The government calls Special

1    Agent Kristin Lento.  I'm going to go through some

2    exhibits.

3                      THE COURT:  Sure.

4                      THE COURT CLERK:  Pease raise your right

5    hand.  Do you swear or affirm the testimony you shall give

6    to this court shall be the truth, the whole truth and

7    nothing but the truth so help you God and you do so

8    affirm?

9                      MS. LENTO:  I do.

10                     WITNESS; KRISTIN LENTO; Sworn

11                     THE COURT CLERK:  Thank you, please be

12   seated.  Please state your full name and spell it for the

13   record please?

14                     THE WITNESS:  Kristin Lee Lento, L-E-N-T-O.

15                     DIRECT EXAMINATION

16                     BY MS. BURNES:

17                     Q.   Good morning, Special Agent Lento, can

18   you tell the Jury how you're employed?

19                     A.   I'm a special agent with the

20   Department of Homeland Security.

21                     Q.   And what's Homeland Security

22   Investigations?

23                     A.   Excuse me?

24                     Q.   What is Homeland Security

25   Investigations?

1                       A.    We are the investigate --

2        investigative branch for Homeland -- for the Department of

3        Homeland Security.

4                       Q.    And how long have you been with

5        Homeland Security Investigation for?

6                       A.    I've been a special agent for twelve

7        years.

8                       Q.    And prior to being a special agent

9        with H.S.I., what was your job?

10                      A.    I was a deportation officer under

11       Homeland Security with Immigration and Customs

12       Enforcement.

13                      Q.    What kinds of work do you do as a

14       special agent for Homeland Security Investigations?

15                      A.    I investigate crimes involving

16       narcotics, child exploitation, importation and exportation

17       of illegal goods, terrorist activity.

18                      Q.    And during the course of your duties

19       as a special agent for Homeland Security Investigations,

20       are you familiar with U.S. Customs and Border Protection

21       records?

22                      A.    Yes.

23                      Q.    And how did you become familiar with

24       those records?

25                      A.    During the course of my duties we

1    receive referrals from Customs and Border Protection in

2    regards to seizures that they take-in on the border, and

3    then they notify us to do the investigations for them.

4                    Q.   And -- and just for the Jury's

5    understanding, when you refer to the border, you mean the

6    physical border of the United States.  Is that right?

7                    A.   Correct.

8                    Q.   An airport is also a border of the

9    United States?

10                   A.   Correct.

11                   Q.   So I'm directing your attention to the

12   summer of 2018, did you receive information of the seizure

13   of 2,4-Dinitrophenol addressed to William Merlino?

14                   A.   I did.

15                   Q.   And let's take a look for

16   identification purposes only at Government's Exhibits Four

17   and Five.  What's depicted at Government's Exhibit Four?

18                   A.   It's a notice of seizure to the

19   claimant, William Merlino that was dated on July 17th,

20   2018.

21                   Q.   And let's take a look at Government's

22   Exhibit Five, what's depicted at Government's Exhibit

23   Five?

24                   A.   This is the letter that William

25   Merlino wrote on August 1st, 2018 in response to the

1      seizure notice that Customs and Border Patrol had sent him

2      --

3                    Q.    Okay.

4                    A.     -- sent him.

5                    Q.    And are all these records kept in the

6      course of regularly conducted business?

7                    A.    Yes.

8                    MS. BURNES:  I move to admit Government's

9      Exhibit Four and Five.

10                   THE COURT:  Mr. Gamburg, is there any

11     objection to four or five?

12                   MR. GAMBURG:  No, Your Honor.

13                   THE COURT:  Admitted.

14                   MS. BURNES:  If we could publish

15     Government's Exhibit Four to the Jury, please?

16                   BY MS. BURNES:  (Cont'g.)

17                   Q.    Okay.  So if we can just take a look

18     at the -- at the top of the page, and if you can explain

19     to the Jury what's -- what's depicted at the top of the

20     page here?

21                   A.    The notice of seizure and information

22     to claimants.

23                   Q.    And what's the date of this document?

24                   A.    July 17th, 2018.

25                   Q.    Who is it addressed to?

1                      A.   William Merlino.

2                      Q.   And at what address?

3                      A.   4630 Somers Point Road, Mays Landing,

4        New Jersey 08330.

5                      Q.   And directing your attention to after

6        the (unintelligible) what's depicted here?

7                      A.   This is to notify you that U.S.

8        Customs and Border Protection seized the property

9        described below, the air waybill number at the FedEx

10       facility in Memphis, Tennessee on May 25th, 2018.

11                     Q.   And what's the property described in

12       this notice of seizure?

13                     A.   Two point one kilograms of 2,4-

14       Dinitrophenol.

15                     Q.   So let's take a look moving down to

16       two paragraphs with respect to the importation.  What was

17       Merlino advised of by Customs and Border Protection?

18                     A.   That the importation or attempted

19       importation of 2,4-Dinitrophenol is a prohibited criminal

20       offense.

21                     Q.   Okay.

22                     MS. BURNES:  So we can take that down and

23       let's take a look at Government's Exhibit Five.

24                     BY MS. BURNES:  (Cont'g.)

25                     Q.   And directing your attention to the

```
 1          top of the page -- well, if we can start at the very top,

 2          is there a letterhead on this document?

 3                    A.   Yes, there is.

 4                    Q.   And who's the letterhead?

 5                    A.   William A. Merlino, M.D. located at

 6          4630 Somers Point Road, Mays Landing, New Jersey 08330.

 7                    Q.   Okay.  And what's the date of this

 8          document?

 9                    A.   August 1st, 2018.

10                    Q.   And tell the -- tell the Jury -- then

11          what does this document represent?

12                    A.   So this is his response to the seizure

13          notice from Customs and Border Patrol.

14                    Q.   Okay.  And if we take a look at the

15          bottom of the page, does it contain a signature?

16                    A.   Yes, it does.

17                    Q.   And what is the signature?

18                    A.   It says sincerely, William A. Merlino.

19                    Q.   And is there also a -- a time and date

20          stamp on -- ?

21                    A.   Yes, there is, from U.S. Customs and

22          Border Protection they received it on August 17th, 2018,

23          Memphis, Tennessee.

24                    Q.   Okay.  So let's take a look at the

25          body of the letter on Government's Exhibit Five in -- in
```

1    response to the seizure of two kilograms of 2,4-

2    Dinitrophenol, what did Merlino state to Customs and

3    Border, the first paragraph of this material?

4              A.   This material is not prohibited from

5    importation to United States as all U.S. vendors acquired

6    from India or China, see chemical book reference attached.

7              Q.   Okay.  And what's the next statement

8    that he said?

9              A.   This is not a modified chemical to be

10   substantially similar to an existing drug in that it is a

11   simple chemical compound formulated in 1892.

12             Q.   And what's the next statement he made?

13             A.   This product cannot be considered a

14   drug as it is toxic to humans, see attached M.S.D.S.

15   sheet.

16             Q.   And what final words in that

17   statement?

18             A.   D.N.P. is used as an herbicide and for

19   preserving wood.

20             Q.   The -- the letter that forms the first

21   page of Government's Exhibit Five, is it followed by

22   several pages of attachments?

23             A.   Yes.

24             Q.   Okay.  So let's move forward five

25   pages to --.

1                   MS. BURNES:  That -- that's it Mr. Conroy,

2     thank you.

3                   BY MS. BURNES:  (Cont'g.)

4                   Q.   If we can take a look at the -- at the

5     top of the page, what's -- what's -- what's the title on

6     the top of this page?

7                   A.   2,4-Dinitrophenol chemical properties

8     uses and production.

9                   Q.   Okay.  And directing your attention to

10    the general description, what -- what's depicted here?

11                 A.   Solid yellow crystals explosive when

12    dry or with less than fifteen percent water, the primary

13    hazard is from blasts of an instantaneous explosion and

14    not flying projectiles and fragments.  Slightly soluble in

15    water and soluble in either -- in solutions of sodium or

16    potassium hydroxide.

17                 Q.   Let's take a look at the health

18    hazards on this page.

19                 A.   Dust, poisonous if inhaled or if skin

20    is exposed; solid, poisonous if swallowed.

21                 Q.   Okay.  And let's move forward then two

22    more pages, just take a look at the top of the page,

23    what's -- what's this page titled?

24                 A.   Material Safety Data Sheet for 2,4-

25    Dinitrophenol hydrazine, M.S.D.S.

1                       Q.   Okay.  So that's a slightly different

2        word than we saw on the first -- on the first page?

3                       A.   Correct.

4                       Q.   Okay.  Directing your attention then

5        to the bottom of that page there's a -- there's a hazards

6        in the identification section?

7                       A.   Yes.

8                       Q.   What does it say with respect to - to

9        potential acute health effects?

10                      A.   Very hazardous in case of ingestion of

11       inhalation, hazardous in case of skin contact.  It's an

12       irritant permeator of eye contact, it's an irritant.

13                      Q.   Okay.  And moving forward in this

14       M.S.D.S. sheet, three more pages to Section 11

15       toxicological information.  What does it say with respect

16       to the chronic effects on humans?

17                      A.   Not the - the substance is toxic to

18       lungs, the nervous system and mucous membranes.

19                      Q.   And are there other toxic effects on

20       humans depicted in this document?

21                      A.   Very hazardous in case of ingestion,

22       of inhalation, hazardous in case of skin contact.

23                      Q.   Let's move forward two more pages.

24       And at the top of the page, what's depicted here.  Who is

25       the seller on -- on this sheet?

1                      A.   This is the Sigma-Aldrich safety data

2        sheet.

3                      Q.   And what's the product identified

4        here?

5                      A.   2,4-Dinitrophenol.

6                      Q.   And let's take a look at Section 2,

7        the hazards identification here.  With respect to the

8        Section 2.1, what's the classification -- the G.H.S.

9        classification?

10                     A.   In accordance with 29 CFR 1910 it's

11       acute toxicity oral, acute toxicity inhalation, acute

12       toxicity dermal, and specific target organ toxicity and

13       acute aquatic toxicity.

14                     Q.   And with respect to the pictures

15       there, are you able to describe what's in -- in the first

16       diamond box there?

17                     A.   A skull and crossbones.

18                     Q.   What's the signal word?

19                     A.   Danger.

20                     Q.   Okay.  And -- and this was all

21       contained in the documents that Merlino sent to C.B.P. to

22       get his D.N.P. back.

23                     A.   Yes.

24                     Q.   Is that right?

25                     A.   That is correct.

1                    Q.   Okay.  So let's -- let's move forward

2          to September 27th of -- of 2018, as -- as a result of

3          receipt of this information, did you join F.D.A. office of

4          criminal investigation in their investigation of William

5          Merlino?

6                    A.   Yes, I did.

7                    Q.   And directing your attention to

8          September 27th of 2018, did you and Special Agent Bryan

9          Arcari do a trash-pull at 4630 Somers Point, Mays Landing?

10                   A.   Yes, we did.

11                   Q.   So I want to show you --.

12                   MS. BURNES:  And if we could pull up for

13         identification only Six and Seven.  I'm going to approach

14         with Government's Six P and Seven P.

15                   BY MS. BURNES:  (Cont'g.)

16                   Q.   Let's start with Six P, can you

17         identify what's in -- what's on Six P?

18                   A.   It is a letter that U.S. Customs and

19         Border Protection sent to William Merlino dated September

20         5th, 2018 in regards to acknowledging receipt of his

21         petition in the above referenced case.

22                   Q.   Okay.  And is Six P a physical letter

23         that was recovered from the trash-pull that you and

24         Special Agent Arcari did that day?

25                   A.   Yes.

1                    Q.   And is -- is Government's Exhibit Six

2        on your screen, is that a fair and accurate picture of the

3        -- of the letter that's at Six P?

4                    A.   Yes.

5                    Q.   And let's take a look at Seven P, can

6        you tell the -- can you identify what's at Seven P?

7                    A.   It's an encapsulated pill.

8                    Q.   Okay.  And was -- was that recovered

9        from -- from the trash-pull?

10                   A.   Yes, it was.

11                   THE COURT:  Counsel, do you want to have

12       the witness explain to the Jury what a trash-pull is in

13       law enforcement terms?

14                   MS. BURNES:  Certainly, Your Honor.

15                   BY MS. BURNES:  (Cont'g.)

16                   Q.   Can you tell the Jury what a trash-

17       pull is?

18                   A.   So basically, it's an investigative

19       step in which once the -- once you go and put your trash

20       on the curb, it's abandoned property.  So investigators

21       will go out in the morning before the trash trucks get it,

22       pull the trash, take it to their office and go through it

23       and you do it multiple times.

24                   Q.   Thank you.  And does Government's

25       Exhibit Seven, is that a photograph of the trash-pull that

1      -- that is Seven P?

2                    A.   That is correct.

3                    MS. BURNES:  The government moves admission

4      of Six, Six P, Seven and Seven P.

5                    MR. GAMBURG:  No objection.

6                    THE COURT:  Admitted.

7                    BY MS. BURNES:  (Cont'g.)

8                    Q.   So let's take a look at Six P and if

9      you just want to even hold the envelope --

10                   A.   Sure.

11                   Q.    -- for the -- for the Jury as well.

12     But directing your attention to the screen then what's --

13     what's the date of -- of the letter in Government's

14     Exhibit Six?

15                   A.   September 5th, 2018.

16                   Q.   Who is it addressed to?

17                   A.   William A. Merlino.

18                   Q.   And what -- what's contained in the --

19     in the body of the letter?

20                   A.   This is to acknowledgement --

21     acknowledged receipt of your petition in the above

22     reference case, which was received in our office on August

23     17th, 2018.  The seizure case is currently under review,

24     you will receive a response from our office once our

25     review is completed and a decision has been rendered in

1          this case.

2                        Q.   And with respect to Government's

3      Exhibit Seven P, if we can just hold that up for the Jury.

4      And is that that capsule that you recovered --

5                        A.   Yes.

6                        Q.    -- from the trash-pull?

7                        MS. BURNES:  I have no further questions,

8      Your Honor.

9                        MR. GAMBURG:  May I, Your Honor?

10                       THE COURT:  Of course.

11                       CROSS EXAMINATION

12                       BY MR. GAMBURG:

13                       Q.   So as I understand your testimony,

14     this package was seized, correct, the two point one

15     kilograms?

16                       A.   From Customs and Border Patrol?

17                       Q.   Yes.

18                       A.   Yes.

19                       Q.   All right.  And it was -- I call it

20     D.N.P. because I can't pronounce it.  It was that 2,4

21     D.N.P., correct?

22                       A.   It was the two point one kilograms of

23     2,4-Dinitrophenol.

24                       Q.   You say it much better than me.  Okay.

25     And then that notice was sent to 4630 Somers Point Road in

1          Mays Landing, New Jersey, correct?

2                         A.   Yes.

3                         Q.   And clearly it was received by Dr.

4     Merlino because he wrote back requesting his items,

5     correct?

6                         A.   Correct.

7                         Q.   All right.  And not only did he

8     request it, but he gave reasons why it shouldn't have been

9     seized, correct?

10                        A.   Correct, he included attachments to

11    his letter.

12                        Q.   Okay.  And he also, in the body of his

13    letter, spelled out why he believed that it shouldn't have

14    been seized, correct?

15                        A.   Correct.

16                        Q.   All right.  And then you wrote back to

17    him -- well, not you, but your agency wrote back to him at

18    4630 Somers Point Road because you found this letter in

19    the trash, correct?

20                        A.   Correct.

21                        Q.   All right.  And all the letter that

22    you found  in the trash was we acknowledged receipt of

23    your petition trying to get your items back and we'll let

24    you know how the investigation goes, right?

25                        A.   Correct.

1                    MR. GAMBURG:  That's all I have, Judge.

2                    THE COURT:  Anything further, Counsel?

3                    MS. BURNES:  No, Your Honor.

4                    THE COURT:  All right.  The witness may

5          step down, thank you.

6                    MS. BURNES:  The government calls Joan

7          Nancy O'Brian.

8                    THE COURT CLERK:  Please raise your right

9          hand.  Do you swear or affirm the testimony you shall give

10         to this court shall be the truth, the whole truth and

11         nothing but the truth so help you God, or you do so

12         affirm?

13                   MS. O'BRIAN:  I do.

14                   WITNESS; JOAN NANCY O'BRIAN; Sworn

15                   THE COURT CLERK:  Thank you.  Please state

16         your name and spell it for the record?

17                   THE WITNESS:  My name is Joan N. O'Brian.

18                   DIRECT EXAMINATION

19                   BY MS. BURNES:

20              Q.   Good morning, Ms. O'Brian.

21              A.   Good morning.

22              Q.   Can you tell the Jury your middle

23         name?

24              A.   Nancy.

25              Q.   I'm going to ask you to speak into the

1      microphone.

2                          A.   Okay.

3                          Q.   Thank you.

4                          A.   Okay.

5                          Q.   And amongst friends and family, how do

6      you identify yourself?

7                          A.   Nancy.

8                          Q.   If you were to fill out an official

9      form, how do you identify yourself?

10                         A.   Joan N. O'Brian.

11                         Q.   What town do you live in, ma'am?

12                         A.   Right now I live in Florida.

13                         Q.   And prior to moving to Florida, where

14     did you live?

15                         A.   In Mays Lading, New Jersey.

16                         Q.   Are you retired?

17                         A.   Yes, I am.

18                         Q.   And prior to retirement, where did you

19     work?

20                         A.   At the Atlantic County Clerk's Office

21     in Mays Landing.

22                         Q.   And before your job at the Atlantic

23     County Clerk's Office in Mays Landing where did you work?

24                         A.   At SimCare?

25                         Q.   What is SimCare?

```
 1                    A.   Family practice physician's office.

 2                    Q.   Okay.  And who was the physician that

 3      operated SimCare?

 4                    A.   Dr. William Merlino.

 5                    Q.   What were the circumstances of you

 6      leaving working for Dr. Merlino and SimCare?

 7                    A.   He was retiring so I had -- I had to

 8      find a new job and move on.

 9                    Q.   And approximately when was that?

10                    A.   September of 2005.

11                    Q.   So when you worked for Dr. Merlino and

12      SimCare what was your job?

13                    A.   Physician's assistant, taking patients

14      back, doing blood pressure.

15                    Q.   So when you left that job in September

16      of 2005, you had a very different job at the Atlantic

17      County --

18                    A.   Yes, I did.

19                    Q.    -- Clerk's Office?

20                    A.   Yes, I did.

21                    Q.   Okay.  That was a career change?

22                    A.   Yes, it was.

23                    Q.   Ma'am, are you familiar with a

24      chemical called D.N.P.?

25                    A.   No.
```

1                      Q.    Prior to being asked by investigators,

2          had you ever heard of 2,4-Dinitrophenol?

3                      A.    No.

4                      Q.    Sitting here today, do you know

5          anything about 2,4-Dinitrophenol?

6                      A.    No.

7                      Q.    Did you have any contact with Dr.

8          Merlino since you left working for him in 2005?

9                      A.    No.

10                     Q.    Are you familiar with the post office

11         service called Click-N-Ship?

12                     A.    Yes.

13                     Q.    And what's your understanding of what

14         Click-N-Ship is?

15                     A.    You fill out labels, print them out,

16         put them on packages.

17                     Q.    I want to direct your attention to

18         what's been previously marked as Government's Exhibit

19         Eight and we're going to move to the third page -- I'm

20         sorry, the second page.

21                     MS. BURNES:   If we can enlarge that just

22         for the very top line above the blue.

23                     BY MS. BURNES:   (Cont'g.)

24                     Q.    Ma'am, if I may approach, I'm also

25         going to pull it up in your binder.

1           A.   Okay.

2           Q.   (unintelligible) on the page.

3           A.   Okay.

4           Q.   I'll represent to you that this --

5      there's been testimony, this is a Click-N-Ship account

6      ending in seven three six with the name Nancy O'Brian.  Is

7      that your account?

8           A.   No.

9           Q.   Do you have a Click-N-Ship account?

10          A.   No.

11          Q.   Do you recognize the words under the

12     name Nancy O'Brian?

13          A.   Yeah, that's the office -- medical

14     office name.

15          Q.   SimCare?

16          A.   Yes, SimCare.

17          Q.   Okay.  And what about the address?

18          A.   Yes.

19          Q.   What do you recognize about that?

20          A.   The office address.

21          Q.   Did you open this account?

22          A.   No.

23          Q.   And did Dr. Merlino ever ask your

24     permission to use your name on a Click-N-Ship account?

25          A.   No.

1              Q.   Did you set up this account for his

2     office when you worked there?

3              A.   No, I didn't.

4              Q.   From 2005 to the present, have you

5     shipped packages for Dr. Merlino?

6              A.   No.

7              Q.   And Ms. O'Brian, if you wanted to open

8     a Click-N-Ship account in your name what name would you

9     use?

10             A.   My proper name, Joan N. O'Brian.

11             Q.   When you moved from Mays Landing to

12    Florida recently, did you fill out a change of address

13    form?

14             A.   Yes, I did.

15             Q.   What form did you get -- what name did

16    you give to the post office?

17             A.   Joan N. O'Brian.

18             MS. BURNES:   I have no further questions,

19    Your Honor.

20             CROSS EXAMINATION

21             BY MR. GAMBURG:

22             Q.   Hi.

23             A.   Hi.

24             Q.   Good morning.

25             A.   Good morning.

```
 1                    Q.   4612 Somers Point Road, that was Dr.

 2      Merlino's office?

 3                    A.   Yes.

 4                    Q.   That's where you worked?

 5                    A.   Yes.

 6                    Q.   And that six zero nine number, I'm

 7      terrible with phone numbers, but does that seem to be the

 8      right number for the office?

 9                    A.   Yes.

10                    Q.   Okay.  And you left there in 2005 and

11      went to the Atlantic County Clerk's Office, right?

12                    A.   Yes.

13                    Q.   Do you still see Dr. Merlino from time

14      to time?

15                    A.   I haven't seen him in a while now.

16                    Q.   From '05 to '18 while you're in the

17      clerk's office?

18                    A.   I saw him once when he came into the

19      office.

20                    Q.   Okay.  Your relationship was still

21      cordial?

22                    A.   Yes.

23                    Q.   Thank you.

24                    MR. GAMBURG:  That's all I have, Judge.

25                    MS. BURNES:  Nothing further from the
```

1   government, Your Honor.

2               THE COURT:  All right.  Ma'am, you may step

3   down.

4               THE WITNESS:  Thank you.

5               MS. BURNES:  You Honor, the government's

6   next witness is Special Agent Bryan Arcari, there are

7   matters in his testimony that have been the subject of

8   stipulation by the parties.  With the Court's permission,

9   the government would read the stipulations into evidence

10  prior to that testimony?

11              THE COURT:  That's fine.  You'll remember

12  ladies and gentlemen, in my introductory instructions I

13  talked about sometimes the parties just get together and

14  would agree on certain facts.  And then we don't need to

15  have testimony or other evidence.

16              And so you're about to hear a stipulation

17  where the government and the defense have agreed the

18  following facts are true.

19              MS. BURNES:  The first stipulation is

20  stipulation chain of custody.  It is hereby stipulated by

21  and between the United States, by its Attorneys Jacqueline

22  Romero, United States Attorney in and for the Eastern

23  District of Pennsylvania and Joan E. Burnes, Assistant

24  United States Attorney for the District and Defendant

25  William A. Merlino and his attorney, Robert Gamburg, Esq.

1          that the following facts are true and correct and may be

2          entered into the record of the trial of this case without

3          further proof.

4                    The first stipulation is chain of custody

5          from -- from the time each of the government's exhibits

6          came into the government's possession, through the time of

7          their introduction in evidence.  A proper and acceptable

8          chain of custody was maintained, and the exhibits were not

9          altered or tampered with or modified in any way.

10                    The next stipulation is with respect to

11         laboratory reports.  The stipulation is that the

12         substances seized during the course of this investigation

13         by the F.D.A. O.C.I. was submitted to United States Food

14         and Drug Administration forensic chemistry center for the

15         -- for analysis.

16                    The lab identified the type of substance

17         detected in the item submitted for analysis, the lab

18         reports listed as government exhibits, including the

19         results and conclusions they're in are accurate and shall

20         be admitted into evidence without the testimony of the

21         individuals who conducted the testing.  And there's a list

22         of five lab reports that will be the subject of testimony

23         during Special Agent Arcari's testimony.

24                    The next stipulation is authentication and

25         regularly conducted business activity.  The parties

1    stipulated that documents obtained from the following

2    entities may be admitted as authentic business records at

3    trial without the testimony of a document custodian.

4         As such documents are duplicate copies of

5    domestic business records were made at or near the time of

6    the occurrence of the matters set forth by or by

7    information transmitted by a person with knowledge, they

8    were kept in the course of regularly conducted activity

9    and the records were made by the regularly conducted

10   business activity.

11        So the business records that is the subject

12   of the stipulation are eBay Inc. Click-N-Ship, Google

13   L.L.C., PayPal Holdings Inc., Shore Medical Center, Y Max

14   phone records and the United States Customs and Border

15   Protection.

16        And the last stipulation is a stipulation

17   to the testimony of a witness that if called to testify,

18   Steven Knapman (phonetic spelling) would testify that the

19   four documents listed in the stipulation are true and

20   correct copies of emails, and the emails between Jack

21   Knapman and dnp@SimCare.com they're listed further in the

22   stipulation, and they will be identified during the course

23   of Special Agent Arcari's testimony.

24        THE COURT:  All right, thank you, Counsel.

25   At some point just to provide written copies to the Court

1   for the record, when -- whenever it's convenient.

2                   MS. BURNES:  Okay.  Thank you, Your Honor.

3                   THE COURT:  So members of the Jury we have

4   a document and the document comes from somewhere, in order

5   to show that it came from that place we ordinarily call

6   witnesses and they say yeah, this was our document, this

7   was on our files, we received this, we kept it, et cetera.

8                   What we've now done is eliminated all that

9   by having a stipulation that if we bothered to call those

10   individuals who had custody of those documents they would

11   say yes, these are the documents, all right, that's where

12   we are.

13                   MS. BURNES:  And with the Court's

14   permission, I can hand out the originals, I made a copy

15   for counsel.

16                   THE COURT:  That's fine, thank you.  You

17   can just lay on the counter there and they will be

18   incorporated in due course.

19                   MS. BURNES:  Your Honor, the government's

20   next witness is Special Agent Bryan Arcari.

21                   THE COURT:  All right.  You may proceed.

22                   MS. BURNES:  Yeah.

23                   THE COURT CLERK:  Please raise your right

24   hand.  Do you swear or affirm that the testimony you shall

25   give to this court shall be the truth, the whole truth and

1      nothing but the truth so help you God?

2                        MS. ARCARI:  I do.

3                        WITNESS; BRYAN ARCARI; Sworn

4                        THE COURT CLERK:  Thank you.  You may be

5      seated.  Please state and spell your full name for the

6      record.

7                        THE WITNESS:  Yes.  Full name is Bryan

8      Arcari, B-R-Y-A-N A-R-C-A-R-I.

9                        DIRECT EXAMINATION

10                       BY MS. BURNES:

11                       Q.   Good morning, Special Agent Arcari.

12                       A.   Good morning.

13                       Q.   Can you tell the Jury how you are

14     employed please?

15                       A.   Sure.  I am a special agent with the

16     Food and Drug Administration's office of criminal

17     investigation.

18                       Q.   And tell the Jury how long you've been

19     with F.D.A. O.C.I.?

20                       A.   I've been a special agent for eight-

21     and-a-half years.

22                       Q.   What kinds of work do you do as a

23     special agent?

24                       A.   We're tasked with investigating any

25     violations of the Food, Drug and Cosmetic Act.

1                      Q.    And generally speaking, what's the

2          Food, Drug and Cosmetic Act that you investigate?

3                      A.    Basically anything.  I've worked cases

4          where counterfeit drugs, protecting the supply chain of

5          pharmaceutical drugs, tainting and adulterated food,

6          basically any food or drug matter.

7                      Q.    And directing your attention then to

8          the investigation of William Merlino, and I'll direct your

9          attention to the summer of 2018.  Did the F.D.A. office of

10         criminal investigations receive information in the summer

11         of 2018 regarding D.N.P. sales?

12                     A.    Yes.  Summer of 2018 we received

13         information from the United Kingdom like their F.D.A.

14         version, our counterparts there that a individual is

15         selling D.N.P. on eBay with the username SimCare.

16                     Q.    And you mentioned your counterpart in

17         the U.K., is that the National Food Crime Unit Food

18         Standards Agency?

19                     A.    Yes, it is.

20                     Q.    And who was the eBay user that was the

21         subject of the investigation?

22                     A.    The eBay user was SimCare.

23                     Q.    And the -- who's the individual that

24         was identified as eBay user SimCare?

25                     A.    The individual identified was William

1       Merlino, and the address was listed on there as well, 4630

2       Somers Point Road, Mays Landing, New Jersey.

3                       Q.   And is that why the case was referred

4       to -- to you and your office?

5                       A.   Correct.  South Jersey is covered

6       under our office.

7                       Q.   Now, upon receiving this information

8       during the course of your investigation, did you do open

9       source internet searches for William Merlino and SimCare?

10                      A.   Yes, I did.

11                      Q.   So I want to direct your attention to

12      Government's Exhibit One just for the parties.  Can you

13      tell the Jury what's on Government's One?

14                      A.   Yes, this is a Twitter page, it was a

15      screen cap -- screen capture by me.  It is an account in

16      the name of Bill Merlino with a user named Dr. Bill.

17                      Q.   Okay.  And let's take a look at

18      Government's Exhibit Two.  What is Government's Exhibit

19      Two?

20                      A.   Exhibit Two is a -- again a screen

21      capture by me just doing an open source search of SimCare

22      and D.N.P.

23                      Q.   Okay.  And do Government's Exhibit One

24      and Two fairly and accurately depict the screen captures

25      that you made during the course of your investigation?

1                     A.   Yes.

2                     MS. BURNES:  The government moves admission

3        of Government's One and Two?

4                     MR. GAMBURG:  No objection, Judge.

5                     THE COURT:  Admitted.

6                     MS. BURNES:  And if I may publish

7        Government's One to the Jury, please?

8                     BY MS. BURNES:  (Cont'g.)

9                     Q.   So let's take a look at the top of

10       Government's One starting on the left-hand side.  Can you

11       identify the Twitter account that's depicted in

12       Government's One?

13                    A.   Yes, you see a picture of William

14       Merlino with the name Bill Merlino underneath and the

15       Twitter username @drbill.

16                    Q.   Okay.  And let's take a look then

17       panning to the -- to the right, is that a tweet directing

18       your attention to January 3rd of 2018?

19                    A.   Yes.

20                    Q.   Let's take a look at that.  What's the

21       -- the tweet of January 3rd?

22                    A.   It says D.N.P. available on eBay for

23       weight loss, it is not legal in the U.S. so listed as a

24       fertilizer on eBay hashtag diet hashtag weight loss.

25                    Q.   Okay.  Let's take a look at

1    Government's Two.

2                    MS. BURNES:  And if we can enlarge the top

3    part of -- of that screen.

4                    BY MS. BURNES:  (Cont'g.)

5                    Q.   Okay.  Can you tell the Jury what's

6    depicted in Government's Two?

7                    A.   Here's the listing on eBay for forty

8    D.N.P. capsules for agriculture -- agricultural use, one

9    hundred and twenty-five milligrams each.

10                   Q.   And can you tell the Jury what is

11   eBay?

12                   A.   eBay is a online marketplace where

13   sellers can put up items for sale.

14                   Q.   So let's take a look, who is the

15   seller identified on Government's Exhibit Two?

16                   A.   The seller here is listed as SimCare.

17                   Q.   And on the left-hand side, what's --

18   what's depicted?

19                   A.   White and red capsules.

20                   Q.   Okay.  Now the -- the top yellow

21   banner says that the listing was -- was ended, can you --

22   can you describe what that means in this circumstance?

23                   A.   Sure.  When I did the search on the

24   internet, it was just an old listing that was dated

25   February 3rd, 2018.  It was -- you could still see it when

1        you Google it.

2                        Q.   Okay.  And so the -- the -- this sale

3        ended on February 3rd, 2018.  Is that right?

4                        A.   That's correct.

5                        Q.   Okay.  And -- and you describe what

6        the name of the seller is, let's take a look at the bottom

7        of Government's Exhibit Two, and what's depicted there?

8                        A.   This would have been a description

9        listed with the item for sale.

10                       Q.   And how was the item described?

11                       A.   It is listed as a plant fertilizer and

12       growth regulator similar to a rooting hormone, pure yellow

13       crystalline powder, 2,4-Dinitrophenol, one hundred twenty-

14       five milligram capsules, dry weight, not for human

15       consumption.

16                       Q.   Okay.  And there was a statement made

17       there in where -- was it blue and red in the original?

18                       A.   Yes.

19                       Q.   Okay.  So let's take a look at the red

20       statement.

21                       A.   As a retired physician, I have used

22       D.N.P. for patients when it was legal and discovered that

23       its mechanism of action worked on plants to slow growth.

24       The capsules are in the second picture.

25                       Q.   And then let's take a look at the --

1          at the next -- at the next blue section.

2                          A.   D.N.P. is shipped from the

3      manufacturer with ten percent water for safety, bulk

4      shipping.  In order to assure accurate unit weight, all

5      powder is dried before encapsulation by a pharmacist.

6                          Q.   And what's the final statement on this

7      page?

8                          A.   I will be glad to answer any questions

9      you might have regarding D.N.P., its uses, handling and

10     safety.

11                         Q.   Okay.

12                         MS. BURNES:  We can take that down.  Thank

13     you, Mr. Conroy.

14                         BY MS. BURNES:  (Cont'g.)

15                         Q.   I want to direct your attention to

16     August of 2018, did you do an undercover purchase of

17     D.N.P. from eBay user SimCare?

18                         A.   Yes, I did.

19                         Q.   And prior to getting the details of

20     that transaction, can you tell the Jury how you used eBay

21     in that circumstance?

22                         A.   So with any online things you have to

23     create a user account, so I created a user account with my

24     undercover identity, and then added the purchasing

25     information as far as PayPal and credit -- and credit

1     card.

2                    Q.    Okay.  And during the course of the

3     investigation, did you get certified copies of business

4     records from eBay for user SimCare?

5                    A.    Yes, I did.

6                    Q.    Okay.  So let's -- I want to direct

7     your attention to Government's Nine, for the parties only.

8     Can you describe generally what is Government's Nine.  Do

9     you recognize that?

10                   A.    Yes, I do.

11                   Q.    And what is it?

12                   A.    It's a cover page that eBay provided

13    along with the actual data of transactions, but just

14    spells out the registration information.

15                   Q.    Okay.  And on the pages behind

16    Government's Nine, did you create summary charts of all of

17    the data from the transaction?

18                   A.    Yes, I did.

19                   MS. BURNES:  The government moves

20    Government's Exhibit Nine into evidence?

21                   MR. GAMBURG:  No objection, Your Honor.

22                   THE COURT:  Admitted.

23                   MS. BURNES:  And if we can publish it for

24    the Jury.

25                   BY MS. BURNES:  (Cont'g.)

1                      Q.   So if we can just take a look at the

2          registration information, who is this account registered

3          to?

4                      A.   William Merlino.

5                      Q.   And at the time of your receipt of the

6          record, what was SimCare's eBay status?

7                      A.   It was suspended.

8                      Q.   Okay.  So directing your attention to

9          the next page of Government's Nine, what's depicted here?

10                     A.   Just a summary of the -- that initial

11         cover page.

12                     Q.   Okay.  So with respect to eBay user

13         I.D. SimCare, who is it registered to?

14                     A.   William A. Merlino.

15                     Q.   And what's the email associated with

16         the account?

17                     A.   merlin@acm.org.

18                     Q.   And when was the account registered?

19                     A.   December 10th, 1998.

20                     Q.   Let's take a look at the next page,

21         can you tell the Jury what's depicted here?

22                     A.   Yes, this is a summary of the analysis

23         I did regarding transactions of D.N.P. by the user I.D.

24         SimCare.

25                     Q.   Okay.  So can -- can you tell the Jury

1          what you did, you had the eBay records for SimCare, how

2          did you search for transactions to include in your

3          summary?

4                         A.   So each transaction listed price, the

5          user who purchased it and listed the item for sale.  So it

6          was pretty easy to distinguish what was D.N.P. and what

7          was something else.

8                         Q.   Okay.  So let's take a look at the --

9          look at the -- the chart, what's the picture on this chart

10         here?

11                        A.   It's a monthly breakdown of the eBay

12         sells.

13                        Q.   Okay.  So November of 2017, how many

14         eBay sales did SimCare make for D.N.P. sales?

15                        A.   Twelve.

16                        Q.   And for December 2017?

17                        A.   Twenty-nine.

18                        Q.   January of 2018?

19                        A.   Seventy-seven.

20                        Q.   Okay.  Was that the same month as the

21         tweets?

22                        A.   Yes, it was.

23                        Q.   February of 2018?

24                        A.   Forty-five.

25                        Q.   And that's -- that's the month of the

1      ad that -- that is Government's Exhibit Two.  Is that

2      right?

3                     A.   That's correct.

4                     Q.   Let's take a look at March of 2018?

5                     A.   Sixty-two.

6                     Q.   And moving forward then, July of 2018

7      how many eBay sales were there?

8                     A.   Zero.

9                     Q.   And was -- was that when the petition

10     went from Customs and Border Patrol, the notice of seizure

11     to Defendant Merlino?

12                    A.   Yes.

13                    Q.   And take a look at August of 2018 how

14     many sales were there?

15                    A.   Fourteen.

16                    Q.   What happened in August of 2018 with

17     respect to eBay sales of D.N.P. in the United States?

18                    A.    eBay got wise to what was going on and

19     totally banned D.N.P. for sale on their website.

20                    Q.   Okay.  And had they taken that action

21     earlier with respect to U.K. customers?

22                    A.   Yes.

23                    Q.   So how many total sales of D.N.P. on

24     eBay did you identify for SimCare from November 2017 to

25     August 2018?

1                    A.    Three hundred seventy-eight.

2                    Q.    Okay.  Let's take a look at the next

3          page, what's the earliest identified transaction that you

4          identified with D.N.P.?

5                    A.    November 9th, 2017.

6                    Q.    Okay.  And directing your attention to

7          the right side of the page, the eBay listing title.  Tell

8          the Jury what's depicted there?

9                    A.    D.N.P., agriculture use, forty

10         capsules, two hundred milligrams each, no additives.

11                   Q.    Okay.  And are those the descriptors

12         that you used to -- to populate the summary charts?

13                   A.    Yes.

14                   Q.    Okay.  And so just going through the -

15         - each of these charts, the first column depicts a

16         purchase date, what's depicted in the second column?

17                   A.    The second is the buyer's user I.D.

18                   Q.    So just like a seller has an I.D. like

19         SimCare, does a buyer also have a user I.D.?

20                   A.    That is correct.

21                   Q.    And then the quantity purchased, where

22         did that information come from?

23                   A.    eBay.

24                   Q.    Okay.  And the eBay listing title came

25         from eBay.  Is that correct?

1            A.    That is correct.

2            Q.    So let's take a look at the next page,

3      I want to direct your attention to December of 2017 and

4      addressing December 13th of 2017.  Is there a D.N.P.

5      transaction identified in your chart?

6            A.    Yes, it was a purchase by the user

7      I.D. Freeks (phonetic spelling) 2015.

8            Q.    And what was the purchase for?

9            A.    It was a quantity of one D.N.P.,

10     agriculture use, one hundred capsules, two hundred

11     milligrams each, one hundred percent no additives.

12           Q.    Okay.  Moving forward let's take a

13     look at February 2018.  On February 2nd of 2018 is there a

14     transaction to 2014-K-N-A-P-M?

15           A.    Yes, there is.

16           Q.    Okay.  And does that correspond to the

17     shipping records identified in this case to Jack Knapman

18     in the U.K.?

19           A.    Yes, it does.

20           Q.    And moving forward to March of 2018 --

21     I'm sorry, yeah, March of 2018 -- March 13th of 2018.  So

22     another transaction on March 13th, 2018 with that same

23     user 2014-K-N-A-P-M?

24           A.    Yes, there is.

25           Q.    And what was that purchase for?

1                          A.   Two hundred DNP capsules, agriculture

2       use, two hundred milligrams each.

3                          Q.   Moving forward to March 25th of that

4       same month, so transaction with M-C-L-Y-N-D?

5                          A.   Yes, there is.

6                          Q.   And what is that transaction for?

7                          A.   One hundred D.N.P. crystalline

8       capsules for agriculture use, two hundred milligrams each.

9                          Q.   And directing your attention to the

10      following page for April.  We've looked at a number of

11      transactions for D.N.P. capsules for agricultural use.

12      Directing your attention to April 26th of 2018 what is the

13      description of the product for sale by SimCare?

14                         A.   D.N.P. fertilizer, potted plants,

15      fifty by two hundred.

16                         Q.   Okay.  And is that replicated several

17      times in your chart?

18                         A.   Yes, it is.

19                         Q.   Let's take a look at the following

20      page, May of 2018, May 13th of 2018.  With respect to

21      these sales, what is the eBay listing title for the sale?

22                         A.   It's D.N.P. 2,4 powder twenty thousand

23      milligrams encapsulated on request.

24                         Q.   Okay.  And does the statement

25      encapsulated on request with respect to the sales of the

1      D.N.P.  Does that appear throughout the transaction

2      following?

3                     A.   Yes, it does.

4                     Q.   Moving forward to June of 2018, June

5      2nd of 2018.  Is that another transaction with M-C-L-Y-N-

6      D-B?

7                     A.   Yes, there is.

8                     Q.   Okay.  And what's that transaction

9      for?

10                    A.   D.N.P. power packs, twenty thousand

11     milligrams, one hundred by two hundred.

12                    Q.   And what does one hundred by two

13     hundred mean?

14                    A.   One hundred capsules at two hundred

15     milligrams a piece.

16                    Q.   And moving forward --?

17                    THE COURT:  And pick a time for the mid-

18     morning break that's convenient, it could be now or a

19     couple of minutes whatever works.

20                    MS. BURNES:  Okay, thank you.

21                    BY MS. BURNES:  (Cont'g.)

22                    Q.   Let's take a look at July of 2018,

23     this is the month of the C.B.P. seizure notice, how many

24     transactions were there?

25                    A.   Zero.

```
 1                    Q.   And finally, let's take a look at
 2      August of 2018.  I want to direct your attention to August
 3      28th of 2018 there was a username B-Y-R-P-A dash 77.  Do
 4      you recognize that username?
 5                    A.   I do.
 6                    Q.   And what is that username?
 7                    A.   That is my undercover buyer user I.D.
 8                    Q.   And is this the transaction that you
 9      completed as your first U.C. buy in this case?
10                    A.   Yes, it was.
11                    MS. BURNES:  Okay.  Your Honor, if it --
12                    THE COURT:  All right.
13                    MS. BURNES:  -- if the Court -- we can take
14      a break.
15                    THE COURT:  Good.  All right.  Ladies and
16      gentlemen as I said, we work for about an hour-and-a-half
17      and we take a mid-morning break, so we'll do that now.
18      And we'll try to get back to work in about ten minutes and
19      Mr. Henry magically appears.  All right.  We're adjourned.
20                    (Off the record, 10:59:59 to 11:11:36)
21                    THE COURT CLERK:  The Court is in session.
22                    THE COURT:  Special Agent Arcari, can you
23      take the stand while --.
24                    THE COURT CLERK:  All rise.
25                    THE COURT:  All right.  We can continue.
```

1                    MS. BURNES:  Thank you, Your Honor.

2                    BY MS. BURNES:  (Cont'g.)

3          Q.   Special Agent Arcari, before the

4     break, we were taking you up to your first undercover

5     purchase on the eBay records.  So I want to direct your

6     attention to August of 28th of 2018, can you tell the Jury

7     what investigative steps you took in this case?  With your

8     first U.C. --

9          A.   U.C. buy.

10         Q.    -- with first U.C. buy.

11         A.   So, as I've explained before, using my

12    undercover eBay user I.D., I purchased D.N.P. from SimCare

13    then it was shipped to my undercover address.

14         Q.   Okay.  So for identification only,

15    let's take a look at Government's Exhibits Twenty-one,

16    Twenty-two, Twenty-three and Twenty-four.  And if you want

17    to open the binder, so you can just look at all four of

18    them while Mr. Conway's on the first one.

19                   Government's Exhibits Twenty-one through

20    Twenty-four, your undercover Gmail address that contains

21    receipts and purchases related to that first undercover

22    buy?

23         A.   That is correct.  Just --.

24         Q.   Can you just describe what that means?

25         A.   Sure.  Just like any purchase you've

1      done online, the vendor will usually send you a receipt by

2      email.  And what I have here is PayPal acknowledgement

3      that I made a purchase from SimCare.

4                     Q.   Government's Twenty-two, what's

5      depicted there?

6                     A.   Government Twenty-two is the order

7      confirmation from eBay.  Titled D.N.P. fifteen grams Sim.

8                     Q.   What about Government's Twenty-three?

9                     A.   Twenty-three is an invoice I received

10     from SimCare Associates.  And in this one, it was a charge

11     for encapsulating the D.N.P. that I purchased from eBay.

12                    Q.   And Government's Twenty-four.

13                    A.   Twenty-four is an email confirmation

14     to my Gmail account from the U.S. Postal Service with the

15     Click-N-Ship information, my tracking number.

16                    Q.   And so Government's Twenty-one through

17     Twenty-four, are they fair and accurate copies of your

18     undercover Gmail account documenting steps in your

19     undercover buy?

20                    A.   Yes, they are.

21                    MS. BURNES:  The government seeks admission

22     of Government's Exhibit Twenty-one through Twenty-four.

23                    MR. GAMBURG:  No objection.

24                    THE COURT:  Admitted.

25                    MS. BURNES:  And if we can publish Twenty-

1    two please, Mr. Conway.

2                    BY MS. BURNES:  (Cont'g.)

3             Q.   So can you tell the Jury what's

4    depicted on Government's Twenty-two?

5             A.   Sure, like I said it's the order

6    confirmation that I received from eBay to my undercover

7    Gmail account, titled D.N.P. fifteen grams Sim.

8             Q.   So directing your attention to the top

9    of the page order confirmed D.N.P. fifteen grams Sim.  Is

10   that right?

11            A.   That's correct.

12            Q.   Okay.  At the middle of the page, the

13   bottom of the screen here, what's -- what's depicted?

14            A.   The listing, D.N.P. fifteen grams Sim,

15   total amount thirty-three dollars.

16            Q.   Okay.  So let's take a look at the --

17   at Government's Exhibit Twenty-one.  And if we take a look

18   at the top of the page, can you just tell the Jury what's

19   depicted at the top of Government's Twenty-one?

20            A.   Sure.  It's Gmail from PayPal with the

21   subject line, your payment receipt to SimCare, Associates

22   C.H.T.

23            Q.   Okay.  And this email is to Bryan and

24   that's redacted.  That's your undercover receipt for

25   purchases?

1              A.    That's correct.

2              Q.    In this case, okay.  And what's the

3    date of this email?

4              A.    The date is August 28th, 2018.

5              Q.    And as depicted on the screen, what's

6    depicted on the middle of the email?

7              A.    Thank you -- thanks for using PayPal.

8              Q.    Okay.  And -- and how much did you pay

9    via PayPal?

10             A.    I see, sorry.  It was thirty-three

11   dollars, you paid thirty-three dollars, U.S. dollars on

12   eBay.

13             Q.    Okay.  So let's take a look at -- at

14   Government's Twenty-three.  And starting at the top of the

15   screen, can you tell the Jury what's depicted here?

16             A.    Yes, it was an email to my undercover

17   Gmail account from SimCare Associates Chartered.  And it

18   was an invoice for the encapsulation of the D.N.P.

19             Q.    And what's the date of this?

20             A.    The date is August 29th, 2018.

21             Q.    So after you placed the order and got

22   -- and got the -- the -- the invoice and payment, did you

23   receive a direct communication with the seller?

24             A.    Yes, that's correct.  I received an

25   email.

1                Q.   Okay.  And -- and as we get to that,

2     let's take a look at Government's Twenty-four.  What's

3     depicted in Government's Twenty-four?

4                A.   Twenty-four is the email from U.S.P.S.

5     to my undercover Gmail account.  Just stating that my

6     package has been shipped.

7                Q.   Okay.  What's the date of the Click-N-

8     Ship notice, this email?

9                A.   That is August 30th, 2018.

10                Q.   And what are the Click-N-Ship shipping

11     details depicted here?

12                A.   It's listed, shipped from SimCare

13     Associates Limited, 4630 Catawba Avenue, Mays Landing, New

14     Jersey 08330.

15                Q.   And it was shipped to you at your

16     undercover email address?  I mean, post office address?

17                A.   Yes, it was.

18                Q.   Okay.  And is that address, it's shown

19     here on -- on -- in Springfield, Pennsylvania.  Is that in

20     the Eastern District of Pennsylvania?

21                A.   Yes, it is.

22                Q.   And did you do subsequent purchases

23     that were shipped into the Eastern District of

24     Pennsylvania?

25                A.   Yes, I did.

1                    Q.   Okay.  So after you've placed the

2      order and got the invoice, you received a direct

3      communication with the seller.  Is that right?

4                    A.   That's correct.

5                    Q.   Let's take a look for identification

6      only at Government's Twenty-five.  And do you recognize

7      Government's Twenty-five?

8                    A.   Yes, I do.

9                    Q.   What is it?

10                   A.   It's an email from simcare@gmail to my

11     undercover Gmail account.

12                   Q.   And does Government's Twenty-five

13     contain a thread of -- of emails between your Gmail

14     account and simcare@gmail.com?

15                   A.   Yes, it does.  There's several emails

16     back and forth.

17                   Q.   Was there a first -- on the -- on the

18     first email, is there a P.D.F. attached to that email?

19                   A.   Yes, there is.

20                   Q.   And I want to direct your attention to

21     Government's Twenty-six, what's depicted there?

22                   A.   Twenty-six is like a letter that was

23     an attachment to that email.

24                   Q.   Okay.  So Twenty-six is the printout

25     to the -- to the P.D.F. that's depicted on Twenty-five?

1          A.   That's correct.

2          Q.   Okay.

3          MS. BURNES:   The Government moves

4     Government's Exhibit Twenty-five and Twenty-six into

5     evidence.

6          MR. GAMBURG:   No objection.

7          THE COURT:   Admitted.

8          MS. BURNES:   And if we may publish Twenty-

9     five, please.

10          BY MS. BURNES:   (Cont'g.)

11          Q.   So if -- if we can -- if we can take

12     the -- the top of the page and enlarge it and Special

13     Agent Arcari, if you could tell the Jury what's depicted

14     here on this Gmail thread?

15          A.   Sure.   So the initial email came

16     Tuesday, August 28th, 2018 from simcare@gmail to my

17     undercover Gmail account with the subject line, D.N.P.

18     fifteen grams.   And the user at simcare@gmail.com asking

19     me if I wanted capsules and that it would be twenty-five

20     dollars for one hundred or just ship the powder.

21          Q.   Okay.   And was this communication

22     received after you made the thirty-three dollar purchase

23     in response to the eBay app?

24          A.   Yes, it was.

25          Q.   Okay.   And let's -- let's take a look

1      at the  -- the next -- the next communication in the

2      thread, how did you respond?

3                    A.   I responded, sweet.  I'll take the

4      caps.  I wouldn't even know how to do that.  Thanks.

5                    Q.   And what response did you get on

6      Wednesday, August 29th or shortly after you -- your

7      message to SimCare?

8                    A.   I received an email back from

9      simcare@gmail.com.  Will send bill via square.com.  B-T-W,

10     by the way, eBay pulled the D.N.P. listing, can order

11     directly via this email address.  And it's signed Bill.

12                   Q.   Okay.  And in fact, was that

13     consistent with your knowledge that eBay had pulled all

14     D.N.P. sales from the website?

15                   A.   Yes, that's correct.

16                   Q.   In fact, were you able to capture,

17     screen capture, the eBay purchase that you've made?

18                   A.   No, I was not.

19                   Q.   Okay.  So let's take a look at the

20     bottom of the page continuing, I'm sorry, before you go to

21     that part of the thread, let's -- let's take a look at

22     Government's Exhibit Twenty-six.  Now, your initial email

23     from SimCare contained a PDF attachment.  Is that right?

24                   A.   That's correct.

25                   Q.   Can you tell the Jury what's depicted

1          in Government's Twenty-six?

2                    A.   Sure.  It's basically an advertisement

3          for direct sales.  Just email at SimCare or

4          simcare@gmail.com for any future purchases.

5                    Q.   And what -- what is the P.D.F. that

6          was sent to you by SimCare, what does it say?  Let's start

7          at the top.

8                    A.   Sure.  It says D.N.P. now available on

9          eBay.  Thank you for your D.N.P. interest or order.  U.S.

10         and international regulators have pulled listings on eBay

11         several times.  Powder may be ordered on eBay at this time

12         and if desired sent to a third party for encapsulation.

13         They will bill twenty-five dollars for the one hundred

14         capsules of any strength.

15                   Q.   And then the section in -- was this in

16         red and blue on the original?

17                   A.   Yes.

18                   Q.   Okay.  And what does it say there?

19                   A.   You can also order directly from

20         simcare@gmail.com and be sent an invoice via square.com.

21                   Q.   And let's take a look at the -- at the

22         -- at the bottom of the page what are the purchase options

23         available?

24                   A.   Following purchase options available

25         on eBay, ten grams, eighteen dollars and ninety-nine

1      cents, no capsule option.  Fifteen grams twenty-eight

2      dollars, one hundred capsules one hundred fifty

3      milligrams, twenty-five grams forty-eight dollars, one

4      hundred capsules two hundred and fifty milligram and three

5      hundred fifty gram or thirty-five gram for sixty-eight

6      dollars, one hundred capsules three hundred fifty

7      milligrams.

8                    Q.   Okay.  So let's go back to

9      Government's Twenty-five.  After you communicated with

10     Bill, simcare@gmail.com for encapsulation, did you have --

11     did you receive the package?

12                    A.   Yes, I did.

13                    Q.   Okay.  So let's -- let's take a look

14     at for identification only Government's Exhibits Twenty-

15     seven through Twenty-nine.

16                    MS. BURNES:  And Mr. Conway, you can stay

17     on twenty-seven, if you just want to flip to the book.

18                    BY MS. BURNES:  (Cont'g.)

19                    Q.   Government's Exhibit Twenty-seven,

20     what's depicted here for identification?

21                    A.   It is a small Ziploc type baggie

22     containing red and white capsules.

23                    Q.   Okay.  And the Government's Exhibit

24     Twenty-eight.

25                    A.   It's the same thing.

1                    Q.   Okay.  And does this one have a

2        picture of a label?

3                    A.   Yes, they all contain a label.

4                    Q.   And Government's Exhibit Twenty-nine.

5        Twenty-nine is already in evidence.  Government's Exhibit

6        Twenty-seven and Twenty-eight, pictures of the U.C.

7        purchase received in Springfield, Pennsylvania?

8                    A.   That's correct.

9                    Q.   And I'm going to approach with

10       Government's Exhibit Twenty-eight P in addition to Twenty-

11       nine P.  And can you just identify Government's Exhibit

12       Twenty-eight P?

13                   A.   Sure, Twenty-eight P is the bag that

14       contains the capsules.

15                   MS. BURNES:  The Government moves

16       Government's Twenty-seven and Government's Twenty-eight

17       and Twenty-eight P into evidence.

18                   MR. GAMBURG:  No objection.

19                   THE COURT:  Admitted.

20                   MS. BURNES:  If we can take a look, Mr.

21       Conway at Government's Twenty-seven.

22                   BY MS. BURNES:  (Cont'g.)

23                   Q.   Special Agent Arcari, if you can just

24       hold up to the Jury Twenty-nine P, it's already in

25       evidence.  And sort of explain what it is you received

1            when you went to retrieve your parcel.

2                         A.   So like I said, after the purchase, I

3       went to our undercover address to receive this parcel.   So

4       at the time, it was a envelope, with a Click-N-Ship label

5       addressed to my undercover identity and undercover

6       address.

7                         And the sender name was SimCare Associated

8       L-T-D, 4630 Catawba Avenue, Mays Landing, New Jersey.

9                         Q.   And in the envelope that is Twenty-

10      eight, Twenty-nine P.  Can you describe what's Twenty-

11      eight P?

12                        A.   So within that envelope was a baggie

13      filled with red and white capsules.

14                        Q.   Okay.  So the capsules depicted on

15      Twenty-seven -- Government's Twenty-seven?

16                        A.   Yes.

17                        Q.   Okay.  And the capsules were in the

18      baggie that you're holding in your hand?

19                        A.   That's correct.

20                        Q.   Twenty-eight P, is that right?

21                        A.   That's correct.

22                        Q.   Okay.  So let's take a look at

23      Government's Twenty-eight.  With respect to the capsules,

24      what's depicted on the label here?

25                        A.   On the label, it lists 2,4-

1          Dinitrophenol, two hundred milligrams, one hundred thirty-

2          three milligram dry weight, expires 12/01/2020, not for

3          human consumption.

4                    Q.   And were -- were the -- was the

5          package sent to the F.C.C. lab for analysis?

6                    A.   Yes, it was.

7                    Q.   And what was the result of that in

8          that analysis?

9                    A.   Results came back that it was D.N.P.

10         contained in those capsules.

11                   Q.   Now, with respect to this first

12         purchase, you used PayPal in the transaction.  Is that

13         right?

14                   A.   That's correct.

15                   Q.   During the course of the

16         investigation, did you get certified copies of business

17         records from PayPal for William Merlino?

18                   A.   Yes, I did.

19                   Q.   Let's take a look at Government's

20         Exhibit Ten for identification only.  And if you want to

21         just look at the hardcopy for a moment, Special Agent

22         Arcari, what's -- what's depicted in Government's Exhibit

23         Ten?

24                   A.   Sure.  It's the cover page from PayPal

25         that was included with the actual data, listing

1          registration information.

2                         Q.   And the follow-up pages of

3          Government's Ten, what's contained there?

4                         A.   Just more registration information but

5          listing telephone numbers, email addresses and actual

6          physical addresses.

7                         Q.   And did you also receive several

8          hundred lines of data depicting PayPal information?

9                         A.   Yes, I did.

10                        Q.   Okay.

11                        MS. BURNES:   And the Government moves

12         Government Exhibit Ten.

13                        MR. GAMBURG:   No objection, Your Honor.

14                        THE COURT:   Admitted.

15                        MS. BURNES:   If we can publish the first

16         page of Government's Ten.

17                        BY MS. BURNES:   (Cont'g.)

18                        Q.   So let's take a look at the

19         registration information box.   This -- who is the -- the

20         first and last name, username, for this PayPal account.

21                        A.   It's William Merlino.

22                        Q.   And what's the email address?

23                        A.   simcare@gmail.com.

24                        Q.   And what's the business name

25         associated with this account?

1              A.   Agro Fortis Supply.

2              Q.   Okay.  Directing your attention to the

3    second page of Government's Ten.  Can you tell the Jury

4    what's depicted here?

5              A.   You have telephone numbers associated

6    with the account, as well as physical addresses associated

7    with the account.

8              Q.   Okay.  And at the very top of the page

9    is an email address associated with the account?

10             A.   Yes, there is.  It's --.

11             Q.   And what's the email address?

12             A.   It's simcare@gmail.com.

13             Q.   And at the -- in the addresses section

14   of the page, are there addresses that include Bill

15   Merlino, Agro Fortis Supply, William Merlino and Bill --?

16             A.   Yes, there is.

17             Q.   Okay.  Did you identify Bill

18   (unintelligible) during the course of this investigation?

19             A.   Yes.

20             Q.   And let's take a look at the next

21   page.  Can you tell the Jury what is associated with

22   Government's Ten?

23             A.   That's just a summary that I created

24   of the registration information on PayPal.

25             Q.   Okay.  So for the account ending in

1   five eight four.  That -- when was that account created?

2              A.   That account was created on May 22nd,

3   2014.

4              Q.   Okay.  Let's -- let's move on to the

5   next page of Government's Ten and tell the Jury what is

6   depicted on this page.

7              A.   Sure.  This page is just a monthly

8   summary of D.N.P. transactions through that account.

9              Q.   So Special Agent Arcari, were there

10  additional PayPal transactions that are not included in

11  this summary?

12             A.   Yes, there was.

13             Q.   How did you identify the transactions

14  to include in this summary?

15             A.   Well, in looking at, initially, the

16  eBay transactions, kind of flowed right through to PayPal

17  and then after eBay pulled the D.N.P. for sale.  And

18  that's kind of stated in the previous emails to and from

19  the Defendant, to me in my undercover capacity.  Direct

20  sales were also paid for by -- or paid through PayPal.

21             Q.   And did the PayPal record themselves

22  have data, including the item sold for which payment was

23  getting received?

24             A.   That's correct.  Much like the eBay,

25  PayPal also captured the item for sale, listed for sale.

1                         Q.   So let's take a look at this page, the

2          PayPal transactions monthly summary, what's depicted here?

3                         A.   You have the month and the year, total

4          transactions for that month.  And then gross payments

5          received.

6                         Q.   So for November of 2017, which is the

7          first month on your chart, how many D.N.P. PayPal

8          transactions were there?

9                         A.   There were twelve transactions.

10                        Q.   And what was the gross payment amount

11         for D.N.P. PayPal?

12                        A.   Six hundred eighty-seven dollars and

13         ninety-five cents.

14                        Q.   Okay.  Let's take a look to January of

15         2018.  That's the month of the tweets, how many D.N.P.

16         PayPal transactions?

17                        A.   There were seventy-seven transactions.

18                        Q.   And what was the gross payment?

19                        A.   Five thousand seven hundred and

20         eighteen and twenty-five cents.

21                        Q.   Now, moving forward to January of

22         2019.  How many D.N.P. PayPal transactions were there?

23                        A.   There were seventy-two transactions.

24                        Q.   And what was the gross amount of

25         D.N.P. PayPal amounts?

1     A. Seven thousand seven hundred seventy-

2 three and sixty cents.

3     Q. So for the -- the time period from

4 November 2017 to January of 2019, how many D.N.P. PayPal

5 transactions did you identify?

6     A. Five hundred and sixty-nine.

7     Q. And what was the -- the gross payment

8 amount?

9     A. Fifty-four thousand fifty-two and

10 forty-eight cents.

11     Q. Let's take a look at the next page and

12 what's depicted here?

13     A. Here's just the yearly summary.  We

14 have the transaction start date and transactions end date

15 for the specific year.  Total number of transactions for

16 that year and then gross sales for that year.

17     Q. Okay.  So for 2017, you had two

18 months' worth of sales, is that right?

19     A. Yes.

20     Q. Okay.  And then for 2018, that's an

21 entire year's worth of sales?

22     A. Correct.

23     Q. And how many transactions for the year

24 of 2018?

25     A. 2018 was four hundred fifty-five.

1          Q.   Okay.  And then you have just one

2     month in January of 2019.

3          A.   Correct.

4          Q.   Okay.  Now, you -- the -- the

5     transaction end date is January 29th of 2019.  Do you have

6     data after January 29th of 2019?

7          A.   I do not have data from PayPal.

8          Q.   Okay.

9          A.   But we know there was -- sales

10    continued.

11         Q.   And how do you know that?

12         A.   Because I made the purchase on the

13    31st of January.

14         Q.   Okay.  So let's -- let's take a look

15    at them for the month of the data that you have up to

16    January 29th of 2019, how many transactions were there?

17         A.   Five hundred and sixty-nine.

18         Q.   From the --

19         A.   I'm sorry.

20         Q.    -- that's your complete set --?

21         A.   Complete, yes.

22         Q.   Okay.  How about for just the month of

23    January 2019?

24         A.   I'm sorry, seventy-two.

25         Q.   Okay.  So let's -- let's take a look

1    at the next page of the exhibit.  And November of 2017,

2    can you tell the Jury what's depicted here?

3                  A.   Yes, this is just a spreadsheet I

4    created using the data PayPal provided.  We have the

5    purchase date, the actual name of the individual, in this

6    case his eBay user I.D., a listed purchase source to

7    separate eBay and then later on later purchases and then

8    we have items sold.

9                  Q.   Okay.  So and -- so in this case, if

10   we take a look at the first transaction on November 8th,

11   2017, here you have a name listed and that's the PayPal

12   name.  Is that right?

13                 A.   Correct.

14                 Q.   Okay.  And then the PayPal data also

15   contains the eBay user I.D.?

16                 A.   Yes it did.

17                 Q.   Okay.  And you were able to cross

18   reference these transactions with your eBay data?

19                 A.   That's correct.

20                 Q.   That's how you formed the column for

21   purchases?

22                 A.   Yes.

23                 Q.   Let's take a look at the items sold in

24   November of 2017.  What's the description of the -- of the

25   purchase for that November 8th, 2017?

1                        A.    So we have forty capsules of D.N.P.

2        for potted plants, two hundred milligrams each.

3                        Q.    Let's move on to the next page of

4        December of 2017.  And directing your attention to a

5        transaction on December 13th of 2017.

6                        A.    Yes, it's the --.

7                        Q.    Who's the purchaser?

8                        A.    The purchaser is David Freek (phonetic

9        spelling).

10                       Q.    And what's the eBay user I.D.?

11                       A.    Freekus2015.

12                       Q.    And is that the data that you -- you

13       testified about earlier this morning on your eBay data?

14                       A.    That's correct.

15                       Q.    And what's the description of the --

16       of the purchase that David Freek made from SimCare?

17                       A.    D.N.P. agricultural use one hundred

18       capsules, two hundred milligrams each one point twelve per

19       capsule.

20                       Q.    Let's take a look at December 23rd of

21       2017.  And there is a purchase of a person whose name,

22       first and last name begins with G?

23                       A.    Correct.

24                       Q.    Do you want to attempt it?

25                       A.    Sure.  Name is Grondeorgi (phonetic

1    spelling).

2                    Q.   Okay.  And is -- is that a name that

3    that you also see on the Click-N-Ship data that

4    (unintelligible)?

5                    A.   Yes.

6                    Q.   Let's take a look -- moving forward to

7    February 2018.  Let's take a look at the first line on

8    February of 2018.  On February 1st, there is a transaction

9    and who is the purchaser?

10                   A.   The purchaser is Jack Knapman.

11                   Q.   And what is his eBay user I.D.?

12                   A.   2014-Knapman, K-N-A-P-M --.

13                   Q.   And what's the -- the description of

14   the item sold?

15                   A.   Two hundred D.N.P. agriculture use two

16   hundred capsules one hundred twenty-five milligrams each.

17                   Q.   Moving forward to the next page on

18   March of 2018.  And directing your attention to March 13th

19   of 2018.  Is there another transaction with Mr. Knapman?

20                   A.   Yes, there is.

21                   Q.   And what's the description of that

22   purchase?

23                   A.   Two hundred D.N.P. capsules.

24                   Q.   March 13th.

25                   A.   Yeah.  All right.  Bounce around here.

1           Two hundred D.N.P. capsules, one hundred twenty-five

2       milligrams, agriculture use one -- one hundred twenty-five

3       milligrams each.

4                       Q.   Going to move forward in your PayPal

5       data up to August of 2018.  And directing your attention

6       to August 28th, 2018.  Do you see your transaction

7       depicted in the PayPal data?

8                       A.   Yes, I do.

9                       Q.   And can you just identify that for the

10      Jury?

11                      A.   Sure.  Buyer's name is Bryan, last

12      name is redacted, eBay user I.D., Bripa77 (phonetic

13      spelling).  And the purchase was from eBay, D.N.P. fifteen

14      grams Sim for thirty-three dollars.

15                      Q.   Now, is this the last page on your

16      chart that -- that will select eBay transactions?

17                      A.   That's correct.

18                      Q.   Okay.  So let's move to September

19      2018, your PayPal transactions.  How many transactions are

20      listed here?

21                      A.   Four.

22                      Q.   And with respect to the purchase

23      source, how  -- how did you identify them?

24                      A.   With this here, I cross referenced the

25      two emails that we had and was able to find email

1     correspondence of customers requesting to purchase D.N.P.

2     from Dr. Merlino.

3                    Q.   On these days

4                    A.   On these dates, yes.

5                    Q.   Okay.  So let's take a look moving

6     forward to November of 2018.

7                    By November of 2018, since you couldn't

8     make a direct purchase from eBay for an undercover

9     purchase, how did you make your second U.C. purchase of

10    D.N.P. from Merlino?

11                   A.   So in October of that 2018, I directed

12    an email from my undercover account to simcare@gmail.com,

13    requesting to purchase more pills.

14                   Q.   Okay.  And during the course of those

15    communications, were you directed to a website?

16                   A.   That's correct.  The Defendant

17    directed me to his website at Fortissupply.com.

18                   Q.   Okay.  So let's take a look saying on

19    a -- on a PayPal transactions in October of 2018 when you

20    had entered in the item sold, does that D.N.P. information

21    come from PayPal?

22                   A.   That's correct.

23                   Q.   And the purchase source, what's

24    depicted to you in October of 2018?

25                   A.   Agro Fortis Supply.

1                    Q.    So directing your attention to

2        November of 2018 and approximately November 12th of 2018.

3        Is there a purchase from a Justin Konen (phonetic

4        spelling) from Agro Fortis Supply?

5                    A.    Yes there is.

6                    Q.    And what was that purchase for?

7                    A.    D.N.P. 2,4-Dinitrophenol capsules, two

8        hundred milligrams, one hundred count.

9                    Q.    And on November 14th, is there a

10       purchase by Jason Axe (phonetic spelling)?

11                   A.    Yes, there is.

12                   Q.    What's that for?

13                   A.    D.N.P. comma -- 2,4-Dinitrophenol

14       capsules, two hundred milligram, one hundred count.

15                   Q.    On November 24th of 2018, is there a

16       purchased by Michael Murphy?

17                   A.    There is.

18                   Q.    And what's that purchase for?

19                   A.    D.N.P. 2,4-Dinitrophenol capsules, two

20       hundred milligram, one hundred count.

21                   Q.    And on November 30th of 2018, is there

22       a purchase by Robert Levy?

23                   A.    Yes, there is.

24                   Q.    And what's that a purchase for?

25                   A.    D.N.P. capsules, two hundred milligram

1    per capsule, min order thirty.

2                    Q.   And directing your attention to the

3    top of the page on 11/01/2018, there's a transaction

4    depicted.  Do you recognize it?

5                    A.   Yes, I do.

6                    Q.   And what transaction is that?

7                    A.   It was my undercover purchase using my

8    undercover I.D.

9                    Q.   And what's the source of the purchase?

10                   A.   Agro Fortis Supply.

11                   Q.   And what was the items sold listed in

12   the -- in the PayPal data?

13                   A.   D.N.P. 2,4-Dinitrophenol capsules, two

14   hundred milligrams, one hundred count.

15                   Q.   Okay.  Thanks.

16                   MS. BURNES:  You can take that down, Mr.

17   Conway.

18                   BY MS. BURNES:  (Cont'g.)

19                   Q.   So can you tell the Jury the steps you

20   took for your second U.C. purchase of D.N.P. from Merlino?

21                   A.   Sure.  Like I said, my initial email

22   to William Merlino, he directed me to his website, I went

23   to the website, just like buying anything online, click,

24   add to cart and then purchase.  Gave me the option to use

25   PayPal, I used PayPal.

1          Q.   Okay.  And -- and prior to conducting

2     that purchase, did you also conduct social media searches

3     and websites during the course of your investigation?

4          A.   Yes, I did.

5          Q.   So I want to direct your attention to

6     Government's Forty-one through Government's Forty-seven.

7     This is for identification only.

8          MS. BURNES:  And Mr. Conway, you can stay

9     on Forty-one.

10          BY MS. BURNES:  (Cont'g.)

11          Q.   If you could just take a look in your

12     -- in your book.  Special Agent Arcari, do Government

13     Exhibits Forty-one through Forty-seven fairly and

14     accurately depict screen captures of social media pages

15     and websites that you reviewed in the course of your

16     investigation?

17          A.   Yes, they do.

18          MS. BURNES:  The Government moves

19     Government's Forty-one through Forty-seven into evidence.

20          MR. GAMBURG:  No objection, Your Honor.

21          THE COURT:  Admitted.

22          MS. BURNES:  If we can publish Government's

23     Forty-one, please?  And if we can enlarge on that -- on

24     the top half of the screen.

25          BY MS. BURNES:  (Cont'g.)

1                    Q.   Can you tell the Jury what's depicted

2         in Government's Forty-one?

3                    A.   Sure.   This is a personal Facebook

4         page for William A. Merlino and it displays his picture.

5                    Q.   Okay.   And in addition to his picture,

6         it has his name?

7                    A.   It does.   William A. Merlino.

8                    Q.   And with respect to the intro, how

9         does he describe himself?

10                   A.   He's listened as medical doctor at

11        SimCare.

12                   Q.   And directing your attention just

13        below what's depicted on the screen, there is a flag that

14        says manages.   What is it that is depicted there?

15                   A.   That's correct.   It says, manages

16        Simslim.

17                   Q.   And Simslim appears on Government

18        Forty-one in blue.   What does that mean?

19                   A.   That means it's a hyperlink to another

20        Facebook page.

21                   Q.   Okay.   And so what did you do?

22                   A.   I clicked on.

23                   Q.   Let's take a look at Government's

24        Forty-two.   Can you tell the Jury what's depicted in

25        Government's Forty-two?

1                    A.   Sure.   This is a Facebook page for the

2       name Simslim.

3                    Q.   And directing your attention to the

4       right-hand side team members for Simslim, who's depicted

5       there?

6                    A.   William A. Merlino.

7                    Q.   And directing your attention to the --

8       to the website under the contact information, can we

9       enlarge that?   What's the website that's depicted there?

10                   A.   It's www.fortissupply.com.

11                   Q.   Okay.   And if we -- if we pull back

12      out on the left-hand side of the page, the word about is

13      highlighted.   Can you just describe to the grand jury what

14      that means?

15                   A.   Sure.

16                   Q.   The jury.

17                   A.   Sure.   That's, you know, you have your

18      homepage and then the -- you tab down to the about page.

19      And there you're going to find, you know, maybe an address

20      or phone numbers, you'll find different information about

21      the company.

22                   Q.   So Government's Forty-two is the about

23      page of this page.   Is that correct?

24                   A.   That's -- that is correct.

25                   Q.   Okay.   And let's take a look at the

1    very bottom of the page.  Simslim says it has a product

2    and what's -- what's the product?

3                    A.   Simslim two hundred milligram

4    capsules.

5                    Q.   And if we pull back out in the about

6    section, what is Simslim about?

7                    A.   New fat burning diet program Simslim,

8    lose up to ten pounds per month.  Tele-video medical

9    supervised weight loss by licensed (unintelligible) or

10   office.

11                   Q.   So let's pull out.  This -- this

12   content is on the same page as the website.  What is the

13   website on Simslim?

14                   A.   Fortissupply.com.

15                   Q.   And that website is depicted in blue.

16   So before we get to that page, let's take a look at Forty-

17   three.  Government's Forty-three, directing your attention

18   to the left-hand side of the page.  What is the section

19   that's highlighted here on the left?

20                   A.   That is the homepage for Simslim.

21                   Q.   And so this is just a different screen

22   within the same Simslim Facebook page?

23                   A.   That's correct.

24                   Q.   So let's -- let's -- let's take a look

25   at the top of the Simslim Facebook page.  On October 7th,

1        what's advertised on Simslim?

2                      A.    There's a website fortissupply.com,

3        welcome to Agro Fortis leading supplier of D.N.P.

4        fertilizers, D.N.P. 2,4-Dinitrophenol products for use in

5        plant growth regulation.

6                      Q.    Okay.  And again in the about section

7        if we pull back up in the top right-hand side of the page,

8        does the Fortis Supply website likewise have the about

9        section here?

10                     A.    Yes, it does.

11                     Q.    And did you -- did you click on the

12       Fortis Supply link?

13                     A.    I did.

14                     Q.    So let's take a look at Government's

15       Forty-four.  Can you tell the Jury what's depicted at

16       Government's Forty-four?

17                     A.    Yes, this is a screen capture of the

18       first page of the website.

19                     Q.    And which -- what's the name of the

20       website?

21                     A.    Fortissupply.com.

22                     Q.    Okay.  And then on the picture in the

23       middle of the page?

24                     A.    Agro Fortis Supply, that's the name of

25       the company.

1                     Q.   And with respect to the middle of the

2          page, what is the greeting when you arrived at this

3          landing page?

4                     A.   Welcome to Agro Fortis leading

5          supplier of D.N.P. fertilizers, shop now.

6                     Q.   Let's take a look at the -- you can

7          see that your screen capture has -- has a partial capture,

8          if you will.  Is that right?

9                     A.   That's -- that is correct, I can only

10         get the top half of the page.

11                    Q.   Okay.  So let's -- let's move on to

12         Government's Exhibit Forty-five.  And if we can zoom in on

13         the top of Government's Forty-five.  Can you -- can you

14         explain to the Jury how Government's Forty-five relates to

15         Government's Forty-four please?

16                    A.   Sure, I just scrolled the page down a

17         little bit more and then made another screen capture.

18                    Q.   So at the top of Government's Forty-

19         five, after welcome to Agro Fortis Supply, that's the same

20         text that we -- we just saw?

21                    A.   Yes, it is.

22                    Q.   And now, can you explain to the Jury

23         what's the picture under the featured products?

24                    A.   First one, we have a yellow powder

25         D.N.P. 2,4-Dinitrophenol powder, ten thousand milligrams

1    for thirty-eight dollars.  The second is a picture of

2    cactus.  With underneath D.N.P. 2,4-Dinitrophenol capsules

3    two hundred milligram, one hundred count for ninety-eight

4    dollars.

5                    And again, you have powder, a yellow powder

6    D.N.P. 2,4-Dinitrophenol powder, twenty thousand

7    milligrams for sixty-eight dollars.

8                    Q.   Okay.  So let's take a look at

9    Government's Forty-six.  Can you tell the Jury what's

10   depicted here?

11                   A.   Sure, this is the 'contact us' portion

12   of the page of the website.

13                   Q.   And what's the name of the -- of the

14   business to be contacted?

15                   A.   It is Agro Fortis Supply.

16                   Q.   Where are they located?

17                   A.   4630 Somers Point Road, Mays Landing,

18   New Jersey 08330 in the U.S.

19                   Q.   Okay.  And let's take a look at

20   Government's Forty-seven.  Can you tell the Jury what is

21   depicted here?

22                   A.   Sure, that's just the cart page.  I

23   just selected an item and put it in the cart to see what

24   it would look like, we're focusing on one of the products

25   for sale.

1               Q.   Okay.  And so with respect to the

2      product for sale, this was the 2,4-Dinitrophenol capsules

3      two hundred milligram for ninety-eight dollars.  What's

4      the description of the product?

5               A.   Description is herbicide and plant-

6      growth regulator similar to a rooting hormone, may also be

7      used as a wood preservative, pure yellow crystalline

8      powder, no additives, one hundred 2,4-Dinitrophenol, two

9      hundred milligram capsules, one hundred thirty-three

10     milligrams dry weight, easy open capsules for mixing with

11     water for application to your plants.

12               Not for human consumption, C.M.S.D.S.

13     enclosed with the product, shipping via priority mail,

14     email tracking and free insurance.

15               Q.   Okay.  And finally, if we take a look

16     at Government's Exhibit -- well, let's move on

17     chronologically.  You indicated that you communicated with

18     SimCare via email for your second U.C. buy?

19               A.   That's correct.  I emailed

20     simcare@gmail.com in October 2018.

21               Q.   So for identification purposes only,

22     can we move on to Government's Forty-nine?  And if we take

23     a look at Government's Forty-nine, can you -- can you

24     identify what's -- what's depicted in Government's Forty-

25     nine?

1                    A.    Sure.  This is an email, originated

2        from my undercover Gmail account to simcare@gmail.com.

3                    Q.    And does Government's Forty-nine

4        contain a thread between you and SimCare during the course

5        of several days?

6                    A.    Yes, it does.

7                    MS. BURNES:  Your Honor, the Government

8        moves, Government's Forty-nine into evidence.

9                    MR. GAMBURG:  No objection, Your Honor.

10                   THE COURT:  Admitted.

11                   MS. BURNES:  We can publish Forty-nine for

12       the Jury.

13                   BY MS. BURNES:  (Cont'g.)

14                   Q.    So let's take a look at the top of

15       Government's Forty-nine, the first two pages.  And if you

16       can just explain to the Jury again, this is a screen

17       capture of your Gmail?

18                   A.    Yes.

19                   Q.    Okay.  So let's take a look at the

20       right-hand side.  What's the -- what's the first message,

21       the date?

22                   A.    The first message is dated October

23       16th, 2018.

24                   Q.    And -- and it's a message from you to

25       Bill

1      A.   That is correct.

2      Q.   Okay.  And how did you have that email

3   information?

4      A.   Just from previous emails to him and I

5   kept the threads.  So I'm -- I knew his email address.

6      Q.   Okay.  And what is it that you wanted

7   to put in?

8      A.   I said, "hi, Bill, I want to put in an

9   order, looking to get better results this time.  Should I

10  up my game to two fifty or go three fifty?  Thanks, bro."

11     Q.   And did you get a response?

12     A.   I did.

13     Q.   And what -- what was the response?

14     A.   The response from simcare@gmail.com,

15  I'd recommend two hundred and fifty milligram, we triple

16  pack the capsules to get max dose.

17     Q.   And what was the instruction with

18  respect to ordering?

19     A.   "Use my website fortissupply.com,"

20  signed Bill.

21     Q.   Okay.  And fortissupply.com is the

22  website that we just looked at.  Is that right?

23     A.   That is correct.

24     Q.   So now, moving forward to Thursday of

25  October 18th.  Did you write back to Merlino?

1          A.   I did.

2          Q.   And what did -- what did you tell him?

3          A.   I wrote, "yo, Bill, I checked out your

4    site.  I don't see two fiftys to order, will you be adding

5    new stuff, let me know what to do.  Thanks, bro."

6          Q.   And did you get a response?

7          A.   I did.

8          Q.   What was the response?

9          A.   It was, "I'll send you PayPal invoice,

10   one hundred question mark."

11         Q.   And what does this indicate in the --

12   in the summary and in addition to a simcare@gmail, what is

13   the auto signature that appeared in that email?

14         A.   simcare@me.com.

15         Q.   And with respect to the auto signature

16   after the PayPal invoice, what does it say?

17         A.   Sent from Dr. Bill's iPhone.

18         Q.   Okay.  And is Dr. Bill the same screen

19   name from the tweet?

20         A.   Yes, it is.

21         Q.   So moving down to -- to your response

22   on Friday, October 19th, what did you tell Merlino?

23         A.   "Yeah, let's do one hundred, I'll get

24   with you next week, though.  About to board a plane for

25   vacay, getting some relax time in before I go

1      (unintelligible).  Thanks, bro.”

2                       Q.   Okay.  And so that takes us to Friday

3      of October 19th.  Did you reach back out ten days later?

4                       A.   I did.

5                       Q.   And what was that message?

6                       A.   “Yo, Bill, I'm back.  And want to get

7      that order done, check the site but didn't see it added,

8      was looking at products, what is tumenex (phonetic

9      spelling), is it something good.  Let me know about the

10     order.  Thanks, bro.”

11                      Q.   And what was the response?  On Monday,

12     October 29th.

13                      A.   “One, two hundred question mark.

14     That's all I have now.”

15                      Q.   Okay.  So turning -- moving on to the

16     next page because this way it's replicated.  Let's take a

17     look at your response on Monday October 29th.

18                      A.   “Yeah, I guess you are running short

19     question mark.  Last guy left me hanging and fucked me out

20     at two hundred bucks, need a reliable guy.  Should I go to

21     your website?”

22                      Q.   And moving to the middle of the page.

23     What did SimCare --?

24                      MS. BURNES:  Mr. Conway, further down.

25                      BY MS. BURNES:  (Cont'g.)

1          Q.   To the middle of the page on Monday,

2     October 29 at three fifty-five p.m.  What did SimCare

3     instruct you to do?

4          A.   Order from website.

5          Q.   Okay.  And did you order from the

6     website as you told the grand jury -- jury?

7          A.   Yes, I did, yes, I did.

8          Q.   Did you receive the package that you

9     ordered?

10          A.   I did.

11          Q.   Did you receive it right away?

12          A.   I did not.

13          Q.   And can you tell the Jury what

14     happened?

15          A.   Yeah.  Initially, the first U.C. buy,

16     undercover buy, got sent to the wrong address.  So I

17     contacted him, told him, my package got sent to the wrong

18     address.  And he responded back that he would either try

19     to retrieve it or just send me a new package.

20          Q.   And this is the second U.C. buy, is

21     that right?

22          A.   That's correct.  Second buy, yes.

23          Q.   Okay.  And are those communications

24     then likewise contained in Exhibit Forty-nine?

25          A.   Yes, they are.

1                    Q.   Okay.  So I want to direct your

2       attention to Government's Exhibits Fifty and Forty-eight

3       for identification purposes only and Fifty-three.  So

4       we'll start with Government's Fifty-three, if you just

5       want to look in your binder, what's depicted at

6       Government's Fifty-three?

7                    A.   Government Fifty-three is a screen

8       capture of the cart page for Fortissupply.com.

9                    Q.   Okay.  And Government's Fifty, what's

10      depicted there?

11                   A.   Fifty is the confirmation of a

12      purchase page on fortissupply.com.

13                   Q.   And Government's Forty-eight, what's

14      depicted there?

15                   A.   Forty-eight is a email to my

16      undercover email account at Gmail from the U.S. Postal

17      Service with the Click-N-Ship notification.

18                   Q.   And do these exhibits fairly and

19      accurately depict the screen captures that you made to

20      document your U.C. buy?

21                   A.   Yes, they do.

22                   MS. BURNES:  The Government moves admission

23      of Government's Fifty-three, Fifty and Forty-eight.

24                   MR. GAMBURG:  No objection, Your Honor.

25                   THE COURT:  Admitted.

1              MS. BURNES:  Let's start, Mr. Conway at

2       Government's Exhibit Fifty.

3                    BY MS. BURNES:  (Cont'g.)

4              Q.   If you could just explain to the Jury,

5       what's -- what's depicted here.

6              A.   Sure.  Like I said, this is the

7       confirmation page on fortissupply.com.

8              Q.   So on the left-hand side, what does it

9       say?

10             A.   It list -- it "says thank you," your

11      --.

12             Q.   And with respect to the right-hand

13      side, what does it say about your order?

14             A.   Your order is D.N.P. 2,4-Dinitrophenol

15      capsules, two hundred milligram, one hundred count for

16      ninety-eight dollars.

17             Q.   And let's take a look then at

18      Government's Forty-eight.  Can you tell the Jury what's

19      depicted here?

20             A.   Yes, that is the U.S.P.S. Click-N-Ship

21      notification to my undercover Gmail account.

22             Q.   And moving to the middle of the page

23      with respect to the Click-N-Ship notice.  What is the

24      shipping from?

25             A.   It's shipped from Agro Fortis supply,

1       4630 Catawba Avenue, www.fortissupply.com Mays Landing,

2       New Jersey 08330.

3                     Q.   Okay.  And -- and is that shipping

4       location in the Eastern District of Pennsylvania?

5                     A.   Yes, it is.

6                     Q.   And you explained to the Jury that

7       your original postal got -- got sent to the wrong address

8       and did you eventually get what you ordered?

9                     A.   Yes, I did.

10                    Q.   So let's take a look at Government's

11      Fifty-one through Fifty-five for identification purposes

12      only.  Government's Exhibits Fifty-one, Fifty-two, Fifty-

13      two P, Fifty-four, Fifty-four P and Fifty-five.  Are those

14      photos in the physical evidence documenting you sent an

15      U.C. buy?

16                    A.   Yes, it is.

17                    MS. BURNES:  The Government moves

18      Government's Exhibit Fifty-one, Fifty-two, Fifty-two P,

19      Fifty-four -- Fifty-four and Fifty-four P were already in

20      evidence, Fifty-five into evidence.

21                    MR. GAMBURG:  No objection, Your Honor.

22                    THE COURT:  Admitted.

23                    BY MS. BURNES:  (Cont'g.)

24                    Q.   And Special Agent Arcari, I'm

25      approaching with Fifty-two P and Fifty-four P.  Can you

1     describe to the Jury what it is that you received?

2              A.   So starting with the priority mail

3     envelope as you see shipped from Agro Fortis Supply at

4     4630 Catawba Avenue, www.fortissupply.com.  Mays Landing,

5     New Jersey 08330.

6              Q.   And what's -- what was contained

7     within that envelope?

8              A.   And then within that envelope was a

9     baggie with one hundred, red and white capsules.

10            Q.   Now, the -- the baggie that you're

11    holding up is -- is within a protective sleeve.  Is that

12    right?

13            A.   Yes, it is.

14            Q.   Okay.  What color is the baggie even

15    with the capsules removed?

16            A.   Yellow.

17            Q.   Okay.  And if you can explain to the

18    Jury what is depicted on the label, it's also depicted on

19    -- on the -- on the screen.

20            A.   2,4-Dinitrophenol two hundred

21    milligrams, Sigma-Aldrich, U.S.A. ninety-nine percent S.A.

22    one hundred capsules, expires 12/01/2020, not for human

23    consumption.

24            Q.   And would the contents of the baggie

25    the capsules that are depicted on the -- on the

```
 1        photograph, were they sent to the F.D.A.'s forensic
 2        chemistry lab for analysis?
 3                    A.   Yes, they were.
 4                    Q.   And in sum, what was the analysis?
 5                    A.   The results were that they contained
 6        D.N.P.
 7                    Q.   Let's take a look then moving forward.
 8        At your direction did another F.D.A. O.C.I. agent make up
 9        an undercover purchase of D.N.P. from Merlino?
10                    A.   Yes, he did.
11                    Q.   And what was -- what was the purpose
12        of this purchase?
13                    A.   The -- I'd used my undercover name two
14        times already, so I wanted to try to get a buy in from
15        another individual, just to see as a new customer how he
16        would respond.
17                    Q.   And directing your attention then to -
18        - for identification purposes only - Exhibits Eighty-one
19        through Eighty-four.  Are these -- are these Gmail emails
20        between the F.D.I. -- F.D.A. agents and -- and the
21        attachment?
22                    A.   Yes.  This depicts Gmails from the
23        Agro Fortis Supply to the undercover agent.
24                    Q.   Can you generally describe then how --
25        how this purchase took place?  Where was the order made
```

1      through?

2                      A.   Looking at this email, the undercover

3      agent purchase, went to the website fortissupply.com, made

4      the purchase there.  And I don't recall how he paid but he

5      did order it from fortissupply.com.

6                      Q.   Okay.  So the government and any

7      response to this communications, did -- were the

8      communications received at the  -- at the F.D.A. Gmail

9      account?

10                     A.   Yes.

11                     MS. BURNES:  The government moves Exhibit

12     Eighty-one through Eighty-four into evidence.

13                     MR. GAMBURG:  No objection, Your Honor.

14                     THE COURT:  Admitted.

15                     BY MS. BURNES:  (Cont'g.)

16                     Q.   Let's take a look at Government's

17     Exhibit Eighty-one.  And if we take a look at the top of

18     the page, what's -- what's the date of this Gmail?

19                     A.   It's Monday, December 3rd, 2018.

20                     Q.   And who's the email from?

21                     A.   It's from Agro Fortis Supply at --

22     merlin@acm.org.

23                     Q.   And what is the subject of the -- of

24     the email?

25                     A.   Agro Fortis Supply order confirmation

1      pound R five one six three two seven three five zero.

2                      Q.   And the -- if we can take a look then

3      at the confirmation email itself in the body, who -- where

4      is the purchase coming from?

5                      A.   The purchase is coming from Agro

6      Fortis Supply at 4630 Somers Point Road, Mays Landing, New

7      Jersey 08330.

8                      Q.   And -- and where is the purchase going

9      to?

10                     A.   It was shipped to Jason, last name and

11     address redacted, in Pittsburgh, Pennsylvania.

12                     Q.   And -- and this is the purchase that

13     was made at -- at your direction, correct?

14                     A.   That's correct.

15                     Q.   Take a look at the order summary, what

16     was the -- what was ordered?

17                     A.   D.N.P. 2,4-Dinitrophenol capsules two

18     hundred milligram, one hundred count for ninety-eight

19     dollars.

20                     Q.   Okay.  So directing your attention to

21     Government's Eighty-two.  Can you tell the Jury what the

22     subject line of this Gmail is?

23                     A.   Sure.  The subject line of this is

24     customer acknowledgement for purchase of D.N.P.

25                     Q.   What's the date of this email?

 1                        A.    December 5th, 2018.

 2                        Q.    And who is it from?

 3                        A.    It is from simcare@gmail.com to Jason,

 4        redacted the undercover Gmail account.

 5                        Q.    Okay.  And what's depicted in this

 6        email from SimCare to the new user -- user Jason?

 7                        A.    And it's a purchase agreement, the

 8        D.N.P. purchase agreement from Agro Fortis Supply,

 9        Limited, at 4630 Somers Point Road, Mays Landing, New

10        Jersey 08330.  And the agreement is with the company and

11        the buyer.

12                        Q.    Okay.  And what does the agreement

13        state?

14                        A.    By replying to this email I

15        acknowledge I am of legal age in the state, in which I

16        reside, my purchase of D.N.P. 2,4-Dinitrophenol is for

17        agricultural purposes.  I have reviewed the attached

18        D.N.P. M.S.D.S. Material Safety Data Sheet and understand

19        that D.N.P. is unsafe for human consumption.

20                        If purchasing encapsulated D.N.P. I

21        understand that it is for use to make standardized

22        dilutions for application to plants.  I am not purchasing

23        capsules for oral consumption.  D.N.P. is considered

24        hazardous to human health and excessive exposure or ingest

25        -- ingestion has led to death.

1          Q.   And is there a picture of a P.D.F.
2     depicted in this email?
3          A.   Yes, there's a P.D.F. titled D.N.P.
4     M.S.D.S.one.pdf.
5          Q.   Okay.  And is the printout of that
6     depicted on this email.
7          A.   Okay.
8          Q.   But is that depicted at Government's
9     Eighty-four?
10         A.   Yes, it is.
11         Q.   Okay.  And just scrolling down to the
12    end of this thread.  Does the -- does Jason, the customer
13    Jason, reply all understood?
14         A.   Yes, he does.
15         Q.   And -- and was the package received to
16    the -- to the address that it was ordered to?
17         A.   Yes, it did.
18         Q.   Special Agent Arcari, did you ever
19    receive this D.N.P. purchase agreement in your first two
20    U.C. buys?
21         A.   I did not.
22         Q.   And moving ahead did you do another
23    purchase on January 31st of 2019?
24         A.   I did.
25         Q.   Did you get this D.N.P. purchase

1        agreement?

2                        A.   No, I did not.

3                        Q.   Did you ever receive an M.S.D.S. in

4        any of your purchases?

5                        A.   No, I did not.

6                        Q.   And how many days before eBay removed

7        all D.N.P. listings for sale, did you make your first

8        purchase from Merlino at SimCare?

9                        A.   That day.

10                       Q.   Let's take a look at Government's

11       Eighty-three, can you tell the Jury what's depicted on

12       Government's Eighty-three?

13                       A.   Sure, it's an email to the undercover

14       Gmail account from the U.S. Postal Service, subject line

15       Click-N-Ship notification.

16                       Q.   And is -- is this like we saw with

17       your prior purchases, this is the post office

18       communication with the shipping --?

19                       A.   Correct, it's shipped from Agro Fortis

20       Supply, 4630 Mays Landing Road, Mays Landing, New Jersey

21       08330, shipped to Jason redacted in Pittsburgh,

22       Pennsylvania.

23                       Q.   And what's the date of this shipping

24       notice?

25                       A.   December 5th, 2018.

1                    Q.   Okay.  So the clicking -- the Click-N-

2      Ship account confirmations that we saw for the first two

3      of your undercover transactions, they appeared on

4      Inspector Piasecki's chart in the Nancy O'Brian account.

5      Is that right?

6                    A.   That's correct.

7                    Q.   And now this transaction for December

8      of 2018, this appears on that -- on that second, Click-N-

9      Ship account, the William Merlino account.  Is that right?

10                   A.   That's correct.

11                   Q.   And let's take a look then at

12     Government's Eighty-four.  Is this the P.D.F. that was

13     sent to the new customer together with the customer

14     acknowledgement for the purchase of D.N.P.?

15                   A.   Yes, it is.

16                   Q.   And this is the document that you

17     never received?

18                   A.   I never received this document.

19                   Q.   In the course of your purchase?

20                   A.   In the course of my purchases, yes.

21                   Q.   Okay.  For identification purposes

22     only.  Let's take a look at Government's Exhibits Eighty-

23     five through Ninety.

24                   MS. BURNES:  And Your Honor, I think this

25     will take us way up to about twelve thirty, if that's

**Associated Reporters Int'l., Inc.   518-465-8029**

1    appropriate.

2                    THE COURT:  That's fine.

3                    BY MS. BURNES:  (Cont'g.)

4                    Q.   Government's Exhibit Eighty-five and

5    well, Government's Exhibit Eighty-six and Eighty-six P are

6    already in evidence.  So let's take a look at Government's

7    Exhibits Eighty-five, Eighty-seven, Eighty-eight, Eighty-

8    nine and Ninety.  Do you recognize these documents?

9                    A.   I do.

10                   Q.   Okay.  Are they -- are they pictures

11   of the transaction that you just described?

12                   A.   Yes.  These are pictures of the

13   Pittsburgh undercover buy.

14                   Q.   And do they fairly and accurately

15   depict the  -- the envelope, the baggie and the shipping

16   materials related to that purchase?

17                   A.   Yes, they do.

18                   MS. BURNES:  The Government moves Eighty-

19   five, Eighty-seven, Eighty-eight, Eighty-nine and Ninety

20   into evidence.

21                   MR. GAMBURG:  No objection.

22                   THE COURT:  Admitted.

23                   BY MS. BURNES:  (Cont'g.)

24                   Q.   And Special Agent Arcari, I'm handing

25   you one other exhibit, which is Government's Ninety P.

1        What is Ninety P?

2                        A.   Ninety P is the sealable baggie that

3        contain the pills with a label of 2,4-Dinitrophenol two

4        hundred milligrams, Sigma-Aldrich, U.S.A. ninety-nine

5        percent S.A., one hundred capsules, expires 12/01/2020,

6        not for human consumption.

7                        Q.   Okay.  And this Ninety P the physical

8        exhibit that's depicted in the picture is Ninety?

9                        A.   Yes, it is.

10                       MS. BURNES:  And the Government likewise

11       moves Ninety P into evidence.

12                       MR. GAMBURG:  No objection.

13                       THE COURT:  Admitted.

14                       BY MS. BURNES:  (Cont'g.)

15                       Q.   So let's -- let's take a look then if

16       you have Eighty-six P and Ninety P.  Let me

17       (unintelligible) Eighty-six P.  Can you explain to the

18       Jury what -- what Eighty-six P and Ninety P are?

19                       A.   Yeah.  So this is basically what was

20       shipped to the undercover agent in Pittsburgh.  It's a

21       priority mail envelope.  Listing Agro Fortis Supply, 4630

22       Mays Landing Road, Mays Landing, New Jersey 08330.

23                       And within this envelope, contain this

24       baggie with one hundred red and white capsules D.N.P.

25                       Q.   Special Agent Arcari on the physical

1    evidence that you're holding, the -- the envelope and

2    label, can you describe what if any coloration there is

3    along the envelope and label there?

4                    A.   Sure, when looking at the priority

5    mail label, you can see yellow tint around the label.

6                    Q.   And if -- can you describe for the --

7    on the baggie, the baggie has now been emptied of its --

8    of its contents.  The clear baggie, what color is it now?

9                    A.   Right, so you got like a yellow tint

10   residual.

11                   Q.   Let's take a look then at Government's

12   Eighty-eight, just for -- and is this a picture of the

13   envelope and the contents of the envelope?

14                   A.   Yes.

15                   Q.   And Government's Ninety -- Eighty-

16   nine, what's depicted here?

17                   A.   Picture of the baggie with the label

18   2,4-Dinitrophenol, two hundred milligrams, Sigma-Aldrich,

19   U.S.A. ninety-nine percent S.A., one hundred capsules,

20   expires 12/01/2020, not for human consumption.

21                   Q.   Okay.

22                   MS. BURNES:  Your Honor, I have plenty more

23   but I'm moving on to a new topic.  So I don't know if it's

24   five minutes.

25                   THE COURT:  Yeah.  We can break now.  Yeah,

1    rigorously, you know --

2              MS. BURNES:  Okay.

3              THE COURT:  -- go by the clock, figure out

4    what's an appropriate break point and it sounds like this.

5    This is our -- ladies and gentlemen of the Jury, we just

6    got five extra minutes for lunch.  So we'll do our best to

7    reconvene at one thirty, all rise.

8              Mr. Henry had said you wanted to discuss

9    scheduling?

10             MS. BURNES:  Yes, Your Honor.  I -- as I

11   said I have Special Agent Arcari here.  I expect to take

12   him through his testimony this afternoon.  And I know

13   he'll be subject to cross.  I have another witness lined

14   up behind him, it's Mr. Borden should we get that far.

15             The next two witnesses, Dr. Simone from the

16   F.D.A. who's out of town and Dr. Goldberg, who's a

17   practicing oncologist, so they're lined up for tomorrow.

18   I have every reason to believe that we're sort of on track

19   to finish the day, but the other two witnesses are not

20   able to be in court here today.

21             THE COURT:  All right.  Have you figured

22   out tomorrow morning, whether you're going to call

23   Goldberg first or Simone?

24             MS. BURNES:  I haven't figured that out but

25   --.

1                    THE COURT:  Okay.  Just, yeah.

2                    MS. BURNES:  I mean, I want to see how far

3        we get.

4                    THE COURT:  The one seems like it'd be

5        shorter witness but yeah.

6                    MS. BURNES:  Okay.

7                    MR. GAMBURG:  Judge, I have one issue

8        that's a legal issue with respect to the witness that's on

9        the stand now, as far as cross examination goes may I

10       address that.

11                   THE COURT:  Sure.  Why not, yeah.  And you

12       can sit down, Counsel.

13                   MR. GAMBURG:  Thank you.  Let the

14       government (unintelligible) Exhibit G Twenty-five and

15       (unintelligible) sort of alluded to it, Your Honor in

16       their pre-trial memo but for different reasons.  Judge,

17       they stopped with the recommended use, which is on page

18       two of (unintelligible) and did not read in the answer.

19                   And I fully intend on reading the rest of

20       that email in Your Honor, it's admissible, it's admissible

21       under Rule 106 of the rules of evidence, which is

22       basically the adoption of the common -- common law rule

23       for completeness.

24                   Clearly, the undercover officer was trying

25       to elicit from Dr. Merlino how to orally take that, Dr.

1       Merlino's response was Bryan, on Thursday, September 6th,

2       2018, at twelve forty-eight p.m. says, I see, what do you

3       recommend for use, this is the first time I ever bought

4       it, thanks.

5                   And the response was depending on the size

6       of the plant, most (unintelligible) one capsule a day

7       dissolved in one gallon water (unintelligible) response is

8       less than desired.  So I'll have a cross examine on that,

9       Your Honor, I think it's admissible on Rule 106.

10                  MS. BURNES:  You know, that is pure

11      oversight on my part, I believe it's wholly admissible.

12                  THE COURT:  Okay, I'm sorry.

13                  MS. BURNES:  So I, you know, I may -- these

14      threads are challenging.  And but if we don't go back that

15      far, I have absolutely no objection to that.

16                  THE COURT:  Okay.  I'm sorry.  Okay.

17                  MR. GAMBURG:  I just -- in reading the

18      pretrial, on that and I thought (unintelligible).

19                  THE COURT:  Well, I think the government in

20      the pretrial memo took the position that any statements by

21      the Defendant would be hearsay and therefore not

22      admissible.  And you're saying that in the context of this

23      thread, that there should be -- that that prohibition

24      should not apply and under the rule of completeness, that

25      should be included?

1                        MR. GAMBURG:  That's correct.

2                        MS. BURNES:  I agree with that principle,

3       Your Honor.  But in fact, as I said that is pure oversight

4       on my part and -- and so it will either, I can go back to

5       that point or --.

6                        THE COURT:  No, yeah, I think Mr. Gamburg

7       wants to know, in advance, I think --

8                        MS. BURNES:  Yes.

9                        THE COURT:  -- is the Judge going to say

10      this is hearsay or is he going to say (unintelligible) --

11                       MR. GAMBURG:  Right, I don't want to --

12                       THE COURT:  -- went under the rule of

13      completeness.

14                       MS. BURNES:  Yes.

15                       MR. GAMBURG:  I want to (unintelligible).

16                       THE COURT:  And I appreciate that.

17                       MS. BURNES:  No, I appreciate that too.

18                       THE COURT:  (unintelligible) issue and it

19      sounds like there's a meeting of the minds between the

20      parties.

21                       MR. GAMBURG:  Yeah.

22                       MS. BURNES:  And I'm -- I'm -- I'm trying

23      to just move through this --

24                       THE COURT:  I can never follow these

25      threads, Counsel, so I would not fret over --.

1            MR. GAMBURG:  And I would not suggest that,
2      you know, there was anything improper.  I just look at
3      that in accordance with the pretrial memo.
4            MS. BURNES:  Understood.  There is one
5      other matter that is not specifically related to emails,
6      it does relate to the agent.  And this goes back to
7      scheduling.  Your Honor, it was my intent with the Court's
8      permission and with the Defendant's consent that I was
9      going to move the -- the D.N.P. investigative evidence in
10     through a Special Agent Arcari.
11           There is -- consistent with the
12     stipulations, there are two other pieces of evidence, the
13     Shore medical records and the -- and the -- the Y Max
14     phone records that more naturally fit after Mr. Borden and
15     Dr. Goldberg have testified.
16           So to recall this witness just to introduce
17     those records into evidence.  If -- if the -- if the Court
18     or the Defendant objects to that --.
19           THE COURT:  I have no -- I have no problem
20     with that because this is cross examination.  Again, Mr.
21     Gamburg will have the opportunity to cross examine at that
22     point.
23           MR. GAMBURG:  And if the government wants
24     to do it that way or by way of stipulation either way --
25           THE COURT:  Understood.

```
1                    MR. GAMBURG:  -- (unintelligible).

2                    THE COURT:  Understood.

3                    MR. GAMBURG:  As the Court (unintelligible)

4        they are what they are.

5                    THE COURT:  Right, I appreciate it.

6                    MS. BURNES:  Right.  I just want to let you

7        know that I plan to conclude in that way.  And then -- and

8        then put the other evidence in later.

9                    THE COURT:  That's fine.

10                   MS. BURNES:  Okay.

11                   THE COURT:  All right.  Good.

12                   MR. GAMBURG:  Thank you, Your Honor.

13                   THE COURT:  And then how long will Dr.

14       Simone be as a witness?

15                   MS. BURNES:  I mean, I think he will be

16       less than an hour.

17                   THE COURT:  All right.  So I'm just trying

18       to really get my arms around that we think we may be

19       getting to the Jury (unintelligible).

20                   MS. BURNES:  I have to say at the beginning

21       of the week, that was not my projected understanding but I

22       -- I --.

23                   MR. GAMBURG:  I told Ms. Burnes I intended

24       to be shorter --

25                   THE COURT:  All right.  Then --.
```

1                    MR. GAMBURG:  -- what it is.

2                    MS. BURNES:  Okay.

3                    THE COURT:  This is just --

4                    MS. BURNES:  Yes.

5                    THE COURT:  -- for me to get my

6       (unintelligible) done.  And so on that score --

7                    MS. BURNES:  I think, well.

8                    THE COURT:  -- on that score, I'm going to

9       finish with my review of the -- the Jury instructions over

10      the lunch break and ... okay.

11                   MS. BURNES:  Okay.

12                   THE COURT:  Okay.  And then I'm really --

13      as to what I'll call the generalized and procedural

14      instructions because we're not a hundred percent -- yeah.

15                   MS. BURNES:  Okay.  Thank you.

16                   THE COURT:  We're not a hundred percent

17      sure whether they all pertain, I'm not really worrying

18      about them and we'll deal with them more extemporaneously.

19      But as to the substantive aspects of the charge.  I want

20      us to have, you know, clarity on that.  And then I think

21      on the other -- the evidentiary piece, the two that are,

22      that I have, I'm making revisions to but which are

23      important have to do with the -- the Dr. Goldberg part of

24      the case and then other prior statements, they deal with

25      credibility and what the evidence means.

```
 1                    So those two and then the substance of
 2        instructions are the ones that I want you to focus on.
 3        The rest are routine.  If you disagree with that, you'll
 4        let me know but and then on venue, what I -- what I've
 5        done is I've loaded in the defense suggestion and the
 6        third circuit's endorsed Eighth Circuit version for you
 7        both to get a look at.
 8                    And we'll make a decision based on that,
 9        but as I previously advertised, I don't find the third
10        circuit standard charge anything (unintelligible)
11        confusing.  Especially on the facts of this case.  And so
12        I'm inclined to go with either Mr. Gamburg's version or
13        the Eighth Circuit version, you can look at the two and
14        see what you think.
15                    MS. BURNES:  Understood.
16                    MR. GAMBURG:  Yes, Your Honor.
17                    THE COURT:  All right.  Thank you.
18                    MS. BURNES:  Thank you.
19                    THE COURT CLERK:  All rise.
20                    (Off the record, 12:32:45 to 13:33:56)
21                    THE COURT:  All rise.  Ladies and
22        gentlemen, we'll continue.
23                    MS. BURNES:  Thank you, Your Honor.
24                    BY MS.  BURNES:  (Cont'g.)
25                    Q.   Special Agent Arcari, before lunch I
```

1    had taken you through several communications and I want to

2    complete the discussion.  Back on Government's Exhibit

3    Twenty-five if we can publish that to the Jury.  And

4    Government's Exhibit Twenty-five is an -- is an email

5    thread related to your first U.C. buy.  Is that right,

6    Agent?

7                    A.   Yes, it is.

8                    Q.   Okay.  And I -- I know we discussed

9    the -- the top of the first page of -- of Government's

10   Exhibit Twenty-five, the communications along August 28th

11   and 29th.  Directing your attention then to the -- to the

12   bottom of the thread September 5th of 2018, after you

13   received your package, did you reach out by email to

14   Merlino at SimCare?

15                   A.   Yes, I did.

16                   Q.   And -- and what is it that you asked

17   him?

18                   A.   I wrote "hey, Bill, I got my pills but

19   didn't see any directions.  I'm pretty new at this stuff.

20   What do you recommend?  It says two hundreds on the

21   baggie, but was one fifty on the confirmation receipt kind

22   of confused and don't want to mess up, thanks."

23                   Q.   Okay.  And the next part of that

24   thread, if we look at the very bottom, did you get a

25   response from SimCare to Bryan on Thursday, September 6th

1    of 2018?

2                        A.   Yes, I did.

3                        Q.   Okay.  And let's turn the page.  And

4    is that response on the -- on the top of the second page

5    of Government's Twenty-five?

6                        A.   Yes, it is.  It says gross weight or

7    capsules and D.N.P. is two hundred milligram net D.N.P. is

8    one hundred and fifty milligram.

9                        Q.   Okay.  Directing your attention then

10   to the center of that page.  Did you reply to that

11   response?

12                       A.   I did.

13                       Q.   And what did you ask?

14                       A.   "I see, what do you recommend for use?

15   This is the first time I ever bought it.  Thanks."

16                       Q.   And what was the response?

17                       A.   The response back was "depending on

18   the size of the plant, most growers start with one capsule

19   a day, dissolved in one gallon of water max three per day

20   if response is less than desired in affecting growth."

21                       Q.   Okay.  Why did you ask him about the

22   dosing?

23                       A.   I was trying to elicit an answer from

24   him regarding dosing.

25                       Q.   And he responded about plants, did he?

**Associated Reporters Int'l., Inc.   518-465-8029**

1          A.   Yes, he did.

2          Q.   Okay.  Let's -- let's move forward

3     then in your investigation to January of 2013.  You've

4     previously testified that at the end of January 20th, 2019

5     you did another undercover purchase of D.N.P. from the

6     defendant.  Is that correct?

7          A.   That is correct.

8          Q.   Let's take a look at -- for

9     identification at Exhibit Sixty-four, Sixty-two and Sixty-

10    three.  Do you recognize Government's Sixty-four?

11         A.   Yes.

12         Q.   What -- what is it?

13         A.   It's an email correspondence between

14    my undercover account and Mr. Merlino's account.

15         Q.   Okay.  And what is at Sixty-two?

16         A.   Sixty-two is an email confirmation

17    from Agro Fortis Supply to my undercover Gmail account.

18         Q.   And what is Government's Sixty-three?

19         A.   Sixty-three is a shipping email

20    confirmation.  This one from PayPal using U.S. Postal

21    Service just listing my shipping information.

22         MS. BURNES:  Okay.  And so the government

23    moves Government's Exhibit Sixty-four, Sixty-two and

24    Sixty-three into evidence.

25         THE COURT:  Any objection, Mr. Gamburg?

1          MR. GAMBURG:  No, Your Honor.

2          THE COURT:  Admitted.

3          MS. BURNES:  If we can publish now Sixty --

4    let's start with Sixty-four.

5          BY MS. BURNES:  (Cont'g.)

6          Q.   Now, at the -- at the top of

7    Government's Sixty-four there's an email dated November

8    14th, 2018.  Can you tell the Jury what's depicted in that

9    email?

10         A.   Sure.  It was an email from my

11   undercover email account to Merlino asking what do you

12   recommend with the two fifty's for max results?  I think I

13   have one fifty -- one hundred and fifty milligrams before.

14         Q.   And what was his response?

15         A.   His response was it depends on your

16   plant's response.  Most growers start at two then go up or

17   down based on response that -- two a day.

18         Q.   Okay.  And are those communications

19   associated with your second purchase of D.N.P. from the

20   defendant?

21         A.   Yes.

22         Q.   So now moving forward to your third

23   purchase of D.N.P. can you tell the Jury what -- what you

24   did to purchase D.N.P. the third time?

25         A.   Yeah.  Just like before, I sent him an

1      email requesting to purchase more pills and he told me

2      that the website would be easier.  So that's what I did.

3      I went to Fortissupply.com.

4                   Q.   Okay.  Let's take a look then at the

5      middle of Government's Sixty-four.  On January 30th of

6      2019 did you order -- did you write to William Merlino?

7                   A.   Yes, from my undercover Gmail account

8      it went to simcare@icloud.com "Yo Bill, want to put in

9      another order.  Do I still go through the website?"

10                  Q.   And did you get a response?

11                  A.   I did.

12                  Q.   What's the response?

13                  A.   "Website easier.  Thanks."  Sent from

14     Dr. Bill's iPhone.

15                  Q.   And did you reply?

16                  A.   "Bill, placed my order.  Can you make

17     sure you have the correct address this time?  Thanks."

18                  Q.   And what's that in response to?

19                  A.   That was in response to the second

20     undercover buy that the package was lost.

21                  Q.   So moving forward then did you -- did

22     you place the order through the website?

23                  A.   Yes, I did.

24                  Q.   Let's take a look at Government's

25     Sixty-two.  And tell the Jury what's depicted in

1      Government's Sixty-two.

2                  A.   Sixty-two is a confirmation email from

3      Agro Fortis Supply to my undercover email.

4                  Q.   And what's the date?

5                  A.   The date is January 31st, 2019.

6                  Q.   And what is the order?

7                  A.   The order was for D.N.P. 2,4-

8      Dinitrophenol capsules two hundred milligram, one hundred

9      count.

10                 Q.   And let's take a look at Government's

11     Sixty-three.  Can you tell the Jury what's depicted here?

12                 A.   Yes, this is a -- a shipment

13     notification to my Gmail account, but this one came from

14     service@paypal.com.

15                 Q.   So with respect to the shipping, you

16     didn't get a Click-N-Ship receipt this time?

17                 A.   That's correct.

18                 Q.   But it still includes the U.S. Postal

19     Service number.  Is that right?

20                 A.   Yeah -- yes, that's correct.

21                 Q.   And let's -- let's take a look at the

22     bottom of the page where the seller -- who's listed as the

23     seller?

24                 A.   The seller is listed as Agro Fortis

25     Supply with the email address simcare@gmail.com.

1                    Q.    And what is your -- at the bottom of

2          the page what's the description of your purchase?

3                    A.    The description was D.N.P. 2,4-

4          Dinitrophenol capsules two hundred milligram, one hundred

5          count, ninety-eight dollars and seventy-five cents.

6                    Q.    Okay.  So after you placed that order

7          on January 31st of 2019 did you and -- and other agents do

8          surveillance the following day?

9                    A.    That is correct.

10                   Q.    And what was the purpose?

11                   A.    The purpose was to follow Merlino into

12         the post office with packages and to, you know, positively

13         I.D. him doing so.

14                   Q.    And during the course -- after

15         surveillance concluded -- at -- at that part of the

16         surveillance where were you positioned in the morning?

17                   A.    Special Agent Lento and I were

18         positioned outside the driveway and waiting for him to

19         come out and then follow him.

20                   Q.    Okay.  So you weren't in the post

21         office when he brought packages into the post office?

22                   A.    No, I was not.

23                   Q.    Now after surveillance concluded, did

24         you -- did you return to the post office with Postal

25         Inspector Piasecki?

1          A.   Yes, we both went inside, spoke to the

2    postal manager there and she brought us around back where

3    we looked at the  -- the few parcels that he did drop off

4    were in a bin.

5          So we went back and kind of went through

6    there and I located the -- the package addressed to my

7    undercover name.

8          Q.   So let's take a look at Sixty-nine and

9    Sixty-nine P already in evidence.  Can you just show the

10   Jury the -- what's depicted at Sixty-nine-P?

11         A.   Sure.  Here's the priority envelope I

12   was talking about and then in the bottom, right-hand

13   corner is where I put my initials and then put it back

14   into the mail bin.

15         Q.   And did you receive that envelope and

16   its contents in Springfield, Pennsylvania?

17         A.   Correct.  Several days later I went to

18   my undercover address and retrieved this package.

19         Q.   So let's take -- marked for

20   identification only Exhibits Sixty-five through Seventy-

21   two.  Government's Exhibits Sixty-five, Sixty-six, Sixty-

22   seven, Sixty-eight, Seventy-one and Seventy-two, are those

23   pictures of the -- the physical evidence that you've

24   talked about in the course of this purchase of D.N.P. from

25   --?

```
 1                        A.   That's correct.

 2                        Q.   And do they fairly and accurately

 3      capture the -- the items that they depict?

 4                        A.   Yes, they do.

 5                        Q.   And I just put in front of you Sixty-

 6      five-P and Seventy-one-P.  What are they?

 7                        A.   Sixty-five-P is the sealable baggie

 8      that contains pills which was in the envelope.

 9                        Q.   And what is Seventy-one-P?

10                        A.   Seventy-one-P is a receipt of sale

11      with my order summary from Agro Fortis Supply.

12                        Q.   And are those -- are those two items

13      in --substantially in the same condition as -- as when you

14      last saw them?

15                        A.   Yes, they are.

16                        Q.   And you entered them into evidence

17      during the course of this case?

18                        A.   Yes, I did.

19                        MS. BURNES:  The government moves Sixty-

20      five, Sixty-five-P, Sixty-six, Sixty-seven, Sixty-eight,

21      Seventy-one, Seventy-one-P and Seventy-two into evidence.

22                        MR. GAMBURG:  No objection.

23                        THE COURT:  Admitted.

24                        MS. BURNES:  So let's just start at Sixty-

25      five.  Can we publish that for the Jury?
```

1                    BY MS. BURNES:  (Cont'g.)

2                    Q.   First off, before we look at the

3        pictures, can you just hold up and -- and explain to the

4        Jury then what -- which one is the envelope and what was

5        in the envelope?

6                    A.   Sure.  So going back to the envelope

7        that I retrieved from my undercover address.  This is a

8        copy of the order confirmation receipt from Agro Fortis

9        Supply to me that was inside the envelope and then the

10       baggie -- re-sealable baggie with the capsules.

11                    Q.   So let's take a look at the baggie

12       with the capsules depicted in -- in Sixty-five.  Did --

13       did this baggie contain any stickers on it at all?

14                    A.   It did not.

15                    Q.   And as you held up the -- the baggie

16       containing the capsules is it a clear baggie?

17                    A.   No, I mean it has the same yellow

18       residue.

19                    Q.   Let's take a look at then the invoice

20       that is Seventy-one.  The original invoice can you

21       describe the color to the -- to the Jury?

22                    A.   Yeah -- yes, that -- that was the same

23       what -- it was in the box with the D.N.P. and clearly

24       yellow tinted.

25                    Q.   And let's take a look then back at

1          Government's Exhibit Sixty-six.  What's depicted on Sixty-
2     six?
3                    A.   Sixty-six is just a staging photo I
4     took of the -- of the capsules inside the baggie after
5     retrieving it from the undercover address.
6                    Q.   Okay.  And what's depicted in Sixty-
7     seven?
8                    A.   Sixty-seven is just a closer-up
9     picture of the invoice taking note at the bottom of the
10    file name user -- SimCare or SimCa which I took to mean
11    SimCare.
12                   Q.   And with respect to Government's
13    Sixty-eight what's depicted there?
14                   A.   Sixty-eight is another staging photo
15    after retrieving the package and I just took it -- just
16    showing the inside what was used for packaging.
17                   Q.   So the capsules wrapped in the invoice
18    -- wrapped in the bubble bag?
19                   A.   Correct.
20                   Q.   And finally let's take a look at
21    Government's Seventy.  And we've taken a look at this, but
22    is that a close up of the B.A.?
23                   A.   Yes, that's correct, my initials.
24                   Q.   Okay.  And are those the initials that
25    you put on the package that day?

1                    A.   Yes, they are.

2                    Q.   Let's take a look at Seventy-two.

3        What's depicted here?

4                    A.   This is a close-up photo of the

5        priority mail label sender Agro Fortis Supply, 4630 Somers

6        Point Road, Mays Landing, New Jersey addressed to Bryan,

7        the rest redacted, in Springfield, P.A.

8                    Q.   And as we pull back out, this is not a

9        Click-N-Ship label.  Is that correct?

10                   A.   That's correct.

11                   Q.   Okay.  And so that -- that didn't

12       appear on -- on the Click-N-Ship data?

13                   A.   That's right.

14                   Q.   Now in addition to emails --?

15                   MS. BURNES:  You can take that down, Mr.

16       Conway.  Thank you.

17                   BY MS. BURNES:  (Cont'g.)

18                   Q.   In addition to emails in your

19       undercover capacity, in the course of your investigation,

20       did you review other Merlino emails in this case?

21                   A.   Yes, I did.

22                   Q.   And what were the sources of those

23       emails?

24                   A.   One source was from our U.K.

25       counterparts that retrieved emails in their investigation

1        and forwarded them to me.  And then the other one was a

2        search warrant that was executed on the email accounts

3        simcare@gmail.com.

4                        Q.   Okay.  So I want to direct your

5        attention to Government's Exhibit Twelve.  This was the

6        subject of a stipulation earlier.  Can you identify for

7        the Jury -- for identification purposes, what is

8        Government's Exhibit Twelve-A?

9                        A.   This is an email correspondence

10       between Jack Knapman and SimCare.

11                       Q.   And it's a -- it's a two-page label

12       and then the certification from your counterpart in the

13       U.K.  Is that correct?

14                       A.   That's correct.

15                       MS. BURNES:  The government moves Exhibit

16       Twelve-A.

17                       MR. GAMBURG:  No objection, Your Honor.

18                       THE COURT:  Admitted.

19                       MS. BURNES:  And let's publish to the Jury

20       -- thank you.

21                       BY MS. BURNES:  (Cont'g.)

22                       Q.   Directing your attention then to the

23       -- to the middle of the page because again, this is a

24       thread, the middle of the page for Tuesday, 13th of March.

25                       A.   That's correct.  So in chronological

1      order starting from SimCare sent Tuesday, March 13th

2      subjected U.S.P.S. tracking to jackknapman@hotmail.co.uk.

3                      Q.    Okay.  And what does SimCare tell Jack

4      Knapman in the -- in the early part of this?

5                      A.    Thank you for your order.  U.S.P.S.

6      tracking C.J. one six two eight two three nine eight five

7      U.S. valued as a gift.

8                      Q.    And then let's move on to for

9      agriculture use.

10                     A.    For agriculture use, dilute one

11     capsule in one gallon of water and use daily on your

12     plants.  You can -- you can save on shipping by combining

13     orders with friends we can ship five units of one hundred

14     for the same price.

15                     Q.    Okay.  And what's the next section

16     SimCare states?

17                     A.    All capsules are pure crystalline

18     D.N.P., no additives or diluters are in the capsules.  It

19     is shipped from manufacturer with ten percent water for

20     safety.  We dry D.N.P. before encapsulation.  S.A. of

21     capsules is plus five percent by weight average one

22     hundred and thirty-three milligrams.

23                     Q.    Okay.  And turning to the second page

24     of Government's Twelve-A what's the --

25                     A.    Write --.

1              Q.    -- next instruction from SimCare?

2              A.    Write to simcare@gmail.com for

3      questions and other ordering or payment methods.  In the

4      past when this was a legal diet medication in the U.S. and

5      sold over the counter, average dose was one capsule two or

6      three times a day.  By short -- short circuiting the

7      energy cycle, Krebs cycle, sugar was converted to heat,

8      dose was adjusted to tolerance of warming.

9              This was discovered when dockworkers

10     loading the material on ships became overheated.  Each

11     capsule equates to sixty to ninety minutes of exercise,

12     which can burn up to twelve hundred calories when taking

13     one capsule three times a day.  Patients may loss (sic) up

14     to ten pounds per month depending on muscle mass.  About

15     one in five hundred can be allergic and develop hives.

16     They just stopped D.N.P. and took some Benadryl.

17             One pound of human fat contains thirty-six

18     hundred calories kilo.  Therefore, twenty minutes of

19     exercise per day or two hundred calories of excess food

20     results in ten pound gain or lose (sic) per year.  The

21     reason each diet cycle is slower and less successful is

22     that people will lose both fat and muscle with relapse

23     more fat than muscle is regained lowering the metabolic

24     rate, making weight gain faster to acquire and harder to

25     lose.

1          I am a retired physician and have an

2     extensive use of D.N.P. -- D.N.P. on plants and people.

3     Please feel free to write regarding use of D.N.P. for your

4     plants.  Average dose was one or two capsules up to three

5     times a day depending on response.

6                    Q.   And who -- who -- what is the -- the

7     email signed by?

8                    A.   Signed sincerely, William A. Merlino

9     R.P.H. M.D. F.A.A.F.P.

10                    Q.   And with respect to the -- the items

11     in red at the bottom?

12                    A.   Labeling may be different for some

13     countries to facilitate customs' clearance.  If custom

14     holds package, I can send you M.S.D.S. Safety Data Sheets

15     showing contents are safe.

16                    Q.   Special Agent Arcari, there is

17     reference in this email to the -- to the term patients,

18     did you recover any patient records for Jack Knapman

19     during the course of your investigation?

20                    MR. GAMBURG:  Objection, Your Honor.  May I

21     see the Court at sidebar?

22                    THE COURT:  Yeah, we'll take a brief huddle

23     in the sidebar.  Our first in the entire trial.  So --.

24                    (Sidebar)

25                    MR. GAMBURG:  Your Honor, there's some

1          evidence with a medical exam report as well as an opinion

2          in the United Kingdom and Mr. --

3                    MS. BURNES:  Not going there.

4                    MR. GAMBURG:  -- Not going there --

5                    MS. BURNES:  All -- all -- I mean all in

6          the same incident there are no patient records in this

7          case.  There are customer records, no patient records.

8                    MR. GAMBURG:  Okay.

9                    THE COURT:  Good.  Very well.

10                   MS. BURNES:  Okay.

11                   THE COURT:  Thank you.

12                   (End of sidebar)

13                   MR. GAMBURG:  Thank you.  Your Honor, I

14         will withdraw the objection.

15                   THE COURT:  You're welcome.  We get clarity

16         in sidebar and we can go on from there.

17                   BY MS. BURNES:  (Cont'g.)

18                   Q.   Special Agent Arcari, there is a

19         reference to patients in this email.  Did you recover any

20         patient records from your search of the defendant's home

21         or business?

22                   A.   No, we did not.

23                   Q.   Did you recover customer or business

24         records for Jack Knapman in this case?

25                   A.   Yes.

1                    Q.   Okay.  Did you see him on PayPal

2     receipts?

3                    A.   Yes.

4                    Q.   Did you see him on Click-N-Ship

5     account?

6                    A.   Yes.

7                    Q.   And you saw evidence of payment from

8     Knapman to -- to Merlino?  Is that right?

9                    A.   Yeah.

10                   A.   That's correct.

11                   Q.   Now, directing your attention back to

12    Exhibit Twelve-A.  On the first page did Jack Knapman

13    reply to SimCare on March 21st of 2018?

14                   A.   Yes, he did.

15                   Q.   And Special Agent Arcari, at -- at

16    that point in time of March of 2018, was eBay -- was --

17    was D.N.P. still available on eBay in the United States?

18                   A.   Yes.

19                   Q.   During that time period was D.N.P.

20    available on eBay in the U.K.?

21                   A.   No.

22                   Q.   So let's -- let's take a look at -- at

23    March 21st of 2018.  What does Jack Knapman inquire of

24    SimCare?

25                   A.   He writes, hello, I have a question

1    regarding when D.N.P. was used for human consumption.

2    Assuming that human's tolerance was quite high, with the

3    amount of calories burned increased proportionately to the

4    D -- D.N.P. dose.  So if three capsules per day equates to

5    twelve hundred would nine capsules a day equate to thirty-

6    six hundred and twelve equate to forty-eight hundred?

7                    Just curious on the way it works within the

8    body back when it was legal medication for humans, and not

9    just for plants.  All the best, Jack Knapman.

10                   Q.   And does this email contain a response

11   to that question?

12                   A.   No, it does not.

13                   Q.   Okay.  With respect to twelve equate

14   to forty-eight hundred what's -- what's your understanding

15   of what that means?

16                   A.   That many caps and calories burned.

17                   Q.   Okay.  So directing your attention to

18   Government's Exhibits Twelve B, C, and D.  Are these all

19   emails from SimCare to that same customer Jack Knapman

20   recovered by your counterparts in the U.K.?

21                   A.   Yes, they are.

22                   MS. BURNES:  The government moves admission

23   of Government's B, C, and D into evidence.

24                   MR. GAMBURG:  No objection, Your Honor.

25                   THE COURT:  Admitted.

**Associated Reporters Int'l., Inc.   518-465-8029**

1                    BY MS. BURNES:   (Cont'g.)

2                    Q.   So directing your attention to Twelve-

3       B.  And we'll go about one-third down.  This is an email

4       from dpn@simcare.com dated April 30th, 2018 to

5       jackknapman@hotmail.co.uk.  What's the subject of this

6       email?

7                    A.   D.N.P. 2,4-Dinitrophenol bonus ten

8       percent with referrals.

9                    Q.   And what's the body of the email?

10                   A.   This is what we call like a blast

11      email, you know, sent out to a customer list.  D.N.P. in

12      different capsule amounts and showing the pricing.

13                   Q.   Okay.  Now, in red what is the -- the

14      first part of the email sent?

15                   A.   D.N.P. 2,4-Dinitrophenol is no longer

16      listed -- available via eBay.

17                   Q.   And moving down to the bottom of the

18      email, does it offer an alternative for patients?

19                   A.   Send email to dnp@simcare.com to

20      order.  Be sure to include the desired quantity.  Shipping

21      box can accommodate up to four hundred capsules.

22                   Q.   Let's take a look at Government's

23      Exhibit Twelve-C.  What's the date of this email?

24                   A.   The date is May 9th, 2018.

25                   Q.   And who is it from?

1            A.    From dnp@SimCare.com.

2            Q.    Who's it to?

3            A.    jackknapman@hotmail.co.uk.

4            Q.    And what -- what's the contents of

5    this email with respect to D.N.P. customers?

6            A.    Same thing, just listing of different

7    quantity of capsules and pricing.

8            Q.    In the -- in the middle of the email

9    after the red when it says that D.N.P. remains available

10   for agricultural use in two hundred milligram capsules and

11   the -- and the amounts of quantities.  Is this the same

12   customer who he had just discussed the dosing and usage

13   and calorie content associated with D.N.P. use?

14           A.    Yes.

15           Q.    And let's take a look at Twelve-D for

16   May 31st of 2018.  Who's this email from?

17           A.    This is from simcare@gmail.com.

18           Q.    And who's it to?

19           A.    To jackknapman@hotmail.co.uk.

20           Q.    This is the same customer from

21   Government's Exhibit Twelve-A which -- which discussed the

22   -- the dosing.  Is that right?

23           A.    That's correct.

24           Q.    And what's the content of this email?

25           A.    Large print, new pricing D.N.P. email

1            simcare@gmail.com for reorder.  And it lists two

2            quantities, twenty grams at forty-eight dollars and twenty

3            grams encapsulated one hundred by two hundred milligrams

4            for sixty-eight dollars.

5                           Q.    And how is the email signed?

6                           A.    Regards, Bill.

7                           Q.    Now you talked about another source of

8            emails that you reviewed in the course of your

9            investigation Special Agent Arcari, and what were those

10           emails?

11                          A.    There were -- those were emails from

12           Google.

13                          Q.    And how -- who hosts Gmail?

14                          A.    Google.

15                          Q.    Yeah, okay.

16                          A.    Yes.

17                          Q.    So can you describe the process for

18           acquiring emails from Google?

19                          A.    Sure.  When working in investigation,

20           we develop facts.  And then what I do is I draft what's

21           called an affidavit listing those facts to get to probable

22           cause that in this particular instance, the emails being

23           used in furtherance of a crime.  So draft an affidavit, go

24           before a judge, judge reads it, signs it, and then after

25           that I swear on it, and it's served.

1                        Q.   And did you follow that process to get

2        emails in this case?

3                        A.   Yes, I did.

4                        Q.   And what email account did you follow

5        that process for?

6                        A.   Simcare@gmail.com.

7                        Q.   Now directing your attention to

8        Government's Exhibit One fifty-one to One sixty-seven.

9        Are those all emails from Google that are part of the

10       search warrant returned for simcare@gmail.com?

11                       A.   That's correct.

12                       MS. BURNES:  Would the Court prefer that I

13       go in smaller chunks with respect to foundation of each of

14       these emails?

15                       THE COURT:  Well, let's just see are -- are

16       there going to be any issues as to the foundation.

17                       MS. BURNES:  Okay.

18                       THE COURT:  If not, we can do

19       (unintelligible) more quickly.

20                       MS. BURNES:  Well, let's --.

21                       MR. GAMBURG:  There will not be.

22                       THE COURT:  There will not be.

23                       MS. BURNES:  Okay.  Well, then I need

24       admission of Government's Exhibit One five one to One six

25       seven.

1                    THE COURT:  All right.  Before trial,

2        members of the Jury, the counsel often exchange all the

3        documents, exhibits and so forth, that gives them the

4        opportunity in advance to know whether there's an

5        evidentiary issue.  So I appreciate Mr. Gamburg's

6        cooperation.  And with that foundation, no objection, then

7        you may proceed.

8                    MS. BURNES:  Thank you, Your Honor.  If we

9        can take a look at Government's Exhibit One five one.

10                   BY MS. BURNES:  (Cont'g.)

11                   Q.   Can you tell the Jury what's depicted

12       in Government's Exhibit One five one?

13                   A.   Yes, it's an email from Pamela Lynn to

14       simcare@gmail.com.

15                   Q.   Okay.  And moving down in the page

16       early in the thread is there an -- an earlier email?

17                   A.   Yes.  There's one from

18       simcare@gmail.com to Pamela Lynn.

19                   Q.   What's the date of this email?

20                   A.   The date is November 27th, 2018.

21                   Q.   And who's Pamela Lynn?

22                   A.   We learned that Pamela Lynn was

23       Merlino's ex-wife.

24                   Q.   What's the subject line of this email?

25                   A.   She took eight pills at one time.

1          Q.   And under the subject line she took

2     eight pills at one time, there's a line of script in blue.

3     What is that?

4          A.   It's a link to a news article on the

5     website telegraph.co.uk.

6          Q.   Okay.  Did -- did you click on that

7     news article?

8          A.   Yes, I did.

9          Q.   Directing your attention to

10    Government's Exhibit One five two.  Is this the news

11    article?

12         A.   Yes, it is.

13         Q.   What's the headline of the news

14    article that Merlino sent to his ex-wife?

15         A.   First manslaughter conviction for

16    D.N.P. diet pill dealer after toxic pill -- pills killed

17    student.

18         Q.   And directing your attention to the

19    second page.  Does it indicate that the woman took eight

20    pills?

21         A.   It does not.

22         Q.   At the -- at the top of the

23    photograph?

24         A.   Oh, I'm sorry.  Yeah, Eloise (phonetic

25    spelling) took eight pills and died hours after being

1        admitted to hospital.

2                    MS. BURNES:  Okay.  We can take that down.

3                    BY MS. BURNES:  (Cont'g.)

4                    Q.   Let's take a look at Government's

5        Exhibit One five three.  What's depicted in Government's

6        Exhibit One five three?

7                    A.   These are emails between a customer

8        and simcare@gmail.com.

9                    Q.   Okay.  So let's -- let's take a look

10       at the -- the bottom of the page.  Because again, this is

11       a thread.  What language is showing up in the -- in the

12       bottom of the page?  Do you know?

13                   A.   I do not.

14                   Q.   Okay.  So pull -- pulling -- pulling

15       back up to the middle of the page in English.  What is the

16       subject line at the top of the page?

17                   A.   Fortis Supply order.

18                   Q.   And who is the top email from?

19                   A.   It is from simcare@gmail.com.

20                   Q.   And what's the first name of the

21       customer here?

22                   A.   To Jimmy (unintelligible).

23                   Q.   Okay.  In the middle of the page, this

24       customer indicates where he expects the order to arrive?

25                   A.   Switzerland.

1          Q.   So let's take a look at the bottom of

2    the page now.  What does SimCare tell Jimmy as to shipping

3    to Switzerland?

4          A.   "Jimmy, thanks for the order, free

5    shipping is only with U.S. as you might expect.

6    Switzerland would be twenty-five dollars U.S., have sent a

7    bill.  Let me know if you still want product or will

8    refund your payment.  Ship as a gift with value question

9    -- question mark labeled as yellow pigment number twelve.

10   Signed, Bill."

11         Q.   And did you see this label with yellow

12   pigment number twelve in emails -- in -- in multiple

13   emails in the simcare@gmail.com account?

14         A.   Yes, that's correct.

15         Q.   And what's the purpose of shipping

16   with yellow pigment number twelve internationally?

17         A.   To get it past customs.

18         Q.   Let's take a look at Government's One

19   five four.  Directing your attention to the middle of the

20   page there's an email from Sim -- SimCare to an address

21   that starts with Brayden, B-R-A-Y-D-E-N.  What's the

22   subject of that email?

23         A.   D.N.P. 2,4-Dinitrophenol new price.

24         Q.   And what's the date of it?

25         A.   September 13th, 2018.

**Associated Reporters Int'l., Inc.   518-465-8029**

1      Q. Now, Special Agent Arcari, what -- let

2 -- let's take a look at the email.  What -- what's the

3 first thing that this email advises the customer?

4      A. D.N.P. has been permanently removed

5 from eBay effective 09/01/2018.

6      Q. And what's the next statement SimCare

7 --?

8      A. SimCare Agro Fortis Limited will

9 continue to offer this product as powder or encapsulated

10 for easier measurement when applying to plants.

11 www.fortissupply.com.  Please send email if you have any

12 questions.  Have a great day.  SimCare.

13      Q. Is this the customer that you

14 identified in -- in eBay records?

15      A. Yes, it is.

16      Q. And are those the same -- did the

17 PayPal records drop off in September of 2018 because of

18 the removal from PayPal -- from eBay?

19      A. Yes.

20      Q. So let's take a look at this -- this

21 customer's response at the -- at the top.  Subject --

22 what's the subject of the -- of the email?

23      A. D.N.P. 2,4-Dinitrophenol new price.

24      Q. And who's the email to?

25      A. It's from Brayden Sander to SimCare.

1          Q.   What does the customer ask SimCare?

2          A.   "Hi, what's your pricing for two

3     hundred, two hundred milligram capsules shipped to Canada,

4     Vancouver.  I can e-transfer you the money or pay via

5     credit card online.  I've ordered half a dozen times from

6     you on eBay.  Thanks."

7          Q.   Okay.  Let's take a look at another

8     customer at One fifty-five.  Let's take a look at the

9     email starting at the bottom of the page with this thread.

10    What's the -- what's the email at the bottom of the page?

11         A.   "Will definitely spread the word,

12    great stuff for my plants.  We love the purchase in powder

13    form but not sure what capsule machine to purchase also.

14    Also worried about how to measure the same dosage.  Any

15    pointers I can get from you?"

16         Q.   Okay.  And that email was in response

17    to the  -- to the email below.  What's the original

18    SimCare email?

19         A.   'Dean, thanks for the order, shipping

20    this a.m.  Have a great day.  Spread the word.  Bill."

21         Q.   Okay.  And in response to Dean's

22    question about dosage and capsule machines, let's take a

23    look at the second email on the thread Monday, November

24    5th at nine-fifty a.m.  How did SimCare reply to his

25    customer?

1                    A.    He wrote "Capsuling sells machine and

2       capsules.  They are on Amazon.  Need accurate scale and

3       weight amount powder one -- one capsule.  For example, one

4       hundred by two hundred capsules.  Weigh out twenty grams

5       then add two capsule machine surface.  If a -- heavier

6       substance need to add filler for equal volume fill.  On

7       the negative side, it is messy and yellow powder stains

8       everything including you.  Good luck."

9                    Q.    And what -- what does Dean inquire on

10      the top of the page?

11                   A.    One last question.  "What size capsule

12      would you recommend for two hundred milligram each?"

13                   Q.    Okay.  Let's take a look at

14      Government's Exhibit One five six and another customer.

15      If we turn our attention to the second page of

16      Government's Exhibit One five six.  This is again -- this

17      is a thread.  On Saturday, December 30th of 2017 what did

18      SimCare write to his customer subject?

19                   A.    Subject line is D.P.N. distribution

20      opportunity.

21                   Q.    And what's the content of the email?

22                   A.    "Thank you for ordering D.P.N. from

23      our company.  I am looking for expanding our market.  But

24      as you've seen, shipping internationally is expensive per

25      unit.  Would you be interested in an exclusive marketing

1    relationship in your country or region?  The average

2    consumption is one to three capsules per day depending on

3    the ability to tolerate the heat.

4              Each capsule is equivalent to two hours of

5    exercise for a one-hundred-kilogram person.  A small

6    International Express box can contain a minimum of five

7    one hundred capsule units for more if in bulk.  Presently

8    they are packaged in forty or one hundred unit containers.

9    We are tightening the containers to prevent capsule

10   separation in transit.

11             The bulk price to you would be fifty

12   percent off list with a minimum order of two hundred and

13   fifty dollars U.S.  Please write if you are interested."

14             Q.   Okay.  And turning back to the first

15   page.  On January 31st of 2018 did the customer reply to

16   SimCare?

17             A.   Yes, he did.

18             Q.   And what was the reply?

19             A.   "Sorry for the delayed answer, but I

20   wanted to test your product.  I'm using your D.N.P. right

21   now and in my view, it is heavily under dosed.  I'd say

22   that one capsule is somewhere around one hundred

23   milligrams or even less.  So I'm willing to make a new

24   order from you and your latest offer, five hundred

25   capsules for two hundred and fifty U.S. dollars is

1     reasonable taking into account the dosage per capsule."

2                    Q.   And directing your attention to the

3     second page then.   What is the name of this customer?

4                    A.   This is Georgie Garang (phonetic

5     spelling).

6                    Q.   And is that a customer that you saw in

7     the shipping records and the eBay records and the PayPal

8     records?

9                    A.   Yes, it is.

10                    Q.   So moving up the thread on

11    Government's Exhibit One five six, where -- where is this

12    customer -- according to his signature block where is he

13    based?

14                    A.   He is located in Romania.

15                    Q.   Okay.   So let's take a look at

16    Government's Exhibit One five seven.   Government's Exhibit

17    One five seven is again, being a thread, let's take a look

18    at the second page of Government's Exhibit One five seven.

19    Middle of the page, does SimCare on November 8th, 2018

20    send an email?

21                    A.   Yes, it does.

22                    Q.   And what -- what type of email is

23    that?

24                    A.   It looks to be what we call like a

25    blast email to customers.

1                          Q.   Okay.  And what -- what does this

2          email say?

3                          A.   "Several have written about content

4          consistency.  We have replaced the capsule packing service

5          with a more reliable one.  To demonstrate our product

6          reliability, we will send you nine two hundred and fifty

7          milligram D.N.P. capsules for a penny if you pay postage.

8          www.fortissupply.com select sample nine capsules for a

9          penny and check out.  We'd like to -- we'd like you to

10         take another look at us and our product.  Have a great

11         day."

12                         Q.   Okay.  Directing your attention then

13         to the first page of Government's Exhibit One five seven.

14         On November 11th, 2018 did a customer named David F. reply

15         to this SimCare ad?

16                         A.   Yes, he did.

17                         Q.   And what did he propose to SimCare?

18                         A.   He's inquiring on whether they could

19         help each other out.

20                         Q.   And did David Freek describe how he

21         wanted to -- how they could help each other out?

22                         A.   Yes, he did.

23                         Q.   How did David Freek identify himself?

24                         A.   David Freek is a marathon runner in

25         Canada.

1                    Q.    And directing your attention to the

2          second paragraph of this November 11th, 2018 email, what

3          was David Freek's proposal?

4                    A.    He wrote, what I was thinking --

5          wondering is if in exchange for one hundred caps the

6          normal order I would do, I promote your services to my

7          contacts at Sarms King (phonetic spelling) and also on the

8          Pro Circuit in Canada and the U.S.  Obviously, this would

9          be super safely done.  I'm in the world anti-doping agency

10         testing pool as are the rest of my friends.  So you would

11         never have to worry about anything like someone doing

12         something stupid, or even talking about the product for

13         human consumption.

14                   Q.    And directing your attention -- what

15         does it mean when he says doing something stupid or

16         talking about the product for human consumption?

17                   A.    Just you know keeping it secret.

18                   Q.    So let's take a look at Government

19         Exhibit -- well, does -- does David Freek also at the

20         conclusion of One five seven talk about how he has

21         previously ordered D.N.P. from SimCare?

22                   A.    Yes.

23                   Q.    What does he tell SimCare?

24                   A.    He writes "anyway, let me know what

25         you think.  I'd love to partner with you.  I like to use

1   D.N.P. in my offseason to get back to race weight super-

2   fast and don't use much at all.  One hundred caps normally

3   last me the whole year ha-ha.  I'm racing in Huston in

4   January till it's time to get back down to Kenyan-like

5   frame ha-ha."

6   Q.   And how does David Freek conclude with

7   respect to this email?

8   A.   "I hope to talk with you soon.  And

9   thank you for your time and quality product over the last

10   couple of years both on eBay originally and through your

11   site.  Kind regards, Dave Freek."

12   Q.   So let's take a look at Government's

13   One five eight.  Did SimCare respond to David Freek about

14   his proposal to promote D.N.P. to members of his

15   professional marathon-running community?

16   A.   Yes, he did.

17   Q.   So let's take a look at Government's

18   One five eight at the bottom of the page.  What's the date

19   of the email from Sim -- SimCare to David Fleet?

20   A.   The date is November 12th, 2018.

21   Q.   This is the following day from the

22   email that you just read?

23   A.   Yes.

24   Q.   And how did SimCare reply?

25   A.   SimCare replied "interesting.  Could

1      put a from your site link with reduced shipping costs et

2      cetera and work out a percentage to you.  Seven a.m. here

3      running out to do errands.  Let's talk more when we are

4      both free."

5                   Q.   Okay.  And it says from.  Is that --

6      is that an auto-correct to the word forum?

7                   A.   Yes.

8                   Q.   As we turn the page to Government's

9      Exhibit One five-A, does this email continue?

10                  A.   It does.

11                  Q.   How did Merlino conclude the email?

12                  A.   "Tell me your thoughts as you know

13     needs to be shipped to Canada as yellow pigment twelve,

14     one of its uses.  Signed, Bill."

15                  Q.   Okay.  So in response to a customer

16     who's talking about dosing, and talking about his longtime

17     use of D.N. -- Merlino's D.N.P. Merlino advises that it

18     needs to be shipped to Canada as yellow pigment number

19     twelve.  Is that right?

20                  A.   That's correct.

21                  Q.   So let's go back to the top page of

22     Government's Exhibit One five eight.  Did David Freek

23     reply on November 12th, 2018 to SimCare?

24                  A.   Yes, he did.

25                  Q.   How did he reply?

1                    A.   He wrote, "Hey, Bill, I'd certainly be

2       willing to set up a link on my site for you.  Don't feel

3       obligated to give me a percentage of sales.  I have a day

4       job as a well -- as well as running as a biopharma sales

5       rep.  So I don't -- I do well, but it's totally up to you.

6       I like the idea of a reduced shipping cost to Canada if

7       the purchase goes through my link.  Yellow pigment number

8       twelve.  Interesting.  That's smart and obviously, like I

9       mentioned before, I want to be sure it's discreet for your

10      protection as well as mine."

11                   Q.   Let me stop you there.  What does that

12      mean I want to be sure it's discreet for your protection

13      as well as mine?

14                   A.   I believe just the conversation of --

15      of human consumption as opposed to fertilizer use.

16                   Q.   Is it permissible to import D.N.P.

17      into the United States?

18                   A.   No.

19                   Q.   Is it permissible to ship D.N.P. for

20      human consumption into Canada?

21                   A.   No.

22                   Q.   So let's -- let's take a look at the

23      -- at another portion of David Freek's email.  Further

24      down, does -- does he indicate that -- that he would

25      provide Merlino's information to his friends so they can

1          continue this relationship?

2                    A.   Yes.  He writes also on a side note,

3     "I know of a large contingent of Canadians and Americans,

4     for that matter, who are looking for a reliable source.

5     Most used a fellow named Cliff or the old fertilizer

6     warehouse, they are -- they are on one of the forums that

7     used to be a large player in the Sarms (phonetic spelling)

8     game.  So if you'd like me to pass along your info to

9     them, I would be more than happy to.  I know a new thread

10    has started looking for a reliable company to order from a

11    couple of times a week."

12                   Q.   Okay, and after -- let's see.  After

13    these two emails, did Merlino and Freek according to their

14    communications, did they make plans to -- for Merlino to

15    ship capsules to Freek?

16                   A.   Yes, they did.

17                   Q.   And are those plans documented in

18    emails at the simcare@gmail.com -- I'm sorry,

19    simcare@gmail.com emails that you reviewed in this case?

20                   A.   Yes they are.

21                   Q.   So let's take a look at Government's

22    Exhibit One five nine.  Okay.  So at the bottom of the

23    page the thread from SimCare to David Freek on November

24    13th of 2018, SimCare responds to David Freek on November

25    13th, 2018.  Is that right?

 1                    A.   Yes.

 2                    Q.   Okay.  So the lowest email on

 3     11/13/2018 is from Freek to SimCare.  Is that right?

 4                    A.   That's correct.

 5                    Q.   Okay.  And -- and what does David

 6     Freek tell SimCare?

 7                    A.   He writes, "you know what, for the

 8     purpose of giving them to the runners -- that's the best

 9     but I'm thinking I can use either two hundred or two-

10     fifty.  I normally run five hundred milligrams personally,

11     but I can also run six hundred meters just spacing it out

12     every eight hours.

13                    Two hundreds are definitely the best bet

14     for the people I'll be around.  I mean, you'd be hard-

15     pressed to find an elite runner over one hundred and fifty

16     pounds.  I want them to -- I want them to have a good

17     experience on it."

18                    Q.   And Special Agent Arcari, what does

19     two hundred mean in this context?

20                    A.   Milligrams.

21                    Q.   Okay.  And what's -- what does Freek

22     say next?

23                    A.   "With that said, Bill, if it's making

24     any more work for you then, two -- two hundred and fifty

25     milligram is fine.  I just want to try to show the guys

1    there's a reliable source out there and they don't have to

2    roll the dice on shady internet sites or run a ridiculous

3    amounts of Clenbuterol and T3 Cytomel and risk thyroid

4    damage."

5                    Q.   Did -- and then what did Freek say

6    next?

7                    A.   "I just got an email from U.S.P.S.

8    saying a label was created.  You work fast my friend, ha-

9    ha."

10                   Q.   And is that a shipment to David Freek

11   that we looked at earlier this morning on new data on or

12   about November 13th of 2018?

13                   A.   Yes it is.

14                   Q.   So at the -- following the next page,

15   what is -- let's take a look at the top of the page.  What

16   was SimCare's response on November 13th in the middle of

17   the page?

18                   A.   "Okay, I'll send a bunch of two

19   hundreds easier to make."

20                   Q.   And then on the following day at the

21   top of the page on November 14th of 2018 what did SimCare

22   write to David Freek?

23                   A.   "Shipping two hundred -- two -- two

24   hundred milligram caps this a.m. with some small bags.  Do

25   you have a color printer?  Can send you a P.D.F. of labels

1     to print on fifty-six sixty Avery labels.  Thought customs

2     might choke on a D.P.N. info."  Signed, Bill.

3                   Q.   And what does that mean customs might

4     choke on D.P.N. info?

5                   A.   I'm sure it's a typo of D.N.P. and

6     that it's not being shipped as yellow pigment twelve.  So.

7                   Q.   And how does Freek reply to SimCare?

8                   A.   "Sounds good.  I'll keep track of who

9     I give them to and how many."

10                  Q.   And directing your attention then to

11    -- to One sixty.  As David Freek and Merlino continue to

12    communicate about his shipping D.N.P. for human

13    consumption into Canada how does Freek respond to

14    Merlino's plan to ship the caps and the Avery labels on

15    November 14th, 2018?

16                  A.   He writes "perfect, thanks Bill.  I do

17    have a color printer both at my office and at home.

18    Sending the P.D.F. is definitely the way to go.  I'm sure

19    I can track down sticky labels around the office here for

20    them too.  I'll send you a pic when I print them and put

21    them on the bags.  I got an email from a couple of guys on

22    the North Muscle Forums this morning asking if the site I

23    told them about was the same SimCare eBay seller.  I think

24    the word is getting out which is great.  I'd say you'll

25    get an order or two from them today."  Signed Dave.

1                    Q.   And based on your review, Special

2        Agent Arcari of the simcare@gmail.com account was David

3        Freek write -- did Merlino get orders shortly after these

4        email exchanges?

5                    A.   Yes, he did.

6                    Q.   So let's take a look at Government's

7        Exhibit One six two.  What's the date of this email?

8                    A.   The date is November 12th, 2018.

9                    Q.   And what's the subject of this email?

10                   A.   Home use fertilizer.

11                   Q.   And what does the customer say to

12       SimCare?

13                   A.   He writes, "Dave sent me A.D.M. with

14       your email simcare@gmail.com and website fortissupply.com.

15       I'm currently -- currently living in Alaska and looking

16       for a personal-use fertilizer.  What is the process for

17       purchasing?  Thanks for your help, Justin."

18                   Q.   And is -- is the email address

19       associated with Justin is that -- is that an account that

20       we looked at this morning as having made purchases from --

21       of D.N.P. from Merlino?

22                   A.   Yes, it is.

23                   Q.   So let's take a look at the next page

24       one six three.  Directing your attention to November 14th,

25       2018.  At the bottom of the page there's an email from

1         Agro Fortis Supply merlin@acm.org. to a Hello Jason Epps.

2                    A.    Correct.

3                    Q.    What's the response in the middle of

4         the page at seven-twenty p.m. on November 14th, 2018?

5                    A.    "Thanks, Dave sent me your way.  I

6         hope this helps my plants, Jason."

7                    Q.    And at the top of the page on this

8         thread what is the subject?

9                    A.    Agro Fortis Supply order confirmation

10        pound R one six seven six eight four two nine eight.

11                   Q.    Who's the email from?

12                   A.    It is from Jason Epps.

13                   Q.    Who's the email to?

14                   A.    It's to SimCare.

15                   Q.    And what's the date?

16                   A.    11/15/2018.

17                   Q.    And who does this customer C.C. in --

18        in his communications with Merlino?

19                   A.    David Freek at dave_m56@hotmail.com.

20                   Q.    Okay.  Let's take a look at

21        Government's Exhibit One six four.  Who's this email from?

22                   A.    This email is from Michael Murphy.

23                   Q.    And what's the date?

24                   A.    11/24/2018.

25                   Q.    Who is it to?

```
 1                        A.   To simcare@gmail.com.

 2                        Q.   Okay.  Is -- is Michael Murphy a

 3      customer name that we looked at this morning on your

 4      summary --?

 5                        A.   Yes, it is.

 6                        Q.   And what does this customer say to

 7      SimCare?

 8                        A.   "We have done business before but I

 9      could no longer find you.  Dave sent me also."

10                        Q.   Let's take a look at Government's

11      Exhibit One six five.  What's the subject of this email?

12                        A.   Subject is Dave sent me.

13                        Q.   And what's the date?

14                        A.   11/28/2018.

15                        Q.   Who's the email from?

16                        A.   It's from Robert Levy.

17                        Q.   And is that a customer that you

18      identified this morning on your D.N.P. summary charge?

19                        A.   Yes, it is.

20                        Q.   Let's take a look at the content of

21      this email.

22                        A.   He writes "hi, I'm interested in

23      D.N.P. crystal two hundred milligram inside twenty-five

24      capsules.  How much?  Dave sent me from Enhanced Athlete

25      Forums.  Thank you so much."
```

1           Q.   Let's take a look at Government's

2    Exhibit One six six.  Now directing your attention to the

3    bottom of the thread.  What's the date of this email?

4           A.   December 1st, 2018.

5           Q.   Okay.  And what's the content of this

6    email.

7           A.   "Hi, I was told by Dave to send you an

8    email.  I am looking to buy some fertilizer.  I am from

9    the U.K. so if you can ship there, that would be great.

10   Kind regards, Miho (phonetic spelling)."

11          Q.   And what's the response from SimCare

12   to that request?

13          A.   Unfortunately not, sorry.

14          Q.   And what was the status of -- of

15   D.N.P. on eBay in the U.K. at that time?

16          A.   It was banned.

17          Q.   Okay.  And what about shipping into

18   the U.K. at that time?

19          A.   I believe it was illegal.

20          Q.   Let's take a look at Government's One

21   six seven.  What's the date of this email?

22          A.   December 17th, 2018.

23          Q.   And what's the subject?

24          A.   Subject is D.N.P.

25          Q.   And what is the request?

1            A.   "Hello, I was interested in getting

2    D.N.P.  Do you guys carry in two hundred and fifty caps?

3    I got info from E.A. Forum saying to mention Dave.

4    Thanks."

5            Q.   Okay.  So let's go back to

6    Government's Exhibit One six one.  And on the second page

7    of Government's Exhibit One six one what is the email from

8    -- from SimCare to David Freek what's the date of this

9    email?

10            A.   December 4th, 2018.

11            Q.   And what is SimCare's question of

12    David Freek?

13            A.   He asked "Nicholas DiMartino (phonetic

14    spelling), New Jersey, known to you?  Strange order."

15    Thanks, Bill.

16            Q.   And how does David Freek reply?

17            A.   He states "he approached me on a

18    forum.  I've never met him in person or have one on one

19    contact.  But he seemed legit to me.  What was strange

20    about the order -- what was strange about the order, it's

21    kind of weird he's from Jersey however, as that's where

22    the product is shipping from.  Might be better just to

23    tell him to go elsewhere.  What do you think?  I can check

24    up on how he posts online on the forum, Dave."

25            Q.   And turning back to the first page of

1    Government's One six one.  On December 4th, 2018 what does

2    SimCare write to David Freek?

3                      A.    "Ordered one hundred at ninety-eight.

4    The extra -- the two extra at one dollar thirty-five cents

5    plus ten dollar shipping seems strange.  I'm going to send

6    this to all new buyers."

7                      Q.    And then what is the text that SimCare

8    tells David Freek that he sent him to all new buyers?

9                      A.    "It is the new account

10   acknowledgement."

11                     Q.    And is that the new account

12   acknowledgement that we looked at this morning that the

13   F.D.A. agent received in response to his purchase?

14                     A.    Yes, it is.

15                     Q.    What's David Freek's response to this

16   new account acknowledgement?

17                     A.    "I just vetted him online and he seems

18   like he's very much legit.  He uses A.A.S. and is on

19   T.R.T.  I'm sure he's fine.  I looked at his last fifty

20   posts.  And Bill that's very -- that's a very good idea.

21   No accountability then on your end and I mean, that's what

22   it is advertised on the site.  Legally you're in the clear

23   then, know that anyone I send your way knows to ask is

24   purchasing for fertilizer usage.  Looks good to me."

25   Signed Dave.

1                    Q.    Now Special Agent Arcari, during the

2       course of your investigation, did you execute a search

3       warrant on March 6th, 2019?

4                    A.    Yes, we did.

5                    Q.    And where -- what was the location of

6       the search warrant?

7                    A.    The location was 4630 Somers Point

8       Road, Mays Landing, New Jersey.

9                    Q.    Can you tell the Jury the -- the

10      process to get a search warrant to -- to search the

11      premises?

12                   A.    Sure.  Just like the search warrant on

13      the Google account Gmail same thing; a list of facts in a

14      sworn affidavit goes before a judge who gives me the okay.

15      And then you know we're okay to execute the warrant.

16                   Q.    Now, prior to executing a search

17      warrant do you need to develop an operational plan?

18                   A.    Correct, yeah, as part of the

19      operation we're going to develop an operational plan maybe

20      surveil the location for the days leading up to it.  But

21      then that's also has to get approved by my headquarters.

22                   Q.    And for the search warrant on Somers

23      Point Road in -- in this case what -- what personnel did

24      you establish for this warrant?

25                   A.    Well, as -- as part of the planning

1      for the operation, it was brought to my attention by a

2      colleague that I should contact the New Jersey State

3      Police hazardous material unit and also the bomb unit

4      given the volatility of D.N.P.  So that's what I did.  So

5      along with agents from Homeland Security Investigations,

6      Postal Inspection and F.D.A., the New Jersey State Police

7      hazmat unit and bomb squad helped us execute the search

8      warrant.

9                    Q.    Because particularly from the

10     customer's information, you -- you knew that there were

11     bulk quantities of D.N.P. designated for that residence.

12     Is that's right?

13                   A.    That's correct.

14                   Q.    And how did you execute the warrant?

15                   A.    So the morning of -- we staged at a

16     location until you know all personnel were ready.  We

17     drove into the location.  I and one or two other agents

18     knocked and announced.  He didn't come to the door.  So I

19     felt, given the circumstance it prudent that I call him on

20     his cellphone.  I called, he answered, came to the door.

21     Once we made contact with him, the hazardous material unit

22     went in and cleared the site.

23                   Q.    And during the execution of the

24     warrant did -- did you seize physical evidence?

25                   A.    Yes, we did.

1          Q.   And what -- what type of physical

2     evidence did you seize?

3          A.   We seized bulk D.N.P., thousands of

4     empty capsules, thousands of already completed capsules,

5     fill trays, some documents were found as well.  I think

6     that's probably most of it.

7          Q.   And the bulk D.N.P. that was seized in

8     the case was that maintained in -- in your evidence

9     possession or was that ever maintained elsewhere?

10          A.   No, that was -- we signed over custody

11     to the New Jersey State Police and they transported to

12     their bomb-unit shelter which is where it was housed.

13          Q.   Okay.  So let's take a look at

14     Government's Exhibits One hundred -- One thirty-six.  Are

15     these pictures that were taken during the course of the

16     execution of the search warrant?

17          A.   That's correct.  Anytime we execute a

18     warrant before any searching is done, we'll have personnel

19     go through, photograph labels, photograph all the rooms so

20     that, you know, we can show in court this is how it looked

21     before we got in.  And then we'll take photos after we

22     leave as well.  When we see some evidence that we feel is

23     important, we'll photograph it in place.  And then all

24     that stuff's kept by me.

25          Q.   And directing your attention to

1      Government's Exhibit Ninety-nine.  What is that?

2                    A.   Ninety-nine is a list of the rooms

3      that we labeled.  Again, as they're taking photographs and

4      labeling the rooms a log is kept.

5                    MS. BURNES:  The government moves admission

6      of Government's Exhibits Ninety-nine through One thirty-

7      six.

8                    MR. GAMBURG:  No objection, Your Honor.

9                    THE COURT:  Admitted.

10                   BY MS. BURNES:  (Cont'g.)

11                   Q.   Okay.  So let's take a look at

12     Government's Exhibit One hundred.  Can you tell the Jury

13     what's depicted there?

14                   A.   Yes.  One hundred is a picture of a

15     desk with computers in an office that was in the basement

16     of the home.

17                   Q.   And directing your attention then to

18     the center of the picture below -- below the middle set of

19     monitors.  What's depicted there?

20                   A.   Those are confirmation receipts of

21     orders taken by Fortis Supply.  I guess that probably

22     weren't filled out yet.

23                   Q.   And did you seize these documents in

24     the course of your search?

25                   A.   Yes, we did.

1                    Q.   Showing you what's been identifying --

2        for identification only One thirty-A and B through One

3        forty-four.  Do you want to just take a look in your

4        binder?  Are those copies --

5                    A.   Yes, those were --.

6                    Q.   -- of the -- of the documents that

7        were placed on that desk?

8                    A.   Yes.

9                    MS. BURNES:  And the -- well, the

10       government moves admission of One thirty-A and -B.

11                   MR. GAMBURG:  No objection.

12                   THE COURT:  Admitted.

13                   MS. BURNES:  And I'm sorry, through One --

14       so then and also One thirty-nine-A and -B through One

15       forty-four.

16                   MR. GAMBURG:  No objection.

17                   THE COURT:  All admitted.

18                   MS. BURNES:  Okay.  Now if we can publish

19       the first document.  Thank you.  I'm going to approach

20       with Exhibits One thirty-eight-AP, for physical copies of

21       One thirty-eight BP and the -- the physical copies of the

22       document records in Exhibits One thirty-eight through One

23       forty-four.

24                   BY MS. BURNES:  (Cont'g.)

25                   Q.   So let's take a look at the -- at one

1    thirty-eight A and B.  Can you remove them that -- from

2    that Manila -- Manila envelope that we just put it into

3    (unintelligible)?  And can you tell the Jury what's --

4    what's depicted on One thirty-eight-A and then the

5    backside One thirty-eight-B?

6                   A.   This is a shipping order -- confirmed

7    shipping order from Agro Fortis Supply.

8                   Q.   And One thirty-eight-A, who is the --

9    what country is the shipping order to?

10                   A.   New Zealand.

11                   Q.   What is the product described as?

12                   A.   Yellow pigment number twelve, sample,

13   forty grams.

14                   Q.   And who is the -- the shipper?

15                   A.   Agro Fortis Supply.

16                   Q.   So let's take a look at One thirty-

17   eight-B.  Is that on the back of the -- of One thirty-

18   eight-B?

19                   A.   (unintelligible) seven.

20                   Q.   And what's depicted at One thirty-

21   eight-B?

22                   A.   Another order confirmation from Agro

23   Fortis Supply.

24                   Q.   And what's the -- what's the product

25   being shipped?

1                    A.   Yellow pigment number twelve sample,

2          forty grams.

3                    Q.   Where is it -- what country is it

4          being shipped to?

5                    A.   New Zealand.

6                    Q.   And so holding in your hand you have

7          -- those are the physical copies of the records you seized

8          from that space in front of the computer.  Is that right?

9                    A.   That's correct, yes.

10                   Q.   Let's take a look at One ninety-three

11         -- One thirty-nine-A.  If you can just show it to the

12         Jury.  And what's depicted at One thirty-nine-A?

13                   A.   It's an order confirmation from Agro

14         Fortis Supply.

15                   Q.   And what country is this order

16         confirmation addressed to?

17                   A.   Belgium.

18                   Q.   What's the product being shipped?

19                   A.   Yellow pigment number twelve sample

20         twenty-five grams.

21                   Q.   Now the paper that you're holding in

22         your hand, is that a, you know, regular eight-and-a-half

23         by eleven white sheet of paper?

24                   A.   Yes, it is.

25                   Q.   Okay.  And what else is on that paper?

1                        A.    Just stained yellow from D.N.P.

2                        Q.    Let's take a look at One thirty-nine-

3        B.  What's depicted in One thirty-nine-B?

4                        A.    This again is an order confirmation

5        from Agro -- Agro Fortis Supply showing 2,4-Dinitrophenol

6        capsules, two hundred and fifty milligram, one hundred

7        count.

8                        Q.    Okay.  And so is -- does -- is this

9        the same customer but a different description?

10                       A.    That's correct.

11                       Q.    Let's take a look at One forty-A and -

12       B.  What's depicted on One forty-A?

13                       A.    This is a shipping label from Agro

14       Fortis Supply to a Richard in Owen Mills.

15                       Q.    Okay.  And is this a Click-N-Ship

16       label?

17                       A.    It doesn't appear to be.

18                       Q.    Okay.  Is it a Pitney Bowes label?

19                       A.    It's from -- yes.

20                       Q.    Okay.  And what's -- what's depicted

21       on One forty-B?

22                       A.    It's another shipping label.

23                       Q.    Okay.  Is this -- is this the same

24       label as the first one, another copy of it?

25                       A.    Yes, it is.

1                              Q.    Okay.  And -- and what color is One

2         forty-B?

3                              A.    Stained yellow.

4                              Q.    And finally let's take a look at One

5         forty-C.  What's depicted at One forty-C?

6                              A.    This is a confirmation of an order

7         from Agro Fortis supply with D.N.P. two hundred milligram

8         capsules one hundred count for ninety-eight dollars and

9         seventy-five cents.

10                             Q.    And who's the customer on One forty-

11        six?

12                             A.    Name Richard in Owen Mills.

13                             Q.    Okay.  So can you just pull together

14        then are the -- is it the same customer One -- One forty-

15        A, B, and C?

16                             A.    Yes, it appears to be.

17                             Q.    And let's take a look at One forty-one

18        A and B.  What's depicted at One forty-one A?

19                             A.    One forty-one-A is a person shipping

20        label.

21                             Q.    Who's that -- who's that shipping to?

22                             A.    Indiana in Delray Beach.

23                             Q.    And who is it from?

24                             A.    Agro Fortis Supply at 4630 Somers

25        Point Road, Mays Landing.

1                    Q.   And as we take a look at One forty-one
2      B, what's depicted there?
3                    A.   One forty-one B is a confirmation of
4      order from Agro Fortis Supply to Indiana in Delray Beach,
5      listing D.N.P. two hundred milligram capsules fifty count,
6      sixty-eight dollars and fifty cents.
7                    Q.   And so is that invoice at One forty-
8      one B the same customer as the label at One forty-one A?
9                    A.   Yes, it is.
10                   Q.   And during the course of one of your
11     purchases, did you receive an invoice that looks
12     substantially similar to that form inside your package?
13                   A.   Yes, I did.
14                   MS. BURNES:  Your Honor, does the Court
15     wish to take a break?
16                   THE COURT:  If this is a good time in the
17     narrative then by all means.
18                   MS. BURNES:  Thanks.
19                   THE COURT:  All right.  Jury, we'll take
20     our mid-afternoon break now and we'll try to reconvene
21     less than in ten minutes or so.  All right.
22                   THE COURT CLERK:  All rise.
23                   (Off the record; 14:57:56 to 15:18:58)
24                   THE COURT:  All right.  Continue.
25                   BY MS. BURNES:  (Cont'g.)

1        Q.   Special Agent Arcari, we were looking

2    at some physical documents you seized during the course of

3    the execution of the search warrant on March 6th of 2019.

4    Want to direct your attention to Government's Exhibit One

5    Forty-two A and B.  And can you tell the Jury what's

6    depicted on these two documents?

7        A.   Yes.  One Forty-two A is a priority

8    shipping labeled from Agro Fortis Supply, 4630 Somers

9    Point Road in Mays Landing to a McLinda (phonetic

10   spelling) in Tucson.  And One Forty-two B is a purchase

11   confirmation from our Agro Fortis Supply to McLinda in

12   Tucson.  Order was two -- D.N.P. two hundred milligram

13   capsules, one hundred count for one hundred ninety-seven

14   dollars and fifty cents.

15       Q.   And the date on that order, it has a

16   place on -- on the right-hand side.  What was the date of

17   that order?

18       A.   The date is March 6th, 2019.

19       Q.   Okay.  And that's the day of the

20   search?

21       A.   That's correct.

22       Q.   Now, the -- the customer named

23   McLinda, is that a -- a name that you identified in other

24   records earlier this morning?

25       A.   I don't recall.

1           Q.   Okay.  And let's take a look at

2      Exhibit One Forty-three A and B.  What's depicted there?

3           A.   This is a -- again, another shipping

4      label from Agro Fortis Supply at 4630 Somers Point Road in

5      Mays Landing, New Jersey to a Marco (phonetic spelling) in

6      Westport.

7           Q.   And what's the -- what's depicted in

8      B?

9           A.   B is a order confirmation from Agro

10     Fortis Supply to Marco in Westport listed D.N.P. two

11     hundred milligram capsules, one hundred count for ninety-

12     eight dollars and seventy-five cents.

13          Q.   And when was this order to -- from

14     Marco, when was this order placed?

15          A.   Also March 6th, 2019.

16          Q.   Okay.  And let's take a look at

17     Government's Exhibit One Forty-four.

18          A.   One Forty-four is an order

19     confirmation from Agro Fortis Supply to a Curling

20     (phonetic spelling) in Victorville.  Order date is

21     02/21/2019.  The order is for D.N.P. 2,4-Dinitrophenol

22     capsules, two hundred milligram, one hundred count for

23     ninety-eight dollars and seventy-five cents.

24          Q.   Okay.  And then -- and the document

25     you're holding in your hand, is that a regular eight-and-

**Associated Reporters Int'l., Inc.   518-465-8029**

1    a-half by eleven piece of paper?

2                    A.   Yes, it is.

3                    Q.   Okay.  And is it originally white?

4                    A.   Yes.

5                    Q.   And can you, for the record, what --

6    what color is the document in your hand?

7                    A.   It's tainted yellow.

8                    Q.   Let's take a look then, at -- go back

9    to Government's Exhibit One hundred.  So the envelope --

10   the labels and invoices that -- that you just testified

11   about, they were recovered from -- from this location in

12   the office?

13                    A.   Correct.

14                    Q.   Okay.  And let -- let's take a look at

15   Government's One Fifty-one.  Did you -- did you recover

16   other items of evidentiary value from the office?

17                    A.   Yes, we did.

18                    Q.   I'm sorry.  One zero one.  Can you

19   describe for the grand (sic) jury what's depicted in

20   Government's One o one?

21                    A.   Sure.  Those are liquid containers.

22   We think orange juice containers filled with D.N.P.

23   capsules.

24                    Q.   Let's take a look at One o two.

25                    A.   Again, those are the same two bottles.

1     As you see, one's labeled D.N.P. two hundred fifty

2     milligrams and the other is labeled D.N.P. two hundred

3     milligrams.

4                    Q.   And where were those two bottles

5     recovered from?

6                    A.   They were in Room Q, that office from

7     that desk drawer.

8                    Q.   Okay.  Now, those items of physical

9     evidence, are those among the items that were kept in

10    F.D.A. custody or were they kept in New Jersey custody?

11                   A.   Yeah.  They were transferred into the

12    custody of the hazmat unit, New Jersey State Police.

13                   Q.   Let's take a look at Government's One

14    o three.  Are those the same two containers depicted at

15    the top of One o Three?

16                   A.   Yes, they are.

17                   Q.   Now, let's take a look at Government

18    One o Four.  Can you tell the Jury what's depicted in this

19    picture?

20                   A.   This is a picture of Room M, which we

21    labeled as the lab.

22                   Q.   And when you say Room M, can you just,

23    again, explain to the Jury what it is you do when you --

24    when you make an operation plan check -- you do a search

25    on?

1                    A.    Right.  So again, when we go in,

2        before we start searching, touching anything, we hang

3        labels, take photographs.  So this is just a photograph of

4        -- from the out, you know, outside of Room M into --

5                    Q.    Okay.

6                    A.    -- into the room.

7                    Q.    So moving into then, let's take a look

8        at Government's One o five.  What does this depict?

9                    A.    Just another perspective of an outside

10        shot of Room M from the other side, looking left into the

11        room.

12                    Q.    Let's take a look at Government's One

13        o Six.  Can you tell the Jury what's depicted in

14        Government's One o Six?

15                    A.    One o Six was a shelf on, I believe,

16        the right side of the room when you walked in.  On top, it

17        appears to be a pill press and underneath you'll see

18        shipping material.  You got the U.S. postal priority

19        mailing envelopes, and then you have other padded bubble

20        envelopes there as well.

21                    Q.    Okay.  And let's take a look at the

22        top of the photo.  It's -- it's hard to see in this

23        photograph.  Can you -- can you describe to the Jury, the

24        -- the walls in -- in Room M?

25                    A.    Yeah.  As you can see, it's just white

1    pegboard from the outside pictures and just the, you know,

2    given the use of D.N.P. in that room has stained all the

3    walls yellow.

4            Q.   Let's take a look at Government's

5    Exhibit One o Eight.

6            A.   One o Eight is just another shelf.  On

7    the right there is an ice crusher.  Not sure as to why

8    it's in there.  In the middle there is a blender and then

9    underneath you'll just see, you know, some white powder,

10   probably filler.

11           Q.   And I inadvertently skipped

12   Government's Exhibit One o seven.  Let's take a look at

13   that.

14           A.   That's just a close-up of the shelf

15   with the shipping materials.

16           Q.   All right.  Moving forward.  Let's

17   take a look at Government's One o nine.  And can you

18   explain to the Jury where -- where this was in Room M?

19           A.   Right.  So this is as you're walking

20   into the room to the, you know, right corner, you see a --

21   a wash sink there, a strainer hanging from the wall.  And

22   then you just kind of see some empty orange juice bottles

23   there, and still a lot of yellow tint on the walls.

24           Q.   So let -- let's take a look at the --

25   at the top of this picture, if we can enlarge it.  Can you

1        describe the -- the color of the walls here Special Agent

2        Arcari?

3                    A.   Again, you have that white pegboard,

4        which is stained yellow.  And you can see some of the

5        plumbing there, pipes also stained yellow.

6                    Q.   And then to the -- to the left of the

7        sink, well, on the front of the sink, what's hanging

8        there?

9                    A.   That appears to be a rag stained

10       heavily in yellow.

11                   Q.   Let's take a look to the left of the

12       sink.  What's depicted there?

13                   A.   That is a scale.  And to the left of

14       that is a couple other strainers and pill trays.

15                   Q.   Behind the scale, what are those empty

16       containers?

17                   A.   Empty -- empty orange juice

18       containers.

19                   Q.   And are they of the consistent size of

20       the seized D.N.P. that you got from the office?

21                   A.   Yes, they are.

22                   Q.   Okay.  Let's take a look at

23       Government's Exhibit One ten.  And if we can, let's --

24       let's take a look at the top half of the photo.  Special

25       Agent Arcari, what's -- what's depicted here?

1           A.   Again, you have the white pegboard

2     stained heavily in yellow.  In the middle of there is an

3     industrial hood vent.  Beneath there, you have empty like

4     cereal containers, those all contained half splits.  You

5     have the body, then you have the cap.  The body's the

6     bigger part of the capsule, separated.

7           And then in the middle there, appears to be

8     maybe like corn starch.  We -- we found corn starch on

9     some of the shelves and those two middle containers there.

10    A big chafing tray like you would see in a catering hall,

11    and then you got the strainers again and the pill presses.

12          Q.   Okay.  And to the far right, the lower

13    part of the -- of the -- part of the picture we're looking

14    at, is that the scale that we looked at in the prior

15    picture?

16          A.   Yes.

17          Q.   So we're just moving to the left of

18    the scale around the room?

19          A.   Correct.  Moving right to left.

20          Q.   And if -- if we go back in One ten,

21    let's look at the bottom half of the picture.  What's

22    depicted on the floor?

23          A.   Bottom of the floor is just white

24    powder mixed with yellow powder.  You saw several caps,

25    you know, halves of caps on the floor.

1              Q.   Okay.

2              A.   Just, you know, pretty dirty.

3              Q.   Let's -- let's take a look at

4    Government's Exhibit One eleven.  And does this follow

5    from the prior photo a -- a picture of the -- of the

6    laptop that you just described?

7              A.   Correct.  We're moving right to left

8    in the room.  Again, the white pegboard stained in yellow.

9    We have a couple strainers hanging from the wall there.

10   We have the computer there in the middle.

11             Q.   And if we could just take a look at

12   the -- at the laptop.  Was the laptop on and open when you

13   arrived?

14             A.   Yes, it was.

15             Q.   And let's -- let's pull back out.

16   Take a look at Government's Exhibit One twelve.  Can you

17   tell the Jury what appears in Government's One twelve?

18             A.   Sure.  We have a -- a trash can there

19   on the right.  And on that shelf is Ziploc bags, rubber

20   gloves, on the bottom -- middle shelf there are

21   containers, like there is the cornstarch there.  I can't

22   make out what the other things are but --.

23             Q.   And directing your attention then back

24   to the top of the shelf.  What's -- what's depicted up

25   there?

1                    A.    Some bowls, couple funnels there on

2       the right-hand side, measuring cup.

3                    Q.    And pulling back out and directing

4       your attention to the bottom shelf.  What's depicted

5       there?

6                    A.    Those are more of the encapsulating

7       trays.

8                    Q.    So if we pull back out, let's take a

9       look at Government's Exhibit One thirteen.

10                    A.    That's a close-up of a pill press.

11                    Q.    Okay.  And Government's Exhibit One

12      fourteen.

13                    A.    There was the -- the blender that we

14      saw earlier in the picture.

15                    Q.    Okay.  And what's it resting on?

16                    A.    A -- looks like a, one of those paper

17      cutting boards.

18                    Q.    Okay.  Let's take a look at

19      Government's One fifteen.

20                    A.    Those were the strainers that I

21      pointed out earlier on top of the encapsulation trays.

22                    Q.    Okay.  So to the bottom right of

23      Government's One fifteen, is that the scale that you

24      previously talked about?

25                    A.    Yes, that's a close-up of the scale.

1           Q.   And then, is this a close-up of the
2    strainers and the -- the pill, the capsule trays that you
3    just described?
4           A.   Yes.
5           Q.   On the top left of Government's One
6    Fifteen, what's -- what's depicted in the plastic
7    containers?
8           A.   The -- that's a close-up of the empty
9    pills, empty capsules.
10          Q.   And moving to Government's One
11   Sixteen.  What's depicted there?
12          A.   Again, another close-up of the empty
13   capsules.
14          Q.   So moving from -- from left to right.
15          A.   Left to right.
16          Q.   What -- what type of plastic
17   containers are these?
18          A.   Looks like a Rubbermaid cereal
19   container.
20          Q.   And what's -- what color are the
21   capsule containers start -- going just from left to right?
22          A.   From left to right, we have a
23   container with the red caps.  Next to that is the
24   container with green caps.  In the middle there, two
25   unknown substances and then, the two containers on the

1          right contain white caps.

2                         Q.   Okay.  So before we move on, can we

3          just take a look back at Government's One o two.  These

4          are the filled capsules that you seized from the office?

5                         A.   That's correct.

6                         Q.   Okay.  And can you just describe in

7          Government's One o two, what's depicted in the left

8          container versus the right container?

9                         A.   In the left container are the white

10         and green caps -- .

11                        Q.   And what does the label say on that?

12                        A.   The label says D.N.P. two hundred

13         fifty milligram.

14                        Q.   And how about on the right-hand

15         container?

16                        A.   On the right hand is the red and white

17         caps labeled D.N.P. two hundred milligrams.

18                        Q.   Okay.  So moving on, let's take a look

19         at Government's Exhibit One seventeen.

20                        A.   That's a close-up picture of that

21         catering tray that we saw earlier, spoon inside.  Looks

22         like maybe a mix of D.N.P. and whatever filler is used.

23         And then around the out --

24                        Q.   Okay.

25                        A.   -- around the outside, you'll see what

1    looks to be completed caps, red and white, red and white.

2    And then, you have a couple halves of the green and red up

3    top there on the left.

4                    Q.   Okay.  So if we go back to

5    Government's One Sixteen.  I'm going to approach with One

6    Sixteen P.  Can you tell the Jury what -- what One Sixteen

7    P is?

8                    A.   One Sixteen P is the combination of

9    the red container and the green container on the left, and

10   the white container holding the two on the --.

11                   Q.   Okay.  And are those -- are those caps

12   empty?

13                   A.   Yes, they are.

14                   Q.   Okay.  And are -- are those -- One

15   Sixteen P, is that -- is that physical evidence that was

16   maintained at -- at the F.D.A. evidence custodian?

17                   A.   Yes, it was.

18                   Q.   Okay.  I'm going to approach to take

19   that back.

20                   Continuing through, we looked at One

21   seventeen, let's take a look at One eighteen.  And this is

22   that same laptop that -- that -- that you just testified

23   about.

24                   A.   Correct.  Yeah.  It's a close-up of

25   the laptop.  And as you see nine thirteen in the a.m. on

1     March 6th, day of the warrant.

2                     Q.   Let's take a look at Government's One

3     nineteen.

4                     A.   There, you see the shelf, you have

5     some just Ziploc baggies up there, rubber gloves.  Like I

6     mentioned before, the cornstarch and other just like

7     household products there.  Below there, you'll see the

8     encapsulation trays.

9                     Q.   Thank you.  Okay.  Showing you what's

10    been marked as Government's One nineteen P.  Can I leave

11    it here or shall I --?

12                    THE COURT:  Yes.

13                    MR. BURNES:  Your Honor, I'm concerned

14    about the microphones.

15                    THE COURT:  Whatever works.

16                    MS. BURNES:  If I stay here, is that okay?

17                    THE COURT:  Whatever works.  Whatever

18    works, Counsel.

19                    MS. BURNES:  Then -- then, Special Agent

20    Arcari, it's okay if I just hand you --?

21                    BY MS. BURNES:  (Cont'g.)

22                    Q.   So collectively marked as One Nineteen

23    P, can you -- can you tell the Jury what these are?

24                    A.   Yeah.  These are the encapsulation

25    trays.  You have a bottom and like I say, the body is the

1        bigger part of the cap, goes in the bottom.  And then,

2        there is like a -- a middle piece you put on, on top of

3        that.  And you put whatever substance you want in there.

4        Here, D.N.P., kind of shifted into that bottom.

5                      Then, you put the -- the caps, which is the

6        smaller part of the capsule into like a separate tray.

7        Fits over that, press down until you hear like a clicking.

8        So you just like that's on springs and then, flip it over

9        and you have capsules.

10                     Q.   And the trays that you just described

11       that were -- that we're looking at here.  The -- there's

12       this one size tray with how many -- how many pills?

13                     A.   Mind if I count real quick?  Now, this

14       -- this tray would probably make a hundred.

15                     Q.   Okay.  And that's -- and that's based

16       on the number of holes that are in the tray?

17                     A.   Yeah.

18                     Q.   Okay.

19                     A.   Ten up -- ten up, ten across.

20                     Q.   Now, in addition to these trays, can

21       you tell the Jury about these trays, also designated

22       collectively as One Nineteen P?

23                     A.   Same thing, just a bigger version.

24       You have a bottom with the bodies filled with powder.  You

25       have your top piece that the caps go on.  Put it on top.

1    Squeezed together and capsules are made.

2                    Q.   Now, with respect to the tray that

3    we're looking at here.  Can you describe for the Jury,

4    what, if anything, is depicted on the tray?

5                    A.   As you can see this trays been used,

6    tinted yellow and there's still a lot of residual powder

7    on there from the D.N.P.

8                    Q.   And were there other trays seized

9    together with the -- with the trays that you just

10   described?

11                   A.   Yeah.  I believe that -- I believe

12   that's all of them.

13                   Q.   Yeah.

14                   A.   Yeah.

15                   Q.   Special Agent Arcari, this banker's

16   box, this is your evidence box, isn't it?

17                   A.   That's a brand-new evidence box.

18                   Q.   Okay.  What color is the brand-new

19   evidence box?

20                   A.   It was white.  Now, tinted yellow.

21                   Q.   I'm just holding.  Let -- let the

22   record reflect I'm holding that for the Jury.  Let's move

23   on to Government's Exhibit One Twenty.  What's depicted in

24   Government's One Twenty?

25                   A.   Again, it's close-up of the floor.  As

1      you can see, different powder on the floor.  Appears to be

2      a green, white filled cap, and then you have

3      (unintelligible) all over.

4                     Q.   And let's take a look at Government's

5      One twenty-one.

6                     A.   There is an empty bottle of the Sigma-

7      Aldrich D.N.P.  That's a one kilo container.  And I

8      believe it was taken out of the trash can that we saw

9      earlier next to the computer.

10                    Q.   Okay.  And the -- the label has the

11     backside of Aldrich.  It says 2,9 (sic) Dinitrophenol.

12     And are the pictorials depicted on the -- on the bottom of

13     that label?

14                    A.   Yes, you have a skull and crossbones,

15     a picture of something in a chest.  I'm assuming, you

16     know, inhaling and I can't make out what that third one

17     is.

18                    Q.   Okay.  And --?

19                    A.   Looks like killing a tree or

20     something.

21                    Q.   Let's -- let's take a look at

22     Government's One twenty-two.

23                    A.   There, we have the right side as you

24     walk in where the ice crusher and the blender were

25     sitting.  And above that on the peg board are the labels

1    that you saw earlier on the baggies.

2                    Q.   So let's -- let's, if we can, enlarge

3    the top half of Government's One twenty-two.  And can you

4    describe what's -- what's depicted on these various

5    labels?

6                    A.   Sure.  It looks to be the, you know,

7    the 2,4-Dinitrophenol labels with --.

8                    Q.   And are -- are some of the labels

9    blank and some of them have writing on them?

10                   A.   Yes.

11                   Q.   Okay.  And to the -- to the bottom,

12   right-hand side of the page, is there a distinctive yellow

13   coloring that's consistent with the M.S.D.S. forms that we

14   looked at earlier?

15                   A.   Yes.  The bottom right there above the

16   ice crusher, I could see the colored diamond there and

17   (unintelligible).

18                   Q.   So let's take a look at Government's

19   Exhibit One twenty-three.  Is this a close-up photo of the

20   labels you just described?

21                   A.   Correct.  Closeup label, 2,4-

22   Dinitrophenol powder, Sigma-Aldrich USA ninety-nine

23   percent SA.  And you got a ten and a thirty like a box,

24   maybe to check, and then an empty spot there to mark

25   grams, pre-order www.fortissupply.com.

1                    Q.   Let's take a look at Government's One

2     twenty-four.  This is a close-up of one of the items that

3     was depicted in the blurred photo?

4                    A.   Yes, it's as you see, Agro Fortis

5     Supply, L.L.C. with the website, www.fortissupply.com,

6     email sales.fortissupply.com.  Thank you for your order.

7     Please email if you have any questions, M.S.D.S. is

8     available on site.

9                    Herbicide dye preservative, not for human

10    consumption and a picture of yellow powder depicted on

11    here.

12                   Q.   And One twenty-five, what's depicted

13    here?

14                   A.   One twenty-five is that material

15    safety data sheet for 2,4-Dinitrophenol.

16                   Q.   Okay.  Now, we looked at the pictures

17    of the labs.  We looked at the pill presses.  We looked at

18    the labels and we looked at the cereal containers.  All of

19    those items were contained in one room.  Is that right?

20                   A.   That's correct.

21                   Q.   Okay.  So I want to move on to another

22    room.  Let's take a look at Government's Exhibit One

23    twenty-six.  And is -- is this a room, a -- a different

24    room in -- in the basement of the Defendant's house?

25                   A.   Correct.  This room was adjacent to

1    the lab Room M.  Basically, if you turned out, walked out

2    of Room M, you'd walk straight into Room P.  And that's

3    where we found empty caps.  Some -- you see some bubble

4    wrap over there to the right, for packing.

5              Q.   Okay.  And showing you what's been

6    marked as Government's One twenty-six P.  Are these the

7    empty white capsules that are depicted --

8              A.   Yes, they are.

9              Q.   -- in the photograph?

10             A.   Yes.  Yes, clear gel caps.

11             Q.   So let's take a look at One twenty-

12   seven P -- One twenty-seven.  What's depicted here?

13             A.   Here, opening up a file cabinet

14   drawer, we found two bags of white caps and then a bag of

15   red caps.

16             Q.   Okay.  And where is this drawer in

17   relationship to where the -- the white, the clear gel cap

18   that we just looked at?

19             A.   Below.

20             Q.   Okay.  So I'm approaching with three

21   bags that are collectively marked One twenty-seven P.  Can

22   you tell the Jury what they are?

23             A.   Yeah.  Appeared -- the bags that we

24   seized from the drawer in Room P, you have the white

25   halves, and then here is the third bag of the reds.

1                       Q.   Let's take a look at One twenty-eight.

2          Can you tell the Jury what's depicted there?

3                       A.   Sure.  I believe, it's the next drawer

4          down.  This looks to be three bags of red caps.

5                       Q.   Handing you what's been marked as One

6          twenty-eight P collectively.  Let's take a look.  Does the

7          picture contain a dent on one of the bags?

8                       A.   Yeah.  Now, I look at, it looks like

9          it's folded in half.  So two bags of red caps, empty.

10                      Q.   Okay.  Taking a look at your labels.

11                      A.   Uh-huh.

12                      Q.   Do you need the box as well, or are

13         you satisfied that those are the two bags --

14                      A.   No, these are the two.

15                      Q.   -- you seized from that -- that

16         drawer?

17                      A.   Yes.

18                      Q.   Okay.  And then let's take a look at

19         One twenty-nine.  What's depicted there?

20                      A.   Again, we have, appears to be two bags

21         of clear gel caps.

22                      Q.   And I'm approaching with what's been

23         marked as One twenty-nine P collectively.

24                      A.   Yeah.  These are the same bags that

25         are depicted in the picture.

1              Q.   And these two bags, are they recovered

2    from the same file cabinet as the other capsule?

3              A.   Correct.  Same file cabinet in Room P.

4              Q.   Now, did you recover bulk D.N.P.

5    during the course of the search?

6              A.   Yes, we did.

7              Q.   And where was that housed?

8              A.   It was housed in the garage in a gun

9    safe.

10             Q.   Directing your attention to

11   Government's Exhibit One Thirty.  What's depicted there?

12             A.   That is the gun safe that was located

13   in the garage.

14             Q.   And turning your attention to

15   Government's One Thirty-one, what's depicted there?

16             A.   In it, I mean, you see guns, but to

17   the bottom left in the brown bottles with the red caps,

18   that is the one kilo size of Sigma-Aldrich D.N.P.

19             Q.   And let's take a look at Government's

20   One thirty-two.

21             A.   Yeah.  That's a just a close-up photo.

22   Again, we put into evidence.  We'll take a photo in place.

23   That's just a close-up there.  You see the brown bottle,

24   Aldrich written on it, red cap.

25             Q.   And let's take a look at One thirty-

1      three.

2                      A.   Again, just above the two we just

3      looked at, two more laying on the side there, you see same

4      red cap, brown bottle.

5                      Q.   And directing your attention to One

6      thirty-four, what's depicted here?

7                      A.   That's all in all, in that gun safe,

8      there were seven kilo bottles of Sigma-Aldrich D.N.P.

9                      Q.   Let's take a look at One thirty-five.

10     What's depicted here?

11                     A.   Close-up of the one-kilogram bottle of

12     Sigma-Aldrich Dinitrophenol.

13                     Q.   And what's depicted on One thirty-six?

14                     A.   Just turn the bottle a little bit.

15     Just the contents of that bottle contains 2,4-

16     Dinitrophenol, light sensitive, heat sensitive, safety

17     data sheet is available for R&D use only, not for drug,

18     household or other uses.

19                     Q.   Was -- after this evidence was seized,

20     who did you turn this evidence over to?

21                     A.   Yeah.  Again, for safety measures, we

22     turned custody over to the New Jersey State Police bomb

23     squad.

24                     Q.   Special Agent Arcari, were -- in -- in

25     addition to the U.C. buys, was there D.N.P. evidence that

1          was sampled from your seizure and -- and sent to the

2          F.C.C. laboratory for sampling?

3                     A.   Yes, we -- the two orange juice

4          bottles that you saw previous, we took a couple caps out

5          of each one and we sent that off to our chemistry center

6          for evaluation.  All pills came back containing D.N.P.

7                     Q.   So directing your attention to

8          Government's Exhibit Eleven, which is further marked as

9          Government's Exhibit A through E.  These were the subject

10         of a stipulation earlier this morning.  Are these the --

11         the lab reports containing the results and conclusions of

12         the U.S. Food and Drug Administration's Forensic Chemistry

13         Center?

14                     A.   Yes.

15                     Q.   Okay.  And so what's -- directing your

16         attention to Government's Exhibit Eleven E, what's

17         depicted there?

18                     A.   You said E.  That's an analysis report

19         of the D.N.P. samples from the search warrant.

20                     Q.   Okay.  And how were the samples from

21         the search warrant and from the purchases from Defendant

22         Merlino, how were those samples sent to the lab?

23                     A.   So we had an issue.  Normally, we

24         overnight U.P.S., anything you would send to the lab and

25         with respect to D.N.P., they would not allow us to

1      overnight it due to the hazards.

2                     So I essentially took samples, drove

3      halfway across the state to our Pittsburgh agent, who took

4      it to another agent located in Ohio, because our Forensic

5      Chemistry Center is in Cincinnati.

6                     Q.   And Government's Exhibit A through D,

7      do they represent the results of the undercover -- the

8      results of the tests of the pills that were purchased that

9      you testified about earlier this morning?

10                     A.   Yes.

11                     MS. BURNES:  Okay.  One moment, Your Honor.

12                     THE COURT:  Uh-huh.

13                     MS. BURNES:  Your Honor, the Government

14      formally moves admission to -- to Government's Exhibit A

15      through E, which have been the subject of a stipulation

16      and of testimony?

17                     MR. GAMBURG:  No objection.

18                     THE COURT:  Admitted.

19                     MS. BURNES:  And I have no further

20      questions at this time.

21                     THE COURT:  All right.

22                     MR. GAMBURG:  May I, Your Honor?

23                     THE COURT:  We'll just give Ms. Burnes a

24      chance to clear the field and then you may.

25                     MR. GAMBURG:  So --.

1    MS. BURNES:  Sorry.

2    MR. GAMBURG:  No, that's okay.  So --.

3    MS. BURNES:  Okay.

4    CROSS EXAMINATION

5    BY MR. GAMBURG:

6    Q.   You're the case agent, correct?

7    A.   That's correct, sir.

8    Q.   You're familiar with what the

9    Defendant's charged with, correct?

10    A.   Yes.

11    Q.   He's not charged with importing or

12    exporting, right?

13    A.   That's correct.

14    Q.   He's charged with mislabeling,

15    correct?

16    A.   Misbranding, I believe.  Yeah.

17    Q.   That's correct.  So in G One thirty-

18    six, may we put that up, please?  This is the -- what you

19    described as the bulk D.N.P., correct?

20    A.   Yes.

21    Q.   And the label indicates that it

22    contains 2,4-dinitrophenol, did I say that right?

23    A.   Yeah.

24    Q.   Close enough.  And that's correct,

25    right?

```
 1                        A.   That is correct.

 2                        Q.   All right.  For R&D use only, correct,

 3        research and development use only, right?

 4                        A.   That is correct.

 5                        Q.   Not for drug, household or other uses,

 6        correct?

 7                        A.   Yes.

 8                        Q.   Sigma-Aldrich is an American company?

 9                        A.   Yes, they are.

10                        Q.   They're still in business?

11                        A.   I believe so.

12                        Q.   They're still selling this?

13                        A.   I believe so.

14                        Q.   Well, I mean, you're the Food and Drug

15        guy, right?

16                        A.   Yes.

17                        Q.   So are they or aren't they?

18                        A.   It's not something that's regulated by

19        F.D.A.

20                        Q.   This product contains 2,4-

21        dinitrophenol, right?

22                        A.   That's correct.

23                        Q.   This whole case, the last two days

24        we've been talking about the regulation of 2,4-

25        dinitrophenol, right?
```

```
1                    A.   Yes.
2                    Q.   You just told the Jury that it's not
3      regulated?
4                    A.   That's correct.
5                    Q.   Okay.  Sir, may we put up G One,
6      please?  Court's indulgence.  So this -- this is where
7      this started, right, this Twitter feed here, correct?
8                    A.   Yes, sir.
9                    Q.   He has thirty-four followers.  Is that
10     right?
11                   A.   Yes.
12                   Q.   And he has tweeted fifty-seven times
13     since 2008, correct?
14                   A.   That's what it says, yes.
15                   Q.   I mean, that's the record, right?
16     Correct?
17                   A.   Yes.
18                   Q.   All right.  Can we put up G Two?  So
19     it's a -- this is, again, another exhibit that was
20     introduced, correct?
21                   A.   Yes, it is.
22                   Q.   And it says that it's a plant
23     fertilizer, and growth regulator similar to a rooting
24     hormone.  That's accurate, right?
25                   A.   I'm not an expert in that field.  So I
```

1    don't know.

2                    Q.    Well, it's pure yellow crystalline

3    powder.  That's accurate, right?

4                    A.    That is accurate.

5                    Q.    It is 2,4-Dinitrophenol.  That's

6    accurate, right?

7                    A.    Yes, it is.

8                    Q.    One twenty-five milligram capsule.

9    That's accurate, right?

10                   A.    Yes, it is.

11                   Q.    Not for human consumption.  That's

12   accurate, right?

13                   A.    It is.

14                   Q.    Shipping via priority mail, email

15   tracking, that's accurate, right?  And free insurance,

16   that's accurate, right?

17                   A.    Yes.

18                   Q.    As a retired physician, I've used

19   D.N.P. for patients when it was legal and discovered that

20   it's mechanism of action worked on plants to -- to slow

21   growth.  The capsules are in the second picture.  That's

22   accurate, right?

23                   A.    Slow growth, yes.  I would guess.

24                   Q.    Okay.  Can we put up G Twenty-eight,

25   please?  That's how the package that you ordered in your

1          undercover capacity arrived, correct?

2                         A.   That is correct.

3                         Q.   And the label says 2,4-Dinitrophenol

4          two hundred milligrams, right?

5                         A.   Yes.

6                         Q.   And then, it has a hundred and twenty-

7          five milligrams.  Thank you.  You read my mind.  A hundred

8          twenty-five -- a hundred and thirty-three milligrams dry

9          weight.  That's correct?

10                        A.   That is correct.

11                        Q.   Yes?

12                        A.   Yes.  That's correct.

13                        Q.   The expiration date is what it is.  Do

14         you know if it's correct or not?

15                        A.   I'd say given at that time, yes, it

16         was 2018, so.

17                        Q.   All right.  And then the label says,

18         not for human consumption, correct?

19                        A.   That's correct.

20                        Q.   And I -- I hate to ask you this, but

21         can we go to G One twenty-three?  Those are the labels

22         that look identical to the label on G Twenty-eight.  Is

23         that correct?

24                        A.   Identical?  Similar?

25                        Q.   Similar?

 1                    A.   Yes.

 2                    Q.   Okay.  But again, 2,4-Dinitrophenol,

 3      Sigma-Aldrich, ninety-nine percent S.A., that's accurate,

 4      right?

 5                    A.   That part is, yeah.

 6                    Q.   Pre-ordered, www.fortissupply,

 7      correct?

 8                    A.   On that label, yeah, it does contain

 9      the website.

10                    Q.   And then G Fifty-two, if we could put

11      up.  That's again, another order that you had ordered

12      under your name, correct?  Under your undercover name?

13                    A.   Fifty-two, it was either me or the --

14      I'm not a hundred percent sure if it -- just given that

15      picture without the packaging to see if it was me or the

16      other undercover agent.

17                    Q.   Okay.  But either way, the -- the

18      label is what I'm interested in.

19                    A.   Yeah.

20                    Q.   The label says 2,4-Dinitrophenol,

21      correct?

22                    A.   That's correct.

23                    Q.   Sigma-Aldrich, ninety-nine percent

24      S.A., correct?

25                    A.   Yes.

1              Q.   And that's consistent with the bottles

2     that we showed in One thirty-six, correct?

3              A.   The --

4              Q.   I'll put --

5              A.   -- the Sigma-Aldrich bottles, yes.

6              MR. GAMBURG:  Can you put up One thirty-

7     six?  Can we zoom in on that top label?

8              THE MONITOR:  The top part of it?

9              MR. GAMBURG:  Yes, sir.

10             BY MR. GAMBURG:  (Cont'g.)

11             Q.   It says S.A. less than ninety-eight

12    percent, less than or equal to ninety-eight percent, is

13    that fair?

14             A.   That's what the bottle says, yes.

15             Q.   Okay.  If we could put up G Twenty-

16    five.  Sir, you -- you had already told the Jury that you

17    were acting in an undercover capacity.  You got what we

18    identified as G Twenty-eight in the mail with that label,

19    correct?

20             A.   Yes.

21             Q.   Okay.  And so now you, in your

22    undercover capacity, you're trying to get Dr. Merlino to

23    make certain admissions to you, right?

24             A.   Yes.

25             Q.   You're trying to tighten up the case

1          and have him tell you, you know, it's okay, you can use it

2          for human consumption, and I'll tell you how, right?

3                         A.   Yes.

4                         Q.   And his response to you is, depending

5          on the size of the plant, most growers start with one

6          capsule a day, dissolved in one gallon of water.  Max is

7          three per day.  If it's response is less than desired in

8          affecting growth.  Was that his response?

9                         A.   That was his response, yes.

10                        Q.   Did you take one of these capsules and

11         put it in a gallon of water?

12                        A.   I did not.

13                        Q.   Do you know that it is commonly used

14         for that purpose, right?

15                        A.   Mixing it with water?

16                        Q.   No.  For plant growth?

17                        A.   I -- I did not know that.

18                        Q.   It's on all the documentation,

19         correct?

20                        A.   Whose documentation?

21                        Q.   For -- for D.N.P., for all the

22         articles that we looked at, for the things that were sent

23         by Dr. Merlino for plant growth?

24                        A.   That's what he listed it as, yes.

25                        Q.   You didn't check that out?

1              A.   The -- the research that I found that
2    was D.N.P. was actually a herbicide.  So I would assume
3    that would've killed things.
4              Q.   But you didn't look into it at all?
5              A.   I'm just saying what little research I
6    did on it.  What I found is that D.N.P. was a herbicide,
7    not a fertilizer.
8              Q.   Didn't you want to know why Sigma-
9    Aldrich was doing research and development or -- or
10   selling this stuff in the United States for research and
11   development?
12             A.   That's not my purview, no.
13             Q.   Your purview is D.N.P.
14             A.   When intended for use as a drug, yes.
15             Q.   Okay.  You didn't wonder what other
16   uses it could be?
17             A.   Again, I'm only interested when it's
18   intended to be used as a drug.
19             Q.   Okay.  So when he responds to you with
20   the email telling you what to do, how to use it with
21   plants, you continued to buy it, correct?
22             A.   Yes.
23             Q.   Even though all the labeling says not
24   for human consumption, correct?
25             A.   That is correct.

1                    Q.   Did you ever follow-up with any other

2          emails that we did not see asking him dosage amounts or

3          anything of that nature?

4                    A.   Could you repeat the question?

5                    Q.   Sure.  Did you ever follow-up with any

6          emails, that we did not see, asking for dosage for humans?

7                    A.   Every email conversation I had with

8          the Defendant was turned over in discovery.  I can't --

9                    Q.   Yeah.

10                   A.   -- recall if we displayed every email

11         here.

12                   Q.   Okay.  Can I see -- can we put G

13         Eighty-two up, please?

14                        The G Eighty-two was sent to you, again, in

15         your undercover capacity or is that one of your fellow

16         agents?

17                   A.   So that was a fellow agent.

18                   Q.   Okay.  When Jason and -- and whoever

19         it is, is not relevant.  I trust that it was a fellow

20         agent went to purchase it.  He was responded to -- with an

21         agress -- Agro Fortis Supply D.N.P. purchase agreement,

22         correct?

23                   A.   That is correct.

24                   Q.   And to the best of your knowledge --

25         well, it's on the email.  Jason replies, "all understood,"

1      correct?

2                     A.   Yes.

3                     Q.   So he acknowledged that he's of legal

4      age.  That his purchase of D.N.P. is for agricultural

5      purposes, he has reviewed the attached D.N.P., M.S.D.S.

6      safety -- material safety data sheet, and understood that

7      D.N.P. is unsafe for human consumption, right?

8                     A.   Yes.

9                     Q.   If purchasing encapsulated D.N.P., I

10     understand it is for use to make standardized dilutions

11     for applications to plants.  I am not purchasing capsules

12     for oral consumption.  D.N.P. is considered hazardous to

13     human health and excessive exposure and -- where ingested

14     has led to death.  That's the agreement that was signed,

15     right?

16                     A.   Yes.

17                     Q.   Okay.  And that agreement is

18     consistent with the labeling that was received by either

19     yourself or Jason in their undercover capacity?

20                     MS. BURNES:  I'm going to object to the

21     term labeling in this context.

22                     MR. GAMBURG:  It's a label, Judge.

23                     THE COURT:  I -- I think there is a

24     statutory definition of label -- label and labeling.  And

25     that's the basis for the objection, which I would be

1        instructing the Jury on at a later stage.

2                    MR. GAMBURG:  Yes, sir.

3                    THE COURT:  So I want you to try

4        rephrasing?

5                    MR. GAMBURG:  Sure.

6                    BY MR. GAMBURG:  (Cont'g.)

7                    Q.   The label that you and Jason received

8        in your undercover capacity, this is consistent with that

9        label, correct?

10                   A.   Yes.

11                   Q.   On the email One sixty-one.  This is

12       the individual that was a -- a runner, correct?

13                   A.   Yes, that's correct.

14                   Q.   And on the top of that email, this

15       David Freek indicates that they're discussing this other

16       gentleman that had an odd order.  And he says, "I just

17       vetted him online.  He seems like he's very much legit.

18       He uses A.A.S and is on T.R.T.  I'm sure he is fine.

19                    I looked at his last fifty posts.  And

20       Bill, that's a very good idea.  No accountability then on

21       your end, and I mean, that's what he's advertised on the

22       site.  Legally, you're in the clear then.  Know that

23       anyone I send your way knows to ask purchasing for

24       fertilizer usage, looks good to me, Dave," right?

25                   A.    That's what it says, yes.

1          Q.   Did Bill respond to that?

2          A.   Not that I see here, no.

3          Q.   So he didn't say, yeah, I got him on

4     this one.  Nothing, no response, right?

5          A.   That's correct.

6          Q.   With respect to the -- to the search

7     warrant, the house, everything was out in the open except

8     for the bulk amounts, which were in the gun safe, correct?

9          A.   Yes, that's correct.

10         Q.   And we already know from prior

11    testimony you were present for when he made the complaint

12    about his bulk product being seized, the estimated value

13    was four hundred dollars, and you said, hey, you know,

14    it's not four hundred, you're way over priced.  It's

15    probably two hundred or words to that effect.  Do you

16    remember that?

17         A.   I do not.

18         MR. GAMBURG:  Okay.  Let -- let me find

19    that.  Court's indulgence for one minute.

20         THE COURT:  Sure.

21         BY MR. GAMBURG:  (Cont'g.)

22         Q.   If we can turn to, with your

23    permission, I think G Four.

24         A.   I think it might be G Five.

25         Q.   G Four.  So did you see that letter,

1   you could just zoom in on the appraised domestic value of

2   the property.  They  -- they have -- you the appraised

3   domestic value of four hundred and twenty for two point

4   one kilograms of 2,4-Dinitrophenol, right?

5              A.   That's what it says, yes.

6              Q.   Okay.  And then G Five, Dr. Merlino

7   writes back and says, hey, you know, your estimate val,

8   should be value, is two hundred percent over retail prices

9   of vendors in the U.S.  See attached price sheet.  Right?

10             A.   I see.

11             Q.   So he says, look it's two -- two

12  hundred four dollars, correct?

13             A.   That's what it says here.

14             Q.   Okay.  So everything is out in the

15  open in the house, right?  I mean, there is yellow dye on

16  all the paperwork.  He's got the big pill press out on the

17  table.  He's got all these bags, top to the bottom of the

18  file cabinet, correct?

19             A.   Yes.

20             Q.   Wasn't trying to hide anything,

21  correct?

22             A.   Wasn't until we got into the house to

23  find that out.

24             Q.   And even when you called, he answered

25  the phone, said, hello?

1                    A.   Yes, he did.

2                    Q.   Opened the door for you, so you didn't

3       knock down the door, correct?

4                    A.   Correct.

5                    Q.   About nineteen people total to go

6       execute the raid, right?

7                    A.   That's correct.

8                    Q.   His name is on the paperwork.  His

9       name is on the shipping label.  His name was on the U.P.S.

10      account, right?

11                   A.   Yes.

12                   MS. BURNES:  Objection, compound.

13                   THE COURT:  Cross examination.  Overruled.

14                   MR. GAMBURG:  That's all I have, Judge.

15      Thank you.

16                   THE COURT:  All right.  Any re-direct, Ms.

17      Burnes?

18                   MS. BURNES:  Yes, Your Honor.

19                   REDIRECT EXAMINATION

20                   BY MS. BURNES:

21                   Q.   Special Agent Arcari, you were asked

22      whether the F.D.A. regulates bulk sales of D.N.P., does

23      it?

24                   A.   It does not.

25                   Q.   Okay.  Is D.N.P. a chemical that's

1        legally sold by Sigma-Aldrich in the course of its

2        chemical business?

3                A.   Yes.

4                Q.   Are there other chemicals that are

5        legally sold in the United States that are not regulated

6        by F.D.A.?

7                A.   Yes.

8                Q.   When is it that you, as an

9        investigator, get involved in the investigation of a

10       chemical?

11               A.   When the intended use is for human

12       consumption as a drug or food.

13               Q.   And in the course of -- and -- and --

14       and is that what generated the investigation in this case?

15               A.   Yes, it is.

16               Q.   In the course of your investigation,

17       in a -- do you, as you did in this case, do you gather

18       materials that contain the label that is the sticker that

19       is affixed to a product?

20               A.   That's correct.

21               Q.   And why do you do that?

22               A.   Just to -- because there would be

23       certain elements that have to be on that label to be

24       considered a drug.

25               Q.   And do you also gather other

1    information during the course of your investigation with

2    respect to labeling?

3                A.   Yes.

4                Q.   And why do you do that?

5                A.   Because labeling of a drug, it is not

6    necessarily what's in the package.  It could be a website.

7    It could be an advertisement.  That's also considered

8    labeling under the F.D.A. law.

9                Q.   So in the course of your

10   investigation, under drugs that are misbranded and

11   mislabeled, you gather all of that information?

12               A.   That's correct.

13               Q.   It's not simply about the sticker?

14               A.   That's right.

15               Q.   Let's take a look at G Two.  You were

16   asked on cross examination about the -- about the weight

17   push in here about -- as a retired physician, I used

18   D.N.P. for patients when it was legal.  In the course of

19   your investigation, when is it that the F.D.C.A. came --

20   came into effect?

21               A.   I believe it was 1938.

22               Q.   For a document written in 2019, how

23   old would somebody have to be, or shall I say, what's the

24   likelihood of there being a living human being in 2019

25   that was practicing as a physician prior to 1938?

1                   A.   I'd say it's very unlikely.

2                   MS. BURNES:  I want to finish up, Your

3       Honor, just one moment, please.

4                   THE COURT:  It is fine, Counsel.  Finish

5       with this witness and start with a new one tomorrow.

6                   MS. BURNES:  Okay.

7                   BY MS. BURNES:  (Cont'g.)

8                   Q.   You were asked on cross examination

9       about the label -- the sticker that appeared, the label on

10      -- on some of the -- the packages.  Were there undercover

11      buys in this case that contained no sticker at all?

12                  A.   Yes, there was one.

13                  Q.   Okay.  No other directions for use in

14      that package?

15                  A.   No.

16                  Q.   And as an F.D.A. investigator, why is

17      that of -- of evidentiary value to you?

18                  A.   Again, it goes to the intended use as

19      a drug, you need directions.  Labeling must contain an

20      expiration date, lot number.  If there is adverse events,

21      the company's contact information must also be on the

22      label to report it.  It's --.

23                  Q.   Those are things that you would look

24      for --

25                  A.   Exactly.

1          Q.    -- in the course of your

2    investigation?

3          A.    Yes.

4          Q.    And let's take a look at Government's

5    Exhibit Five?

6          A.    You were asked on cross examination

7    about -- about D.N.P. being used as a herbicide.  Is that

8    something that in the course of your investigation, the --

9    the Defendant made the claim that D.N.P. is used as a

10   herbicide?

11         A.    Yes.

12         Q.    And what's your understanding of what

13   a herbicide is?

14         A.    A herbicide kills vegetation is my

15   understanding.

16         Q.    Is one of the common -- common words

17   for herbicide a weedkiller?

18         A.    Yeah.

19         Q.    And directing your attention to

20   Government's Eighty-two.  You were -- you were asked on

21   cross-examination about this customer acknowledgment for

22   the purchase of D.N.P.  Fair to say that the special agent

23   making this purchase at your direction, when  -- when he

24   replied to Bill Merlino saying all understood to this

25   customer acknowledgment.  That was a lie, wasn't it?

1              A.   Yes.

2              Q.   And during the course of this

3    investigation, you received -- you've reviewed several

4    SimCare@gmail.com communications where customer after

5    customer replied to this customer acknowledgment for

6    D.N.P. saying that they understood.  Is that right?

7              A.   That's correct.

8              Q.   And even you, though, were not asked

9    to make that acknowledgment to make a -- a purchase in

10   January of 2019?

11             A.   I was not.

12             MS. BURNES:  Your Honor, I have no further

13   question.

14             MR. GAMBURG:  Just a second.

15             RECROSS EXAMINATION

16             BY MR. GAMBURG:

17             Q.   Yeah.  But when you're asked about

18   human consumption, you responded with plant information,

19   right?

20             A.   I'm sorry?

21             Q.   When you asked about you consuming it,

22   you were responded to with information on how to use it

23   with plants, right?  One pill, one gallon of water.

24             A.   I don't believe I ever asked how to

25   consume it.

1                    Q.   You did --.

2                    A.   I only asked him, how to use it.

3                    Q.   Right.  You said, what dosage are --

4        is appropriate and he responded one capsule for a gallon

5        of water for plants, right?

6                    A.   He did respond to that.  Yeah.

7                    MR. GAMBURG:  That's all I have, Judge.

8                    THE COURT:  All right.  That will finish

9        with the witness, and that will finish for the day.  So

10       you can stay put till we have -- send the Jury home.

11                   THE WITNESS:  Okay.

12                   THE COURT:  Ladies and gentlemen, thank you

13       for your attention.  I know these are long days.  Remember

14       don't talk about the case.  Don't try to do any homework.

15       We will do our best to reconvene properly at nine thirty

16       tomorrow.

17                   I know we've ordered your lunch.  I can't

18       vouch for the quality.  I bring my own every day, but at

19       least it's something.  All right.  So thank you for your

20       attendance, for your service, for your concentration.  It

21       is greatly appreciated.  Have a good night.

22                   MR. BURNES:  Thank you.

23                   THE COURT:  All right.  We're still on the

24       -- the record.

25                   I'm going to deputize the special agent to

1       hand these to counsel when he steps off the stand.   And

2       what that is, is the current iteration of the Jury

3       instructions, okay.

4                    MS. BURNES:   Thank you, Your Honor.

5                    MR. GAMBURG:   Thank you.

6                    THE COURT:   We'll hand them to you.   And

7       then, I'll have a little follow-up for you.   All right.

8       The first thing you need to know is when we added the

9       venue provision, the table of contents got thrown out of

10      whack and we have to correct that, okay.

11                   MS. BURNES:   Okay.

12                   THE COURT:   So make a note, here are the

13      things to concentrate on, which are more substantive in

14      nature.   And -- and that would be, if I can find my post-

15      it note.   Actually, the one you have have a little post-it

16      note on the -- on the version that went down there.

17                   MS. BURNES:   Do I?

18                   MR. GAMBURG:   I do not, Your Honor.

19                   THE MONITOR:   No, he means the one that's

20      on the paperwork.

21                   MR. GAMBURG:   Do you have his notes?

22                   MS. BURNES:   No.

23                   THE MONITOR:   No.

24                   THE COURT:   All right.   So I -- I had

25      carefully written out the numbers and now, the post-it

1       note is gone, but for your edification venue, you want to

2       look at --

3                       MS. BURNES:  Venue.

4                       THE COURT:  -- because there is two

5       versions and that's not on the table of contents, but I

6       believe it's twenty-nine or around twenty-nine.

7                       MS. BURNES:  Uh-huh.

8                       THE COURT:  There are the two instructions

9       on consciousness of guilt.  And -- and then, there are the

10      substantive instructions at the end that begin around

11      thirty.  All right.  So we'll clean up the table of

12      contents tonight.

13                      And as I said before, up until the

14      substance, we -- I'm not sure how many of the instructions

15      are relevant.  So some of them may drop out.  They're not

16      in a final form.

17                      MS. BURNES:  Okay.

18                      THE COURT:  But with respect to the

19      substantive provisions, they're close to final form and

20      that's obviously what's most important.

21                      MS. BURNES:  Okay.

22                      THE COURT:  So if everyone could direct

23      your attention to that overnight, I think that would be

24      useful.

25                      MS. BURNES:  Your Honor, as a matter of

1    scheduling and I don't know if we need to do this on the

2    record or not.

3               THE COURT:  I -- I can't go off because

4    Chris is not here so.

5               MS. BURNES:  Okay.  Your Honor, I just

6    wanted to make sure I understood where the -- the

7    government has three witnesses tomorrow.  I would expect

8    that I have -- I -- that Mr. Gordon would go first, and he

9    is going to be a lengthier witness, even though others

10    might be shorter.

11               In terms of the Government sort of

12    (unintelligible) Mr. Gordon would go first.  We have Dr.

13    Goldberg and we have Dr. Simone.  And then a brief recall

14    of Agent Arcari.  So I just want to ensure, does the Court

15    intend to review the Jury instructions prior to our nine

16    thirty?

17               THE COURT:  If we -- if we can, I think

18    that would be useful.

19               MS. BURNES:  Okay.

20               THE COURT:  It seems clear to me we're not

21    going to charge the Jury before lunch.

22               MS. BURNES:  Okay.

23               THE COURT:  So we could also do it at the

24    lunch break, but if there, we need to do any edits or

25    anything, it would give us more time if we do it in the

1     morning before the Jury, so --

2                    MS. BURNES:  Okay.

3                    THE COURT:  -- can counsel make themselves

4     available?

5                    MR. GAMBURG:  Yes.

6                    THE COURT:  All right.  Why don't we do our

7     best to try to convene roughly around nine, if you're --

8                    MS. BURNES:  Nine.

9                    THE COURT:  -- a little bit after that.

10    And if there's not really a lot of input, you can maybe

11    just call or email and say there is not a lot to discuss.

12                    MS. BURNES:  Okay.

13                    THE COURT:  So.

14                    MS. BURNES:  Thank you, Your Honor.

15                    THE COURT:  All right.

16                    MR. GAMBURG:  Okay.  And Judge, to the

17    extent that the Defendant isn't over, we can start without

18    him, I have his permission.

19                    THE COURT:  All right.  I appreciate that.

20    And again, if after review, there is not a lot to discuss,

21    you know, we don't need to be here at nine.  We can be

22    here at -- I'll leave it to you, how much we need to

23    discuss.

24                    MR. GAMBURG:  I just want to drop off the

25    (unintelligible) for the marshals in the morning.

```
 1                        THE COURT:  No, I understand.

 2                        MR. GAMBURG:  Because I neglected them

 3      today.

 4                        THE COURT:  We'll work -- we'll work it

 5      out, Mr. Gamburg, okay.

 6                        MR. GAMBURG:  Thank you, Your Honor.

 7                        THE COURT:  All right.  Good.  And thanks

 8      to our marshals for their service and with that we bid you

 9      all good night.

10                        MS. BURNES:  Thank you, Your Honor.

11                        MR. GAMBURG:  Thank you, Your Honor.

12                        (Off the record at 16:32:22)

13                        CERTIFICATION

14   I, Judith Spriggs, court approved transcriber, certify that

15   the foregoing is a correct transcription from the official

16   electronic sound recording of the proceeding in the above-

17   entitled matter.

18

19   _____/
     Judith Spriggs
20   Associated Reporters Int'l., Inc.   10th September, 2022

21

22

23

24

25
```